# Exhibit A

# COLLECTIVE BARGAINING AGREEMENT

## between

## STEWARD HEALTH CARE SYSTEM

## &

## 1199SEIU UNITED HEALTHCARE WORKERS EAST

## November 1, 2019 – October 31, 2024

# TABLE OF CONTENTS

Article 1.    Recognition Of The Union .................................................................. 1
Section 1.01        St. Elizabeth's Medical Center Bargaining Units ........................... 1
Section 1.02        Carney Hospital Bargaining Units .............................................. 2
Section 1.03        Good Samaritan Medical Center Bargaining Units ....................... 2
Section 1.04        Norwood Hospital Bargaining Units ........................................... 3
Section 1.05        Holy Family Hospital Methuen Bargaining Units ......................... 4
Section 1.06        Holy Family Hospital Haverhill Bargaining Units ....................... 4
Section 1.07        Morton Hospital Bargaining Units .............................................. 5
Section 1.08        Nashoba Valley Medical Center Bargaining Units ....................... 6
Section 1.09        Saint Anne's Hospital Bargaining Units ...................................... 6
Section 1.10        Moving to New Facilities .......................................................... 7
Article 2.    Non-Discrimination ........................................................................... 7
Article 3.    Notifications ...................................................................................... 8
Article 4.    Union Security .................................................................................. 8
Article 5.    Dues Deduction ................................................................................ 8
Section 5.01        Check-Off/Dues Deduction ...................................................... 8
Section 5.02        Check-Off/Political Action Committee (PAC) Funds Deduction ... 9
Section 5.03        Check-off Deduction and Remittance ......................................... 9
Article 6.    Categories of Workers ..................................................................... 10
Section 6.01        Permanent Workers ................................................................ 10
Section 6.02        Per Diem (Contingency Pool) .................................................. 11
Section 6.03        Flexible Scheduled Workers .................................................... 11
Article 7.    Probation ......................................................................................... 11
Article 8.    Management Rights ......................................................................... 11
Article 9.    Subcontracting/Outsourcing and Transfer of Work ....................... 12
Section 9.01        Subcontracting/Outsourcing of Steward .................................. 12
Section 9.02        Transfer of work from BU to non-BU Workers within Steward . 12
Article 10.  Hours of Work ................................................................................ 12
Section 10.01       Normal Workweek ................................................................. 12
Section 10.02       Schedules .............................................................................. 13
Section 10.03       Weekends .............................................................................. 15
Section 10.04       Meal Periods ......................................................................... 15
Section 10.05       Breaks ................................................................................... 15
Section 10.06       Work Week ............................................................................ 16
Section 10.07       Floating ................................................................................. 16
Section 10.08       Flex Down .............................................................................. 16
Article 11.  Discipline & Discharge .................................................................... 17
Section 11.01       Just Cause/Notification ........................................................... 17
Section 11.02       Personnel Files ...................................................................... 17
Article 12.  Compensation & Overtime .............................................................. 18
Section 12.01       Wages ................................................................................... 18
Section 12.02       Overtime Rate ....................................................................... 20
Section 12.03       Mandatory Overtime .............................................................. 20
Section 12.04       Differentials .......................................................................... 21
Section 12.05       No Pyramiding ....................................................................... 21
Section 12.06       On-Call & Call-In ................................................................... 21
Section 12.07       Relief in Higher Classification ................................................ 22

Section 12.08    Weather Emergency ................................................................. 22
Section 12.09    Paid Uniforms ........................................................................... 22
Section 12.10    Preceptor Pay ........................................................................... 22
Article 13.  Holidays .............................................................................................. 22
Section 13.01    Pay for Holidays Worked ......................................................... 22
Section 13.02    Holiday Rotation ...................................................................... 23
Section 13.03    Holiday Sharing ........................................................................ 23
Section 13.04    Shift Differentials .................................................................... 23
Article 14.  Paid Time Off ..................................................................................... 23
Section 14.01    Paid Time Off Accrual Schedule .............................................. 23
Section 14.02    Maximum Accrual .................................................................... 24
Section 14.03    PTO Cash Out ........................................................................... 24
Section 14.04    Extended Sick Leave Bank ....................................................... 24
Section 14.05    Transfer of Sick Leave for Certain Workers ........................... 24
Section 14.06    Pay at Separation .................................................................... 24
Article 15.  Insurance & Retirement .................................................................... 24
Section 15.01    Health Insurance ...................................................................... 24
Section 15.02    Dental Insurance ...................................................................... 28
Section 15.03    Long Term Disability Insurance ............................................... 28
Section 15.04    Short Term Disability Insurance .............................................. 28
Section 15.05    Insurance Policies and Contracts Govern ............................... 29
Section 15.06    Retirement ............................................................................... 29
Article 16.  Leaves of Absence ............................................................................. 29
Section 16.01    Family and Medical Leave ....................................................... 29
Section 16.02    Massachusetts Paid Family Medical Leave ............................. 30
Section 16.03    Maternity/Paternity Leave ...................................................... 31
Section 16.04    Small Necessities Leave ........................................................... 31
Section 16.05    Industrial Accident ................................................................... 32
Section 16.06    Bereavement Leave .................................................................. 32
Section 16.07    Military Leave ........................................................................... 33
Section 16.08    Union Leave .............................................................................. 33
Section 16.09    Jury Duty ................................................................................... 33
Section 16.10    Discretionary Leave .................................................................. 33
Article 17.  Miscellaneous Benefits ..................................................................... 34
Section 17.01    Subpoenaed Court Time .......................................................... 34
Section 17.02    Mileage Reimbursement .......................................................... 34
Section 17.03    Professional Advancement ...................................................... 34
Article 18.  Training & Upgrading Fund ............................................................... 34
Article 19.  Seniority/System Mobility ................................................................ 35
Section 19.01    Definitions ................................................................................ 35
Section 19.02    Application of Hospital Seniority ............................................. 35
Section 19.03    Loss of Seniority ....................................................................... 35
Section 19.04    Seniority Date ........................................................................... 36
Section 19.05    System Mobility ........................................................................ 36
Article 20.  Job Openings ...................................................................................... 37
Section 20.01    Posting ...................................................................................... 37
Section 20.02    Award ........................................................................................ 37
Section 20.03    Two Positions ........................................................................... 37
Section 20.04    Transfer to a New Bargaining Unit Position ............................ 37

**Article 21.  Layoff/Recall** ........................................................................... 37
**Section 21.01      Lists** ........................................................................ 38
**Section 21.02      Seeking Volunteers** ................................................. 39
**Section 21.03      Notice to Worker** ..................................................... 39
**Section 21.04      Job Circumstances and Available Options for Workers**............... 39
**Section 21.05      PTO Payment** .......................................................... 41
**Section 21.06      Continuation of Benefits** ......................................... 41
**Section 21.07      Recall List and Notice** ............................................. 41
**Section 21.08      Recall Procedure** ..................................................... 42
**Section 21.09      Rights Upon Recall** .................................................. 42
**Section 21.10      Definitions** ............................................................... 42
**Article 22.  Union Representative & Delegates** ......................................... 44
**Section 22.01      Delegates** ................................................................. 44
**Section 22.02      Time for Administering the Contract** ....................... 44
**Section 22.03      Attendance at Meetings** ........................................... 44
**Section 22.04      Processing Grievances** ............................................. 44
**Section 22.05      Delegate Conduct** .................................................... 44
**Section 22.06      Union Representatives** ............................................. 44
**Section 22.07      Advocacy Day** ......................................................... 44
**Section 22.08      Bulletin Boards** ....................................................... 45
**Article 23.  Achieving High Performance** ................................................. 45
**Section 23.01      System-Wide Labor Management Team** ................... 45
**Section 23.02      Facility Labor Management Team** ............................ 45
**Section 23.03      Quality Work Task Force (QWTF)** ......................... 46
**Section 23.04      Labor Management Project** ...................................... 46
**Section 23.05      Enhanced Worker Engagement** ............................... 47
**Section 23.06      Staffing Float Pool** ................................................. 48
**Article 24.  Grievance & Arbitration** ....................................................... 49
**Section 24.01      Purposes** .................................................................. 49
**Section 24.02      Informal Process** ..................................................... 49
**Section 24.03      Formal Procedure** ................................................... 49
**Section 24.04      Scope of the Arbitrator's Authority** ........................ 50
**Section 24.05      Arbitration Costs and Administration**...................... 51
**Section 24.06      Time Limits** ............................................................. 51
**Article 25.  No Strikes & No Lockouts** .................................................... 51
**Section 25.01      No Strikes** ................................................................ 51
**Section 25.02      Best Efforts to Stop Strike** ...................................... 51
**Section 25.03      Discipline for Violations of this Article** .................. 51
**Section 25.04      No Lockouts** ............................................................ 51
**Article 26.  Successor** ............................................................................... 51
**Article 27.  Scope of the Agreement** ........................................................ 52
**Section 27.01      Entire Agreement** .................................................... 52
**Section 27.02      Modification of Agreement** ..................................... 52
**Section 27.03      Past Practices** .......................................................... 52
**Article 28.  Health & Safety** ..................................................................... 52
**Section 28.01      Commitment to Safety** ............................................ 52
**Section 28.02      Hospital Health and Safety Committee**..................... 53
**Section 28.03      Incident Reports** ...................................................... 53

**Article 29.  Workforce Development** .............................................................................. **53**
**Section 29.01    Worker Recruitment** ............................................................................ **53**
**Section 29.02    Annual Workforce Summit** ................................................................ **54**
**Section 29.03    Master Workforce Plan** ...................................................................... **54**
**Section 29.04    Enhancement of the TUF in Workforce Development.** .................. **55**
**Article 30.  Duration** ...................................................................................................... **56**
**Section 30.01    Duration** .............................................................................................. **56**
**Side Letter Regarding Staffing Task Force** .................................................................. **57**
**Side Letter Regarding Health & Safety Info/Reporting Mechanisms** ...................... **57**
**Side Letter Regarding Grievance and Arbitration Joint Education Program** ......... **57**
**Side Letter Regarding Movement of Bargaining Unit Work to New Facility** ........... **57**
**Side Letter Regarding Joint Advocacy on Medicare Supplement** ............................ **58**
**Side Letter Regarding Working Supervisors** ................................................................ **59**
**Side Letter Regarding Mission Critical Positions** ........................................................ **59**
**Memorandum of Agreement Regarding Trial Periods** ................................................ **59**
**Memorandum of Agreement Regarding Transfer During Probation** ...................... **60**
**Memorandum of Understanding Regarding Use of PTO & ESL on FMLA leave** ... **60**
**Memorandum of Agreement System Mobility** .............................................................. **61**
**Memorandum of Agreement Regarding Holiday Period** ............................................. **62**
**Side Letter Regarding Per Diem Commitment** ............................................................. **63**
**Side Letter Regarding No Pyramiding** .......................................................................... **64**
**EXHIBIT A – DUES AUTHORIZATION FORM** .......................................................... **65**
**EXHIBIT B – PAC AUTHORIZATION FORM** ............................................................. **66**
**EXHIBIT C – DUES AND PAC REMITTANCE FORMAT** ......................................... **67**
**EXHIBIT D – PAST PRACTICES BY FACILITY** ........................................................ **68**
**EXHIBIT E – GOOD SAMARITAN MEDICAL CTR – Skilled Maintenance.** ...... **81**
**EXHIBIT F – MOA REGARDING VACATION SCHEDULING** ............................... **86**
**EXHIBIT G-1 – CENTRAL BOSTON WAGE GRID** ................................................... **88**
**EXHIBIT G-2 – GREATER BOSTON WAGE GRID** .................................................. **90**
**EXHIBIT G-3 – SUBURBAN WAGE GRID** .................................................................. **92**
**EXHIBIT H – SYSTEM-WIDE JOB GRADES** .............................................................. **94**
**EXHIBIT I – Fact Sheet #28: The Family Medical Leave Act of 1993** ...................... **98**
**EXHIBIT J – Severance Pay Agreement** ...................................................................... **103**
**INDEX** ............................................................................................................................ **105**

 ***AGREEMENT*** made between Steward Health Care System (including Carney Hospital, Good Samaritan Medical Center, Holy Family Hospital Methuen, Holy Family Hospital Haverhill, Morton Hospital, Norwood Hospital, St. Elizabeth's Medical Center, Nashoba Valley Medical Center and Saint Anne's Hospital (herein referred to as the "employer" and/or the "hospital") on the one hand and 1199 SEIU United Healthcare Workers East on the other, with its principle offices at 498 7th Avenue, New York, New York, 10018 (herein referred to as the "Union").

**PREAMBLE**

 The employers covered by this Agreement and the Union agree to cooperate with one another in efforts to assure that the employers' operations are efficient, to serve the needs of the Community, and to meet the highest standards in such service.

 The Parties agree to act at all times in a manner that is consistent with the letter and spirit of their Strategic Alliance and to treat each other, all Workers covered by this Agreement and the management of Steward Health Care System and its affiliated institutions with proper dignity and mutual respect.

 The employers covered by this Agreement and the Union agree to act at all times in such a manner as to maintain and encourage the professional character and standing of all Workers in the bargaining unit.

**Article 1.  Recognition Of The Union**

**Section 1.01 St. Elizabeth's Medical Center Bargaining Units**

  (a)  The Technical Unit
 St. Elizabeth's Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22310, dated April 20, 2009:

All regular full-time, part-time or per diem technical Workers employed by the Employer at its Steward Health Care System St. Elizabeth's Medical Center of Boston, Inc. facilities located at 736 Cambridge Street, Brighton, Massachusetts and Hanscom AFB, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

  (b)  The Service Unit
 St. Elizabeth's Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22309 dated April 20, 2009:

All regular full-time, part-time or per diem service Workers employed by the Employer at its Steward Health Care System St. Elizabeth's Medical Center of Boston, Inc. facilities located at 736 Cambridge Street, Brighton, Massachusetts and Hanscom AFB, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

  (c)  The Business Office Clerical Unit
 St. Elizabeth's Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22308 dated April 20, 2009:

All regular full-time, part-time or per diem business office clerical Workers employed by the Employer at its Steward Health Care System St. Elizabeth's Medical Center of Boston, Inc. facilities located at 736 Cambridge Street, Brighton, Massachusetts and Hanscom AFB, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

## Section 1.02   Carney Hospital Bargaining Units

(a)   The Technical Unit
Carney Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22324, dated June 22, 2009:

All regular full-time, part-time or per diem technical Workers employed by the Employer at its Steward Health Care System Carney Hospital facilities located at 2100 Dorchester Ave., Dorchester, Massachusetts and any adjacent Steward Health Care System Carney Hospital buildings (excluding Labouré College), but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b)   The Service Unit
Carney Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22326 dated June 22, 2009:

All regular full-time, part-time or per diem service Workers employed by the Employer at its Steward Health Care System Carney Hospital facilities located at 2100 Dorchester Ave., Dorchester, Massachusetts and any adjacent Steward Health Care System Carney Hospital buildings (excluding Labouré College), but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c)   The Business Office Clerical Unit
Carney Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22325 dated June 22, 2009:

All regular full-time, part-time or per diem business office clerical Workers employed by the Employer at its Steward Health Care System Carney Hospital facilities located at 2100 Dorchester Ave., Dorchester, Massachusetts and any adjacent Steward Health Care System Carney Hospital buildings (excluding Labouré College), but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

## Section 1.03   Good Samaritan Medical Center Bargaining Units

(a)   The Technical Unit
Good Samaritan Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-20484, dated September 17, 1996:

All regular full-time, part-time or per diem technical Workers employed by the Employer at Good Samaritan Medical Center located at 235 North Pearl Street, Brockton, Massachusetts, and its off site facilities including but not limited to, Norcap Lodge, Surgi Center, Occupational Health, and Services, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) The Service/Clerical Unit

Good Samaritan Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-20994, dated May 24, 1999:

All regular full-time, part-time or per diem service/clerical Workers employed by the Employer at Good Samaritan Medical Center located at 235 North Pearl Street, Brockton, Massachusetts, and its off site facilities including but not limited to, Norcap Lodge, Surgi Center, Occupational Health, and Services, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) The Skilled Maintenance Unit

Good Samaritan Medical Center recognizes the Union as the exclusive bargaining agent for all permanent full-time, part-time, and per diem power plant and maintenance Workers at Good Samaritan Medical Center located at 235 North Pearl Street, Brockton, Massachusetts, and its off site facilities including but not limited to, Norcap Lodge, Surgi Center, Occupational Health, and Services, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

**Section 1.04    Norwood Hospital Bargaining Units**

(a) The Technical Unit

Norwood Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22366, dated October 16, 2009:

All regular full-time, part-time or per diem technical Workers employed by the Employer at its Steward Health Care System Norwood Hospital, Inc. facilities located at 800 Washington Street, Norwood, Massachusetts and 70 Walnut Street, Foxboro, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) The Service Unit

Norwood Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22367, dated October 16, 2009:

All regular full-time, part-time or per diem service Workers employed by the Employer at its Steward Health Care System Norwood Hospital, Inc. facilities located at 800 Washington Street, Norwood, Massachusetts and 70 Walnut Street, Foxboro, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) The Business Office Clerical Unit

Norwood Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22385, dated December 16, 2009:

All regular full-time, part-time or per diem business office clerical Workers employed by the Employer at its Steward Health Care System Norwood Hospital, Inc. facilities located at 800 Washington Street, Norwood, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(d) The Professional Unit

Norwood Hospital agrees to recognize the Union as the bargaining agent for the professional unit as set forth in card check certification dated May 21, 2014:

All full-time, regular part-time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) service (professional) Workers employed by the Employer at its Steward Health Care System Norwood Hospital, Inc. facilities located at 800 Washington Street, Norwood, Massachusetts, but excluding all other employees, already represented Workers, managers, confidential employees, guards and supervisors as defined in the Act.

### Section 1.05    Holy Family Hospital Methuen Bargaining Units

(a) The Technical Unit

Holy Family Hospital Methuen agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22490, dated November 29, 2010:
All regular full-time, part-time or per diem technical Workers employed by the Employer at its Steward Holy Family Hospital Methuen, Inc. facility located at 70 East Street, Methuen, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) The Service Unit

Holy Family Hospital Methuen agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22489, dated November 29, 2010:

All regular full-time, part-time or per diem service Workers employed by the Employer at its Steward Holy Family Hospital Methuen, Inc. facility located at 70 East Street, Methuen, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) The Business Office Clerical Unit

Holy Family Hospital Methuen agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-22491, dated November 29, 2010:

All regular full-time, part-time or per diem business office clerical Workers employed by the Employer at its Steward Holy Family Hospital Methuen, Inc. facility located at 70 East Street, Methuen, Massachusetts, but excluding all other employees, managers, confidential employees, guards and supervisors as defined in the Act.

### Section 1.06   Holy Family Hospital Haverhill Bargaining Units

(a) Licensed Practical Nurse Unit

The Hospital hereby recognizes the Union as the sole and exclusive bargaining representative for the purposes of collective bargaining with respect to wages, hours, and other conditions of employment for all full-time, regular part-time, limited part-time and per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) licensed practical nurses ("LPNs") employed by the Hospital located at 140 Lincoln Avenue, Haverhill, Massachusetts, but excluding confidential employees, managerial employees, supervisors and guards as defined in the National Labor Relations Act.

(b) Business Office Clerical Unit

The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-068470:

All full-time, regular part-time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) business office clerical Workers employed by the Employer at its Holy Family Hospital Haverhill facility located at 140 Lincoln Avenue, Haverhill, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) Service (Non-Professional) Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-068462:

All full-time, regular part-time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) service (nonprofessional) Workers employed by the Employer at its Holy Family Hospital Haverhill facility located at 140 Lincoln Avenue, Haverhill, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(d) Technical Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-069195:

All full-time, regular part-time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) technical Workers employed by the Employer at its Holy Family Hospital Haverhill facility located at 140 Lincoln Avenue, Haverhill, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

## Section 1.07    Morton Hospital Bargaining Units

(a) Business Office Clerical Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-090477:

All full-time, regular part-time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) business office clerical Workers employed by the Employer at its Morton Hospital facility located at 88 Washington Street, Taunton, Massachusetts, and a facility located at Home Care Office at Northwoods, 2005 Bay Street, Taunton, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(b) Service (Non-Professional) Unit
The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-090471:

All full-time, regular part-time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) service (nonprofessional) Workers employed by the Employer at its Morton Hospital facility located at 88 Washington Street, Taunton, Massachusetts, and a facility located at Home Care Office at Northwoods, 2005 Bay Street, Taunton, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) <u>Technical Unit</u>

The Hospital agrees to recognize the Union as the bargaining agent as set forth in Board Certification #1-RC-090470:

All full-time, regular part-time, or per diem (who worked an average of eight (8) hours per week during the preceding thirteen (13) weeks) technical Workers employed by the Employer at its Morton Hospital facility located at Morton Hospital facility located at 88 Washington Street, Taunton, Massachusetts, and a facility located at Home Care Office at Northwoods, 2005 Bay Street, Taunton, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

## Section 1.08    Nashoba Valley Medical Center Bargaining Units

(a) Service Unit

Nashoba Valley Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #01-RC-142281, dated January 21, 2015:

All full-time and part-time, and per diem service (nonprofessional) Workers employed at Nashoba Valley Medical Center located at 200 Groton Road, Ayer, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees; guards and supervisors as defined in the Act.

(b) Business Office Clerical Unit

Nashoba Valley Medical Center agrees to recognize the Union as the bargaining agent as set forth in Board Certification #01-RC-142276, dated January 21, 2015:

All full-time and part-time, and per diem BOC (nonprofessional) employed at Nashoba Valley Medical Center located at 200 Groton Road, Ayer, Massachusetts, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

(c) Technical Unit

Nashoba Valley Medical Center agrees to recognize the Union, effective March 2, 2017, as the bargaining agent for:

All full-time, part-time, and per diem technical Workers employed by Nashoba Valley Medical Center at its facility located at 200 Groton Road, Ayer, Massachusetts, but excluding all other employees, previously represented Workers, managers, confidential employees, guards and supervisors as defined in the Act.

## Section 1.09    Saint Anne's Hospital Bargaining Units

(a) <u>Service Unit</u>

Saint Anne's Hospital agrees to recognize the Union as the bargaining agent for the service unit as set forth in the Board Certification #01-RC-231316 dated December 21, 2018.

(b) <u>Business Office Clerical Unit</u>

Saint Anne's Hospital agrees to recognize the Union as the bargaining agent for the business office clerical unit as set forth in the Board Certification #01-RC-231306 dated December 21, 2018.

(c) <u>Technical Unit</u>

Saint Anne's Hospital agrees to recognize the Union as the bargaining agent for the Technical unit as set forth in the Board Certification #01-RC-231256 dated December 21, 2018.

(d) <u>Maintenance Unit</u>

Saint Anne's Hospital agrees to recognize the Union as the bargaining agent for the Maintenance unit as set forth in the Board Certification #01-RC-231247 dated December 21, 2018.

All full-time, regular part-time, or per diem service, business office clerical, technical, and maintenance Workers employed by the Employer at its Saint Anne's Hospital facility located at 795 Middle St, Fall River, MA 02721, plus additional offsite locations, which are referenced below, but excluding all other employees, already represented employees, managers, confidential employees, guards and supervisors as defined in the Act.

Offsite Locations:

- Saint Anne's Hospital, Oliver Street, Fall River, MA 02724

- Saint Anne's Hospital Regional Cancer Center
537 Faunce Corner Road, North Dartmouth, MA 02747

- Saint Anne's Hospital Ambulatory Care Center-Hawthorn
535 Faunce Corner Road, North Dartmouth, MA 02747

- The Fernandes Center for Children & Families of Saint Anne's Hospital
222 Milliken Boulevard, 1st Floor, Fall River, MA 02721

- Geriatric Psychiatry Program at New England Sinai Hospital
150 York St., Stoughton, MA 02072

- Adult Outpatient Rehabilitation Services of Saint Anne's Hospital
222 Milliken Boulevard, 4th Floor, Fall River, MA 02721

- Saint Anne's Hospital Pain Management Center
440 Swansea Mall Drive, 2nd Floor, Swansea, MA 02777

- Saint Anne's Hospital Diagnostic Imaging Center
289 Pleasant St., 1st Floor, Building #1, Fall River, MA 02721

- Southern New England Surgery Center
738 Washington St., Attleboro, MA 02703

- AFC Doctors Express Urgent Care New Bedford
119 Coggeshall St., New Bedford, MA 02746

**Section 1.10        Moving to New Facilities**

If a Steward Health Care System institution identified in this Article moves to another facility or opens a new facility, this Agreement will continue to apply to the bargaining units recognized in this Article.

**Article 2.        Non-Discrimination**

<u>Equal Employment Opportunity</u>

Neither the employers covered by this Agreement nor the Union shall discriminate against any Worker on the basis of race, color, religious creed, national origin, age, sex, sexual

orientation, ancestry, physical or mental disability, political affiliation, or marital status. If a Worker files a claim covered by this Article with a state or federal agency or court, the Parties agree that the Worker and the Union waive their respective rights to arbitrate any grievance based on a claim of a violation of this Article. If the Worker withdraws their claim, other than in the case of a mutually agreeable settlement, the grievance shall be arbitrable if otherwise timely and appropriate. If a grievance has already been arbitrated before or at the time the claim is filed with a state or federal agency or court, any remedy already granted is waived.

<h3 align="center">Article 3.    Notifications</h3>

Each employer covered by this Agreement will advise new Workers at the time of employment that the Union is their collective bargaining representative and will notify the Union and designated Delegate in writing, quarterly (monthly when it becomes feasible for management to produce this information that frequently), of the name, address, classification, home phone, number of hours and shift, rate of pay of each newly-hired Worker in a bargaining unit position and the name, address and classification unit of each Worker terminated from a bargaining unit position.  Each employer covered by this Agreement will provide the Union quarterly (monthly when it becomes feasible for management to produce this information that frequently), with a list of the names of the Workers in bargaining unit positions, their addresses, classification, phone numbers, hours and shift, as well as those Workers not having dues or agency fee Check-off.

During the introduction of new Workers at their orientation, a Union Representative shall be provided reasonable time to address such new Workers. The Union Representative will not make any statements that disparage any employer covered by this Agreement, Steward Health Care System, or their management when addressing the new Workers.

<h3 align="center">Article 4.    Union Security</h3>

Upon completion of thirty (30) days of employment, a Worker in the bargaining unit shall, as a condition of employment, either become a member of the Union which represents them or pay to the designated Union an agency service fee as provided by law.  Upon completion of thirty (30) days of employment and receipt of an authorization card for Union dues or agency service fee deduction, the Worker's Employer shall begin the payroll deduction.  A Worker may revoke such payroll authorization any time by giving thirty (30) days' written notice to their Employer.  In any event, a Worker hired into the bargaining unit must pay either an agency service fee or Union dues.

No Employer will be obliged to make dues deductions of any kind from any Worker who, during the dues month involved, shall have failed to receive sufficient wages to equal the dues deduction.

Within thirty (30) calendar days of receiving a request from the Union to discharge a Worker for violating this Article, an Employer covered by this Agreement must terminate a Worker who has not become a member of the Union or begun paying an agency service fee.

<h3 align="center">Article 5.    Dues Deduction</h3>

### Section 5.01   Check-Off/Dues Deduction
Upon receipt of a written authorization from a Worker in the form annexed hereto as Exhibit A, or in any other form designated by the Union and necessary to accommodate any

changes in the 1199SEIU dues or initiation fee structure, the Worker's Employer shall, pursuant to such authorization, deduct regular dues and/or initiation fees as established from time to time by the Union, from the wages due said Worker.  Such deduction shall start no later than the first pay period following the completion of the Worker's first thirty (30) days of employment.

The Worker's Employer shall remit to the Union all deductions for dues and/or initiation fees made from the wages of all Workers on or before the fifteenth (15th) day of the month following the month in which the paycheck was dated from which those dues and initiation fees were deducted.

This remittance shall be accompanied monthly by a list of all Workers on whose behalf dues and initiation fees are being paid.  Such list shall include, for each Worker, the information listed in Exhibit C.

This list shall also include members of the bargaining unit who have not signed a card authorizing payroll deduction for dues or fees.  This list shall include the information listed in Exhibit C as well.

Remittance of Dues and Initiation Fees shall be made electronically to 1199SEIU United Healthcare Workers East.  The Union will provide instructions on the electronic remittance of Dues and Initiation Fees.

**Section 5.02   Check-Off/Political Action Committee (PAC) Funds Deduction**
Upon receipt of a written authorization from a Worker in the form annexed hereto as Exhibit B, or in any other form designated by the Union and necessary to accommodate political action deductions, the Worker's Employer shall, pursuant to such authorization, deduct from the wages due said Worker once a month the sum specified in said authorization and remit the funds to the 1199SEIU Massachusetts Political Action Committee Fund, in the same manner and at the same time as the Employer shall remit dues and initiation fees as described above.  This remittance shall be made in a separate payment from any payment made for membership dues and once every quarter (monthly when it becomes feasible for management to produce this information that frequently) shall be accompanied by a list of all Workers on whose behalf deductions are being submitted.  Such list shall include, for each Worker, the following information:  Institution, Worker's name, home address, home phone number, last four (4) digits of social security number, and amount remitted.

Remittance of Political Action Funds shall be made electronically to 1199SEIU Massachusetts Political Action Committee Fund.  The Union will provide information on the electronic remittance of PAC funds.

**Section 5.03   Check-off Deduction and Remittance**
Employers covered by this Agreement shall be relieved from making such dues or PAC "check-off" deductions upon (a) termination of employment, or (b) transfer to a job other than one covered by this Agreement, or (c) lay-off from work, or (d) an agreed unpaid leave of absence, or (e) revocation of the check-off authorization in accordance with its terms or with applicable law.  Notwithstanding the foregoing, upon the return of a Worker to work from any of the foregoing enumerated absences in sections (b) through (d), the Employer will immediately resume the obligation of making said deductions, except that deductions for terminated Workers shall be governed by section 5.1 of this Agreement.  This provision, however, shall not relieve

any Worker of the obligation to make the required dues and initiation fee payment pursuant to the Union constitution in order to remain a member in good standing of the Union.

No Employer covered by this Agreement shall be obliged to make deductions of any kind from any Worker who, during any dues month involved, shall have failed to receive sufficient wages to equal the dues deductions.

Each facility covered by this Agreement will furnish the Union once every quarter (monthly when it becomes feasible for management to produce this information that frequently), within fifteen (15) days after the end of the month, a listing of the names of all bargaining unit Workers paid at any time in the prior month, their address, home phone number, last four (4) digits of social security number, classification of work, their date of hire, and, if terminated during the month, their date of termination; and the names of bargaining unit Workers on leave of absence together with their beginning dates of leave of absence and type of leave.

It is specifically agreed that no Employer covered by this Agreement assumes any obligation, financial or otherwise, arising out of compliance with the provisions of this Article, and the Union hereby agrees that it will indemnify and hold each of those Employers harmless from any claims, actions or proceedings by any Worker arising from deductions made by their Employer hereunder. The Union further indemnifies and holds those employers harmless from any claims, actions or proceedings by any government agency or by any groups so long as such groups are not funded directly or indirectly by an Employer covered by this Agreement or an 1199SEIU Political Action Committee Fund. Once funds are remitted to the Union, their disposition thereafter shall be the sole and exclusive obligation and responsibility of the Union.

Lists shall be transmitted electronically in the format annexed hereto as Exhibit C. The employers covered by this Agreement shall provide to the Union the name, title, email address, and telephone number of one (1) person responsible for each remittance list to be submitted pursuant to this Article who can directly authorize and produce such electronic transmissions.

The employers covered by this Agreement and the Union agree that no Worker covered by this Agreement shall be discriminated against because of membership in, or lack of membership in, the Union, or because of activities on behalf of, or against, the Union.

## Article 6.    Categories Of Workers

Every Worker covered by this Agreement is hired into one of the following categories:

### Section 6.01   Permanent Workers

Regular Full-Time:
Those Workers who are hired to work thirty (30) or more scheduled hours per week.

Regular Part-Time:
Those Workers who are hired to work a minimum of twenty (20) to a maximum of twenty-nine (29) scheduled hours per week.

Limited Part-Time:
Those Workers who are hired to work less than twenty (20) scheduled hours per week, but shall not be eligible for any Worker benefits unless they were eligible for benefits as a limited part-time Worker on October 1, 2009.

**Section 6.02    Per Diem (Contingency Pool)**

(a)  Those Workers who do not have a regular schedule and do not work regular hours.  Per diems shall be used to augment the regular bargaining unit Workers.  They shall be covered by the contract on wages and wage related Articles, but shall not be eligible for any Worker benefits.  The Parties agree that a quarterly review of the previous ninety (90) days of the utilization of per diems will be a standing agenda item at the Staffing Task Force meetings to discuss the conversion of per diem hours to permanent positions.

(b)  Per Diem Commitment.  See Side Letter on page 64 of this Agreement.

**Section 6.03    Flexible Scheduled Workers**

Flexible scheduled Workers are hired within a range of work hours - typically between twenty (20) to thirty (30) hours per week. Flexible scheduled Workers are guaranteed the minimum number of hours within the hired range (e.g., a 20-30 hour Worker is guaranteed 20 hours of scheduled time) and are committed to work on any shift as assigned, up to a specified number of hours. If low census or other operational requirement dictates, the Employer may cancel flexible scheduled Worker shifts/hours. Cancellations are limited to hours that are scheduled in excess of the Workers guaranteed hours.

Workers in this classification are covered by this Agreement and shall receive Medical and Dental insurance benefits based upon the higher hours of the flex position. PTO accruals will be based on actual number of hours paid.  The number of flexible scheduled Workers employed by any of the employers covered by this Agreement at any time shall not exceed five percent (5%) of the total FTEs in that Employer's bargaining units, with the exception of Nashoba Valley Medical Center and Saint Anne's Hospital where the total percent shall not exceed fifteen percent (15%). It is not the intent of any of the covered employers to create a pool of flexible scheduled Workers that replaces all regular full and part-time Workers, but to meet the operational needs of the hospitals.

## Article 7.    Probation

There will be a ninety (90) calendar day probationary period for new hires.  During their ninety (90)-day probationary period a Worker shall not be considered a regular Worker where that status is required as a condition of eligibility to receive the benefits provided by this Agreement, except that paid time off shall accrue and be credited at the end of the ninety (90)-day period.  During the ninety (90)-day probationary period of employment, a Worker may be discharged without resort to the grievance and arbitration procedure hereunder.  An Employer covered by this Agreement can extend the probationary period by up to an additional thirty (30) days by mutual agreement.

## Article 8.    Management Rights

The Union recognizes the right of Steward Health Care System to operate and manage Steward Health Care System and each of its member institutions. This right includes all rights, functions and prerogatives formerly exercised by Steward Health Care System and any of its member institutions, which will remain vested exclusively in Steward Health Care System and its member institutions. Without limiting the generality of the foregoing, Steward Health Care System and its member institutions reserve to themselves subject only to any express provisions of this Agreement, the following rights, whether exercised or not: all rights and powers given Steward Health Care System and each of its member institutions by law; the management of

Steward Health Care System and each of its institutions; the right to open, close, consolidate and relocate its operations in whole or in part; the right to direct and control its property, facilities, and equipment; the right to determine the methods and procedures; the direction of the Workers and the assignment of work; the right to determine appropriate staffing and coverage; the right to establish, change, or discontinue duties including the right to introduce change, or discontinue methods, operations, processes, services, and techniques; the right to establish and change job descriptions; the right to schedule and change the scheduling of working days, hours and assignments of work; the right to layoff because of lack of work or other reasons; the right to maintain standards of performance; the right to discipline, demote, suspend, and discharge Workers for just cause; the right to require overtime work; the right to scale operations in accordance with the needs of Steward Health Care System and its member institutions, as determined in management's sole discretion; the right to maintain order and efficiency; the right to determine medical and nursing care standards; the right to determine Worker competency; the right to evaluate Worker performance; the right to transfer Workers; the right to determine patient care issues and safety measures; and the right to determine operational or other policies.

### Article 9.    Subcontracting/Outsourcing and Transfer of Work

**Section 9.01   Subcontracting/Outsourcing of Steward**

The employers covered by this Agreement will endeavor not to outsource work in a manner that would result in the layoff of Workers. Before engaging in such outsourcing the covered Employer will provide the Union with forty-five (45) days' notice and the Parties will meet within this period to discuss alternatives to outsourcing and the impact of any decision to outsource. However, if work is outsourced that would result in the layoff of Workers, the Employer shall require the new employer to: (a) retain the Workers employed at the time of outsourcing, (b) recognize the Union as the collective bargaining representative of those Workers, and (c) agree to be bound by this Agreement. This clause shall not be interpreted to prohibit the sale or transfer of a service. Nor shall this clause be interpreted to prohibit the use of subcontractors or agency staff to supplement the workforce or for special projects or unanticipated additional volume.

**Section 9.02   Transfer of work from bargaining unit to non-bargaining unit Workers within Steward**

Before engaging in a transfer of work from bargaining unit Workers to non-bargaining unit employees within Steward, the covered Employer will provide the Union with forty-five (45) days' notice and the Parties will meet within that period to discuss whether current bargaining unit Workers can be trained to meet these tasks, the time necessary, the cost and whether the work should remain in the bargaining unit.

### Article 10.    Hours Of Work

**Section 10.01  Normal Workweek**

The workweek will begin at 12:01 a.m. on Sunday and go through midnight on Saturday. The Parties acknowledge that the employers covered by this Agreement may alter this normal workweek at their discretion to better accommodate electronic timekeeping systems, so long as the normal workweek continues to be a seven (7)-day, one hundred sixty-eight (168) hour workweek.

**Section 10.02  Schedules**

The Parties agree that predictability in scheduling is in the mutual interest of Workers and hospital management, and the Parties will endeavor to enhance the predictability of scheduling, when possible, consistent with the needs of patients and fluctuating volume in hospitals and other facilities.  The Parties also agree to allow "swing shifts" that do not fall into the ranges normally associated with Day, Evening and Night shifts (e.g. 11A-7P).

Employers covered by this Agreement shall post working schedules for Workers (including per diems) the first business day of the week at least two (2) weeks in advance of the start of the period to which they are to apply.

Once a schedule is posted, regular part-time Workers shall have one (1) week to sign up for gaps in the posted schedule.  Subject to operating needs, employers covered by this Agreement will endeavor to fill gaps in the posted schedule by first awarding requests to regular Workers by hospital seniority so long as no overtime costs are incurred and then to per diems. Once a Worker signs up for a shift that Worker must work that shift absent management approval that will not be unreasonably withheld. A Worker holding dual positions cannot sign up for hours exceeding forty (40) in the total workweek without receiving the approval of both supervisors.

Subject to operating needs and management approval, Workers will be allowed to switch shifts with other Workers in the classification or get another Worker to replace him/her as long as it doesn't lead to overtime.  The manager will not unreasonably withhold approval of such switches or replacements.

Except in emergency situations or unforeseen circumstances, Workers must request time off two (2) weeks prior to the posting of the schedule.  The supervisor's response will generally be forthcoming within one (1) week of the request.

Workers shall have regular work schedules. A regular work schedule may include any combination of hours and/or days to be worked on a regular basis.  Prior to changing a Worker's regular work schedule (other than a temporary or occasional shift change), the Employer shall give the Worker reasonable notice of not less than thirty (30) calendar days. When the schedule of a Worker needs to be changed pursuant to this section, the Employer, where possible, shall solicit qualified volunteers for the changed work schedule(s). If there are no qualified volunteers, the Hospital shall consider qualifications, hospital seniority, and individual Worker circumstances.

By mutual agreement, supervisors and Workers may alter the schedule with shorter notice.  In the event of any reduction in hours, reorganization impacting hours, reorganization not impacting hours and/or qualifying change in start time, refer to definitions outlined below and in Article 21, Section 21.10.

Interpretation and application of the above Sections of the Agreement are further described in Article 21.  The definitions of terms related to position elimination and/or reduction in hours can be found below in Article 21, Section 21.10.

The Parties recognize that job protection and predictability of work schedules are of utmost important to Workers in the 1199SEIU bargaining units within the hospitals.  To that end, the Parties have agreed to a number of amendments to Section 10.02 (Schedules), Article 21

(Layoff/Recall), and Exhibit I (Severance Policy) of the Master Agreement.  In the event of any conflict between the terms of the November 14, 2019 Memorandum of Agreement (with Addenda) and the terms in the Sections of the Master Agreement that are referenced in the preceding sentence, the terms of the November 14, 2019 Memorandum of Agreement (including the Addenda) shall control.

As an initial matter, the Parties intend to maintain the current system of job bidding that has existed under the Master Agreement.  More specifically, in each of the job circumstances described below, 1199SEIU bargaining unit Workers have the right to bid on other positions within the bargaining unit, subject to the terms and conditions of the Master Agreement.  Nothing in the November 14, 2019 Memorandum of Agreement is intended to alter those provisions.  Moreover, the Parties mutually intend that, in all of the job circumstances described below, the employers should seek volunteers in the affected Hospitals, units, department, and positions.  The Parties also acknowledge and agree that they will engage in bargaining over the impact of Position Elimination, Reduction in Hours, Reorganization Impacting Hours, Reorganization Not Impacting Hours, and Qualifying Change in Start Time, as each is defined below (collectively, "Job Circumstances").

## DEFINITIONS

"**Position Elimination**" shall mean any circumstance in which the employment of a Worker covered by the Master Agreement is terminated for reasons other than Just Cause, which includes the elimination of a single position and the elimination of multiple positions in a System-, Hospital-, or unit-wide reduction in force.

"**Reduction in Hours**" shall mean the permanent reduction of the regularly scheduled total weekly hours of a Worker covered by the Master Agreement by more than ten percent (10%), not including temporary or short-term changes necessitated by fluctuations in patient volume or other operational considerations.

"**Reorganization Impacting Hours**" shall mean the reorganization of one (1) or more hospitals or units within any Hospital that results in a Reduction in Hours, as defined above.

"**Reorganization Not Impacting Hours**" shall mean a reorganization as described above that does not result in a Reduction in Hours, as defined above.

"**Qualifying Change in Start Time**" shall mean the permanent change in the regularly scheduled start time on one (1) or more days of the week for any Worker that is more than three (3) hours earlier or later than the previous regularly scheduled start time on such day(s).  This definition does not apply to Workers who are working in "variable shift" roles.

"**Bench Program**" shall mean a program under which a Worker impacted by any of the circumstances described below may elect to transition to an inactive status but remain employed and eligible for health insurance participation on the same terms as are afforded to actively employed Workers for a period of up to sixty (60) days.  Workers in the Bench Program will not report to work, perform any duties or be paid during such period.

"**Comparable Position**" shall mean a position within the 1199SEIU bargaining unit which, as compared with a Worker's present position, entails: (1) a similar type of work; (2) total regularly scheduled work hours that are within ten percent (10%) of the Worker's current weekly total; (3)

regularly scheduled start time(s) that are no more than three (3) hours earlier or later; and (4) a work location that is within thirty (30) miles of the Worker's current primary work location.

"**Uncontested Unemployment**" shall mean that if a Worker within the 1199SEIU bargaining unit decides to accept a Position Elimination or Reduction in Hours (each as defined above), rather than exercise the other alternatives available to him or her, and the Worker elects to file a claim for unemployment insurance benefits, the Employer will take no action to contest such claim, other than truthfully reporting information in response to a request by the Massachusetts Division of Unemployment Assistance.

"**Vacancy Freeze**" shall mean that, in the event of a Position Elimination or Reduction in Hours, the Employers will -- for a period of seventy-two (72) hours following notification of the Union by the Employer and on a regional basis -- not take any action to recruit or hire anyone for open vacancies who is not already employed by the System or an applicant who already has received an offer of employment.

"**Bumping Rights**" shall mean the right of a Worker who experiences a Position Elimination to "displace any less senior Worker in the unit, the department or the Hospital bargaining unit as long as the displacing Worker is qualified.  For greater clarity, Bumping Rights are only available in the event of a Position Elimination.  They are not available in the event of a Reduction in Hours, Reorganization Impacting Hours, Reorganization Not Impacting Hours, or a Qualifying Change in Start Time.

"**Notice Period**" shall mean that in the event of a Position Elimination, Reduction in Hours, Reorganization Impacting Hours, or Reorganization, the Employer will provide at least three (3) weeks' advance notice to the Union and at least two (2) weeks' advance notice to the affected Worker(s).  In the event of a Qualifying Change in Start Time, the Employer will give the Worker at least thirty (30) calendar days of advance notice before the Change takes effect.

### Section 10.03  Weekends

The Employer may require Workers to work weekends.  In those departments where weekend work is required, the Employer will endeavor to rotate weekends on an equitable basis.

### Section 10.04  Meal Periods

Each Worker shall be entitled to an unpaid one half (½)-hour meal period during each shift of six (6) hours or more.  The time during which all meal periods are taken shall be subject to management approval.  Employers covered by this Agreement recognize that unpaid meal time is the Worker's own time.

Subject to department staffing needs, and with management approval, the combining of breaks and/or lunches is allowed.

### Section 10.05  Breaks

The various departments shall continue their various break and meal policies, although each Worker will be entitled to a minimum of a ten (10)-minute paid break for each four (4) hours worked.  The time during which all breaks are taken shall be subject to management approval.

---

**Section 10.06 Work Week**

Generally, the regular workweek for full-time Workers is either a five (5) day, forty (40) hour week, or a four (4) day, forty (40) hour week. The employers covered by this Agreement may create eight (8), ten (10), and/or twelve (12) hour shift positions, or any combination thereof, within its discretion, and will post any such newly created positions/shifts.

**Section 10.07 Floating**

Workers with permanent positions will not float before a per diem. All floating will be done by (a) asking for volunteers, (b) per diems, (c) and then assigning Workers to float on a rotating basis starting with the least senior person.

**Section 10.08 Flex Down**

The Parties recognize that staffing needs are subject to change during the course of any given day for reasons beyond the control of the employers covered by this Agreement including, but not limited to, low census and patient acuity. The Parties further recognize that the financial condition of those employers does not permit them to pay Workers when there is no work available for them to perform. For these reasons, the Parties recognize that when the employers covered by this Agreement find that there are more Workers scheduled to work than necessary to perform the available work, management may:

(a)    Assign a Worker to perform duties that they are qualified to perform elsewhere in the facility; or

(b)    Allow a Worker to voluntarily take time off with pay from their PTO bank; or

(c)    Allow a Worker to voluntarily take unpaid time off; or

(d)    Send a per diem Worker home or direct a per diem Worker not to report for their scheduled shift without pay. Management will give per diem Workers two (2) hours prior notice when directing them not to report for a scheduled shift.

<u>Flex Down at Saint Anne's Hospital</u>. In accordance with the below, management may:

   i.    Cancel any Worker who is scheduled for overtime. The Hospital shall provide one (1) hour notice to any such Worker who is scheduled for the day shift and two (2) hour notice for any such Worker who is scheduled for the evening or night shift, except in circumstance where the Worker is cancelled during their shift. If the Worker is canceled during their shift, then the Hospital will comply with state law regarding reporting pay; or,

   ii.    Cancel any Worker who is scheduled for extra shifts over and above their regularly scheduled hours/FTE status. The Hospital shall provide one (1) hour notice to any such Worker who is scheduled for the day shift and two (2) hour notice for any such Worker who is scheduled for the evening or night shift, except in circumstance where the Worker is cancelled during their shift. If the Worker is cancelled during their shift, then the Hospital will comply with state law regarding reporting pay; or,

   iii.    Assign a Worker to perform duties that they are qualified to perform elsewhere in the facility or at any offsite location of the Hospital; or,

   iv.    Allow a Worker to voluntarily take time off with pay from their PTO bank; or,

   v.    Allow a Worker to voluntarily take unpaid time off; or,

   vi.    Send a per diem Worker home or direct a per diem Worker not to report for their scheduled shift without pay. Management will give per diem Workers two (2) hours prior notice when directing them not to report for a scheduled shift.

vii.    If none of the above referenced actions are able to be implemented by management, then management shall have the authority to exercise the following:

a.   Implement the provisions of the Hospital's Mandatory Time Off policy, which shall be incorporated by reference herein, for the below-referenced departments/units only:

- Inpatient Units (Med/Surg, ICU and GeriPsych)
- Emergency Department
- Pain Management Centers
- Surgical Services (all sites)
- Oncology Services (all sites)
- Endoscopy
- Sleep Lab
- Diagnostic Imaging Services (all sties)
- Cardiovascular Lab

b.   If a Worker is flexed down in accordance with the above, then the Hospital may offer such Worker voluntary on-call for up to four (4) hours or the remainder of their shift, whichever is the shorter period of time.  If such Worker is subsequently called in to work after being flexed down, then the Hospital will pay the Worker in accordance with the applicable state law regarding reporting pay at their regular rate of pay.

No action taken in accordance with this Section will be considered a layoff.  This Section is not subject to grievance or arbitration under this Agreement.

## Article 11.    Discipline And Discharge

**Section 11.01  Just Cause/Notification**

Any Employer covered by this Agreement has the right to discipline, suspend or discharge a Worker for Just Cause only, except in the case of a probationary Worker who may be terminated without recourse to the Grievance Procedure.

Before a meeting is held to discipline a Worker, such Worker shall be informed of the purpose of such meeting.  They shall be informed of their right to have a Delegate present, however, failure to do so shall not be grieveable or arbitrable.  The Parties agree that reasonable efforts will be made to accommodate the Worker's choice of Delegate.  However, if the Worker's preferred Delegate is not available and there is a legitimate need to proceed with an interview, the Worker will be required to accept representation by an available Delegate.

**Section 11.02  Personnel Files**

Employers covered by this Agreement will give Workers a copy of all reports dealing with disciplinary action or performance evaluation.  Workers may submit a written rebuttal to any such documents which will be placed in the Worker's personnel file.

A Worker may inspect their personnel file, during normal Human Resources Department hours.  Inspection of the Worker's file shall be made in the presence of a member of the Human Resources Department.  The Workers may make any notes they wish and may request a copy of their personnel file, but no data may be removed or borrowed from the file.

### Article 12.    Compensation & Overtime

**Section 12.01  Wages**

To recognize the seniority of bargaining unit Worker and to enhance the hospitals' ability to recruit and retain the best Workers, the Parties agree to adopt and implement the new, 20-step wage scale that is attached to this Collective Bargaining Agreement as Appendix A.  The Parties further agree that there will be three region-specific versions of this wage scale, which shall apply as follows:

- The Suburban wage scale will apply at Holy Family Methuen, Holy Family Haverhill, Nashoba Valley Medical Center, and Saint Anne's Hospital.  [N.B.: For the purposes of the regional float pool only, Saint Anne's shall be considered part of the Greater Boston region].

- The Greater Boston wage scale will apply at Morton Hospital, Good Samaritan Medical Center, and Norwood Hospital.

- The Boston wage scale will apply at St. Elizabeth's Medical Center and Carney Hospital.

The Parties also agree that each position in the bargaining unit is assigned a Job Grade of 9 through 35, as stated in Appendix H of this Collective Bargaining Agreement.  For each Job Grade, there is a 20-step wage range, and bargaining unit Workers will be placed on the applicable wage scale based on their years of relevant experience.  For Non-technical and Business Office Clerical and/or Service positions, years of relevant experience will be determined by the Worker's Steward hire date.  For those Workers in Professional, Technical roles and licensed trades, years of relevant experience will be determined by the earlier of (a) licensure/certification or (b) relevant experience in an equivalent position requiring similar expertise (the preceding two definitions will each be referred to herein as "Experience").

When Workers are promoted to a position with a higher Job Grade, their step placement will depend on the nature of the job.  For promotions into Non-Technical and Business Office Clerical and/or Service positions, step placement will be determined by the Worker's Steward hire date (*i.e., in most cases, the Worker's step will remain the same).  For a transfer into Professional, Technical roles and licensed trades that have a different Job Grade, step placement will be determined by the earlier of (a) date of licensure/certification or (b) relevant experience in an equivalent position requiring similar expertise.

Newly hired Workers will be assigned to the appropriate step in the Job Grade for their position by the Hospital based upon their experience and equity with incumbent Workers in the same job title at the time of their hire.  If the Hospital has the need to hire a new Worker at a rate above the wage rate of one (1) or more incumbent Workers who are working in the same department and position and who have the same relevant Experience, then the Hospital shall raise the rate(s) of such incumbent Worker(s) to maintain internal equity within that department.

Workers who are hired into bargaining unit positions after November 1, 2019 will advance to the next step in the wage range associated with their position and Job Grade at the same time as the other bargaining unit Workers (i.e., on their anniversary date).

Workers who transfer from one bargaining unit job title to another resulting in a promotion will be assigned to a job grade and step by the Hospital based upon their Experience at the time of the transfer and will advance to the next step on their new anniversary date.  When Workers transfer, their anniversary date will change to the date on which they assume their new

---

role and job grade, but this will not change the Worker's System Seniority date, but the Worker's hospital seniority date may change if the Worker transfers from one Hospital to another.

### *Initial Wage Increases in January of 2020*

The Parties agree that, effective as of the first full pay period in January of 2020:

- Any Worker whose wage rate is either: (a) below the wage range of their Job Grade by two percent (2%) or less; or (b) within the range associated with their Job Grade -- shall be placed on the scale at the next step closest to their current wage. If this placement does not result in at least a two percent (2%) increase to the Worker's wage rate, then they shall receive a one (1)-time lump sum bonus that will equal the difference, calculated based on the differential percentage multiplied by the number of hours that they worked during the period of January 1, 2019 to December 31, 2019.

- Workers who have twenty (20) or more years of Experience and whose current rate is at or above the twenty (20)-year step will receive a two percent (2%) increase to their wage rate.

- Workers who have fewer than twenty (20) years of Experience and whose current wage rate is above the step associated with their years of Experience shall receive a two percent (2%) one (1)-time lump sum bonus. Such bonus will be calculated based on the number of hours worked during the period of January 1, 2019 to December 31, 2019.

- Workers whose current wage rate is more than two percent (2%) below the bottom of the scale for their job grade will receive a two percent (2%) increase to their wage rate.

- Consistent with the Parties' previous agreement, the minimum wage rate at Saint Anne's Hospital will increase to fifteen dollars ($15.00) per hour as of February 1, 2020.

### *Additional Increases on Anniversary Dates during January 1, 2020-December 31, 2024*

The Parties agree that, effective on each Worker's anniversary date beginning on January 1, 2020, Workers will move up through the applicable wage scale as follows:

| Distance from Experience Step | Step Movement Year 1 | Step Movement Year 2 | Step Movement Year 3 | Step Movement Year 4 | Step Movement Year 5 |
|---|---|---|---|---|---|
| 5+ | 2 | 2 | 2 | 2 | 2 |
| 4 | 1 | 2 | 2 | 2 | 2 |
| 3 | 1 | 1 | 2 | 2 | 2 |
| 2 | 1 | 1 | 1 | 2 | 2 |
| 1 | 1 | 1 | 1 | 1 | 2 |

Workers who are below the scale shall receive an increase of four percent (4%) per year until they reach the bottom step of the range associated with their Job Grade and then will follow the chart above for step movement, effective on the first regular full pay date following the Worker's anniversary date.

Workers who have fewer than twenty (20) years of Experience and whose rate is above their Experience step rate shall receive a two percent (2%) lump sum bonus on the first regular pay date following their anniversary date, and shall remain on that step on the scale until their years of Experience are equal to that step number. Such bonus shall be calculated on the basis of

hours of work in the preceding twelve (12)-month period multiplied by the Worker's base hourly rate.

Workers who have twenty (20) or more years of Experience and whose rate is at step 20 or above shall receive a two percent (2%) wage increase, effective on the first regular pay date following the Worker's anniversary date.

For the period of January 1, 2020 to December 31, 2020, no Worker shall receive an aggregate increase in pay rate that is greater than six percent (6%) while working in the same job title. However, for Workers whose rate was below fifteen dollars ($15.00) per hour and is being increased to fifteen dollars ($15.00) during that period, the aggregate increase may exceed six percent (6%) for that year.

The Parties agree that if there are Workers whose wage rates do not correspond exactly to the rate of a step at the end of the Agreement, then they will devise a solution that will place their wage rates on the appropriate steps in the first year of the subsequent collective bargaining agreement.

Upon sixty (60) days' notice to the Union, Steward may assign a higher Job Grade to a particular job title at one (1) or more hospitals. Steward may also create additional, higher Job Grade(s)(i.e., 36 and beyond) or increase on-call rates when necessary for a particular job title or unit at one (1) or more hospitals. Such changes may be implemented at one (1) or more hospitals, in Steward's discretion. In the event the Union wishes to discuss such changes or their impacts, the Parties will meet and confer in good faith.

**Section 12.02  Overtime Rate.**
A Worker shall be compensated at the rate of time and one-half (1.5) (including applicable premiums as required by law) for all authorized work performed in excess of forty (40) hours in a workweek or in excess of a scheduled shift of at least eight (8) hours when they work beyond the end of that scheduled shift at the Employer's request.

Paid time off shall not count as time worked for the purposes of calculating overtime.

**Section 12.03  Mandatory Overtime**
If management mandates overtime, the Worker at the bottom of a rotating hospital seniority list shall be notified of the need to work the mandated shift. Absent extenuating circumstances, management will give a Worker at least one (1) hour advance notice of a mandated shift. The Worker will receive time and one-half (1.5) for the mandated shift. Once a Worker has been mandated, their name shall go to the top of the list and mandatory overtime then continues to be assigned to the Worker at the bottom of the list. Management may relieve a Worker on a mandated shift from duty. If a Worker volunteers to work in place of another mandated Worker, the Worker who volunteers and actually works the mandatory overtime in place of another mandated Worker will receive time and one-half (1.5) and their name shall be moved on the list. A Worker who is mandated to work shall not be required to work more than four (4) hours of mandatory overtime, absent extenuating circumstances. Only Workers on the premises and those "on-call" can be mandated to work.

Notwithstanding the foregoing, any Worker who was employed by Good Samaritan Medical Center who is mandated to work more than two (2) times in any given quarter shall be paid double time for any additional mandated overtime.

**Section 12.04 Differentials**
Shift differential is paid to a Worker who works at least four (4) consecutive hours during any shift designated below.

When a Worker's work schedule carries over into the next shift, the Worker must work a minimum of four (4) hours into the following shift in order to receive the differential of the next shift. When less than four (4) hours is worked into the following shift, the Worker continues to receive the differential of the former shift, if any.

A Worker who is regularly scheduled to work the evening or night shift shall receive that differential on all paid time off. Weekend shift differential, however is paid only on hours actually worked, unless regularly scheduled to work every weekend.

Effective in the first full pay period in January of 2020, the following differentials will apply to all Workers, except as noted below:

|  | Evening | Night | Weekend |
|---|---|---|---|
| Carney Hospital | $2.50 | $5.00 | $2.45 |
| St. Elizabeth's Medical Center | $2.50 | $5.00 | $2.45 |
| Good Samaritan Medical Center | $2.35 | $5.00 | $2.30 |
| Morton Hospital | $2.35 | $5.00 | $2.30 |
| Norwood Hospital | $2.35 | $5.00 | $2.30 |
| Holy Family Hospital - Methuen | $2.00 | $4.00 | $2.25 |
| Holy Family Hospital - Haverhill | $2.00 | $4.00 | $2.25 |
| Nashoba Valley Medical Center | $2.00 | $4.00 | $2.25 |
| Saint Anne's Hospital | $2.00 | $4.00 | $2.25 |

The Parties agree to continue using the current differentials for Evening shift Workers at Norwood Hospital who were hired before November 1, 2019, for the term of this Agreement. All Norwood Hospital Workers hired after November 1, 2019 will receive the differential rates in the above chart when they go into effect in January of 2020.

**Section 12.05 No Pyramiding**
Except as expressly provided elsewhere in this Agreement, there shall be no pyramiding of overtime, holiday, or premium pay. For example: If in the same workweek a Worker works an eight (8) hour holiday and also works a total of forty-eight (48) hours in that same week, the Worker would receive only eight (8) hours of premium pay for overtime over forty (40) hours in a week and would not receive premium pay for the eight (8) hour holiday. The Parties agree that when Workers work on a holiday recognized in Article 13 and also work in excess of forty (40) hours during that same workweek, Workers will be paid at one and one-half (1.5) times their regular rate of pay for time worked on a holiday in accordance with Article 13, Section 13.01 as well as will be paid at one and one-half (1.5) times their regular rate of pay for time worked in excess of forty (40) hours in accordance with Article 12, Section 12.02. See Side Letter on page 65.

**Section 12.06 On-Call & Call-In**
Effective January 1, 2020, the on-call rate will be five dollars and twenty-five cents ($5.25) for all Workers on all shifts at all hospitals. If a Worker who is on-call is called into active service and required physically to report to a Hospital or other facility, then they will be

paid a minimum of two (2) hours at the overtime rate.  Once the Worker reports to work, the on-call pay will cease, and the overtime rate will apply for a minimum of two (2) hours and until the Worker is released.

The Parties agree to maintain the existing side letter agreements for on-call rates in certain hospitals and units.  See Exhibit D.

**Section 12.07  Relief in Higher Classification**
A Worker who management assigns to fill-in for a Worker in a higher graded classification (whether in or out of the bargaining unit) for more than one day shall receive two dollars ($2.00) per hour for such time in addition to their regular rate of pay.  Management will not rotate this assignment among Workers for the purpose of avoiding its obligation to make this payment.

Workers who management assigns to a charge role for four (4) or more hours in a shift shall be paid two dollars ($2.00) an hour for each hour of charge.

**Section 12.08  Weather Emergency**
A Worker who indicates they have made an effort to arrive to work on time during a Hospital-declared weather emergency will be reimbursed their full scheduled shift provided they arrive within one (1) hour of their scheduled start time.

**Section 12.09  Paid Uniforms**
The Hospital shall initially provide three (3) uniforms for full-time Workers and two (2) for part-time Workers who are required to wear a uniform at no cost to the Worker.  Thereafter, each year, one (1) additional uniform will be provided to Workers upon request.

**Section 12.10  Preceptor Pay**
Workers who are assigned by their manager to precept a new Worker for at least four (4) hours shall be paid a preceptor bonus of ten dollars ($10.00) a day for each day assigned.

**Article 13.    Holidays**

**Section 13.01  Pay for Holidays Worked**
Workers will be paid one and one-half (1.5) times their regular rate of pay for time worked on the following holidays during any calendar year.

| | |
|---|---|
| New Year's Eve | Labor Day |
| New Year's Day | Veterans' Day |
| Martin Luther King Day* | Thanksgiving |
| Memorial Day | Christmas Eve |
| Independence Day | Christmas |

*\*SEMC will recognize Patriots' Day rather than Martin Luther King Day due to traffic and public transportation concerns resulting from the Boston Marathon.*

Local Holiday options:  Union Representatives at each Hospital will meet with local management to decide whether, based on operational needs, the Hospital should substitute a currently non-recognized holiday for a currently recognized holiday.  Such substitution shall be

made by mutual agreement between the Parties, and in no event shall the decision to substitute a holiday cause any hospital to recognize any more holidays than currently exist at each Hospital.

**Section 13.02  Holiday Rotation**

Subject to the needs of the Department, management will endeavor to rotate holidays as equally as possible among Workers.

**Section 13.03  Holiday Sharing**

Workers may split a holiday assignment with fellow Workers by each working half (½) the shift with the approval of the Department Head, which shall not be unreasonably withheld. Reasonable grounds for denial include staffing and overtime considerations.

**Section 13.04  Shift Differentials**

Workers who are otherwise eligible for shift differential shall be paid that differential as part of Holiday pay.

### Article 14.    Paid Time Off

**Section 14.01  Paid Time Off Accrual Schedule**

The Parties agree that, effective January 1, 2020, Steward will adopt and implement a consistent Paid Time Off ("PTO") program across all hospitals, except as described below.  At all hospitals, Workers will accrue PTO according to the following schedule and will use PTO to cover absences for all purposes (vacation, sick, holiday, personal, etc.):

| Years of Service | Days Accrued Per Year |
|---|---|
| PTO Accrual 0-5 years | 32 days |
| PTO Accrual 5-10 years | 34 days |
| PTO Accrual 10-15 years | 36 days |
| PTO Accrual 15+ years | 43 days |

Current Workers at the four (4) hospitals with pre-existing PTO programs with higher annual rates (Good Samaritan, St. Elizabeth's Medical Center, Norwood Hospital and Carney Hospital) will be grandfathered (i.e., maintain their current annual accruals) for the remainder of the contract period (see chart below), but Workers hired after November 1, 2019 at all hospitals will be subject to the above-referenced accrual scale.

| Length of Service | Maximum Hours Accrued Per Year | Approximate Maximum Days Accrued Per Year |
|---|---|---|
| 0 – 5 years | 288 hours | 36 days |
| > 5 – 10 years | 304 hours | 38 days |
| > 10 – 15 years | 320 hours | 40 days |
| > 15 years | 360 hours | 45 days |

The maximum accrual for any Worker will be the applicable annual accrual level plus one hundred twenty (120) hours (e.g., for a Worker with five (5) years of service, the cap on accrual is 272 + 120 = 392 hours).

**Section 14.02  Maximum Accrual**

A Worker may accrue up to a maximum of one (1) year of their annual accrual plus an additional one hundred twenty (120) hours.  When a Worker reaches the maximum accrual amount any additional accruals will be placed in the Extended Sick Leave Bank until the Worker's PTO bank falls below the maximum accrual.

**Section 14.03  PTO Cash Out**

Workers will have the option to cash out up to eighty (80) hours of PTO per year in their anniversary month.  However, to be eligible for a cash out, the Worker must have and agree to leave at least forty (40) hours of accrued PTO in their account.

**Section 14.04  Extended Sick Leave Bank**

The Parties agree that Steward will maintain its Extended Sick Leave program and extend that ESL program to all hospitals.  The Parties agree that, as of November 1, 2019, Steward will no longer make any matching contributions to the ESL.

**Section 14.05  Transfer of Sick Leave for Certain Workers**

Workers at Nashoba Valley Medical Center, Holy Family Hospital Haverhill and Morton Hospital may transfer all accrued sick leave into their ESL bank account, and for those Workers and such transferred hours only, Steward will allow those Workers to use up to forty (40) hours of their ESL accruals for other than their own illnesses and injuries (i.e., for purposes that qualify for statutory sick leave), and there will be no three (3)-day waiting period in those instances.  Once a Worker at the above hospitals has used forty (40) hours of ESL following November 1, 2019, they may only use ESL accruals for their own illness or injury.

**Section 14.06  Pay at Separation**

Upon separation from employment for any reason and under any circumstances, Workers will be paid one hundred percent (100%) of their accrued PTO.  ESL accrual is not payable upon separation.

## Article 15.    Insurance And Retirement

**Section 15.01  Health Insurance**

1.   The Steward Health Care System DPO and EPO shall be the health insurance plan for all SHCS Workers represented by 1199SEIU.

2.   Full-time rates shall apply to Workers committed to working thirty (30) or more scheduled hours per week.

3.   Part-Time rates shall apply to Workers committed to working twenty (20) to twenty-nine (29) scheduled hours per week.

4.   Emergency Room co-payment under the EPO shall be fifty dollars ($50.00).

5.   Workers shall continue to participate in the Steward mail-in program for pharmacy benefits and following any notice period required by federal law.  Features of this plan include:

   a)   Non maintenance medications can still be filled, at the Worker's option, at retail pharmacies.

   b)   Controlled substances continue to be filled at retail pharmacies.

c) The first fill of a new maintenance medication can still be filled, at the Worker's option, at retail pharmacies (with the same co-pays as defined under subparagraph "e", below.) All other fills of maintenance medications must be filled via the Steward mail order pharmacy except for certain excluded drug types described in this agreement.

d) The Steward mail order pharmacy does not currently dispense birth control prescriptions, so birth control prescriptions can be filled at retail pharmacies unless and until such time as birth control prescriptions are available via mail order.

e) Mail order rates are as follows: ninety (90) day supply: thirty dollars ($30) generic / sixty dollars ($60) preferred brand / ninety dollars ($90) non-preferred brand.

f) No change to retail rates (when retail is still permitted per the above).

g) The pharmacy plan, both retail and mail order, will adopt the "Worker pay the difference" program. Effective in plan year 2014, the out of pocket maximum for DPO shall be increased for Tiers 1 – 3 to two thousand five hundred dollars ($2,500) per individual.

6. Effective January 1, 2014, Steward Worker Health Plans will implement a tiered provider network for all Workers under the age of nineteen (19) in the EPO and DPO. Most providers will continue to be in Tier 1, however a limited number of providers/facilities shall become Tier 2 providers. Benefit levels for services provided to Workers under age nineteen (19) will be determined by the provider's tier. See table below for provider tier details.

For the highest level of benefits, all Workers in both the EPO and DPO must see a Tier 1 provider. If a Worker chooses to see a Tier 2 network provider, that Worker will be subject to higher out of pocket expenses. Note that Workers under the age of nineteen (19), enrolled in the EPO, must select a Tier 1 network PCP.

| Tier | Providers  (facilities and affiliated providers unless noted otherwise) |
|--------|------------------------------------------------------------------|
| Tier 1 | All THP providers except those in Tier 2 |
| Tier 2 | Children's Hospital<br>*Brockton Hospital<br>Charlton Memorial Hospital<br>Lawrence General Hospital<br>Lowell General Hospital<br>Milton Hospital<br>Saints Memorial Medical Center<br>St. Luke's Hospital<br>Sturdy Memorial Hospital<br>Tobey Hospital |

*Brockton Hospital (hospital only) has been tiered.  Physicians will remain in Tier 1.

7. The total value of the EPO out of pocket costs (meaning co-pays and deductibles) will not materially change during the period of this Agreement, however, if the SEIU participation drops below eighty percent (80%), prior to implementing any changes, the System agrees to meet with the Union to discuss.

8. Both Parties recognize and understand that network participation/classification/ composition by physicians and facilities changes from time to time. If a Tier 1 specialist

leaves the Steward Worker Choice network, but stays within the Health Insurance Carrier's network, a Tier 1 exception would be considered on a case by case basis for a Worker who is in treatment with the specialist. There is no guarantee that a Worker will be allowed to stay with a provider for the entire plan year. Such determination will depend on the provider (specialty), care the Worker is receiving, and would only cover the episode of care – not entire plan year. Maternity care for patients more than twenty-five (25) weeks pregnant (in third (3rd) trimester) shall be considered a standard exception to the above.

9.    Rates for the EPO for each year of the term of the 2019-2024 Agreement will be as follows:

## 2020 EPO Contributions

| | | 2020 Full-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $6.84 | $24.91 | $46.41 | | $2.00 | $3.00 | $5.00 |
| All | $16.51-33.00 | $22.43 | $46.54 | $66.82 | | $3.00 | $4.00 | $6.00 |
| All | >$33.00 | $34.37 | $59.63 | $85.96 | | $4.00 | $5.00 | $7.00 |

| | | 2020 Part-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $14.74 | $49.68 | $90.60 | | $5.00 | $6.00 | $8.00 |
| All | $16.51-33.00 | $44.91 | $92.08 | $130.44 | | $6.00 | $7.00 | $9.00 |
| All | >$33.00 | $67.75 | $117.42 | $167.93 | | $7.00 | $8.00 | $10.00 |

## 2021 EPO Contributions

| | | 2021 Full-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $8.34 | $26.41 | $47.91 | | $1.50 | $1.50 | $1.50 |
| All | $16.51-33.00 | $23.93 | $48.04 | $68.32 | | $1.50 | $1.50 | $1.50 |
| All | >$33.00 | $35.87 | $61.13 | $87.46 | | $1.50 | $1.50 | $1.50 |

| | | 2021 Part-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $16.24 | $51.18 | $92.10 | | $1.50 | $1.50 | $1.50 |
| All | $16.51-33.00 | $46.41 | $93.58 | $131.94 | | $1.50 | $1.50 | $1.50 |
| All | >$33.00 | $69.25 | $118.92 | $169.43 | | $1.50 | $1.50 | $1.50 |

## 2022 EPO Contributions

| | | 2022 Full-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $9.84 | $27.91 | $49.41 | | $1.50 | $1.50 | $1.50 |
| All | $16.51-33.00 | $25.43 | $49.54 | $69.82 | | $1.50 | $1.50 | $1.50 |
| All | >$33.00 | $37.37 | $62.63 | $88.96 | | $1.50 | $1.50 | $1.50 |

| | | 2022 Part-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $17.74 | $52.68 | $93.60 | | $1.50 | $1.50 | $1.50 |
| All | $16.51-33.00 | $47.91 | $95.08 | $133.44 | | $1.50 | $1.50 | $1.50 |
| All | >$33.00 | $70.75 | $120.42 | $170.93 | | $1.50 | $1.50 | $1.50 |

## 2023 EPO Contributions

| | | 2023 Full-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $11.34 | $29.41 | $50.91 | | $1.50 | $1.50 | $1.50 |
| All | $16.51-33.00 | $26.93 | $51.04 | $71.32 | | $1.50 | $1.50 | $1.50 |
| All | >$33.00 | $38.87 | $64.13 | $90.46 | | $1.50 | $1.50 | $1.50 |

| | | 2023 Part-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $19.24 | $54.18 | $95.10 | | $1.50 | $1.50 | $1.50 |
| All | $16.51-33.00 | $49.41 | $96.58 | $134.94 | | $1.50 | $1.50 | $1.50 |
| All | >$33.00 | $72.25 | $121.92 | $172.43 | | $1.50 | $1.50 | $1.50 |

## 2024 EPO Contributions

| | | 2024 Full-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $12.84 | $30.91 | $52.41 | | $1.50 | $1.50 | $1.50 |
| All | $16.51-33.00 | $28.43 | $52.54 | $72.82 | | $1.50 | $1.50 | $1.50 |
| All | >$33.00 | $40.37 | $65.63 | $91.96 | | $1.50 | $1.50 | $1.50 |

| | | 2024 Part-time Worker Contribution (Monthly) | | | | increase year over year | | |
|---|---|---|---|---|---|---|---|---|
| Entity | Wage Band | Indiv | EE+1 | Family | | Indiv | EE+1 | Family |
| All | <$16.50 | $20.74 | $55.68 | $96.60 | | $1.50 | $1.50 | $1.50 |
| All | $16.51-33.00 | $50.91 | $98.08 | $136.44 | | $1.50 | $1.50 | $1.50 |
| All | >$33.00 | $73.75 | $123.42 | $173.93 | | $1.50 | $1.50 | $1.50 |

10.     The Worker Percentage Contribution of the working rate for the DPO at each Hospital
        will be as follows:

**DPO Contributions 2020-2024**

| Entity | Wage Band | Full-time Worker % Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| Holy Family Haverhill | All | 22% | 25% | 22% |
| Carney | All | 22% | 25% | 26% |
| Good Samaritan | All | 26% | 29% | 26% |
| Morton | All | 26% | 29% | 26% |
| Norwood | All | 26% | 29% | 26% |
| Holy Family Methuen | All | 29% | 33% | 29% |
| Nashoba | All | 29% | 33% | 29% |
| Saint Anne's | All | 29% | 33% | 29% |
| St. Elizabeth's | All | 29% | 33% | 29% |

| Entity | Wage Band | Part-time Worker % Contribution (Monthly) | | |
|---|---|---|---|---|
| | | Indiv | EE+1 | Family |
| Morton | All | 31% | 35% | 31% |
| Norwood | All | 31% | 35% | 31% |
| Holy Family Haverhill | All | 35% | 39% | 35% |
| Carney | All | 49% | 55% | 49% |
| Good Samaritan | All | 49% | 55% | 49% |
| St. Elizabeth's | All | 49% | 55% | 49% |
| Holy Family Methuen | All | 57% | 65% | 57% |
| Saint Anne's | All | 57% | 65% | 57% |
| Nashoba | All | 57% | 65% | 57% |

11.     For the life of this Agreement regular part-time Workers who have completed ten (10)
        years of continuous service, with one or more of the employers covered by this
        Agreement will pay the same premium contribution to the EPO as full-time Worker.

**Section 15.02  Dental Insurance**

        Workers who are authorized to regularly work twenty (20) hours or more per week may
participate in Steward Health Care System's dental insurance plans on the same terms and
conditions as generally offered to other workers as amended from time to time.

**Section 15.03  Long Term Disability Insurance**

        Workers who are authorized to regularly work thirty (30) hours or more per week may
participate in Steward Health Care System's long term disability insurance plans on the same
terms and conditions as generally offered to other workers as amended from time to time.

**Section 15.04  Short Term Disability Insurance**

        Workers may participate in Steward Health Care System's short term disability insurance
plans on the same terms and conditions as generally offered to other workers as amended from
time to time.  During the period from November 1, 2019 through October 31, 2024, Steward
Health Care System will offer the same short term disability benefit at each facility covered by
this Agreement that was in effect at that facility on November 1, 2019.

**Section 15.05  Insurance Policies and Contracts Govern**

It is understood that the employers covered by this Agreement may not themselves operate the insurance programs in the preceding Sections of this Article but may maintain policies or contracts with third parties to administer said program.  Any dispute concerning eligibility for or payment of benefits under such policies or contracts shall be resolved in accordance with the terms of the plan or contract documents and is not subject to the grievance and arbitration provisions of this Agreement.

**Section 15.06  Retirement**

Workers are eligible to participate in the Steward Health Care System pension/ retirement program on the same terms and conditions as it is generally offered to other workers as outlined in the Summary Plan Description as amended from time to time.  For the life of this Agreement, the employers covered by this Agreement will not reduce the benefits offered to Workers under the Steward Health Care System Retirement Savings Plan.  The preceding sentence shall expire automatically and become null and void upon the expiration of this Agreement per Article 30. Benefit eligibility under Steward's pension/retirement plan shall be subject to such conditions and limitations as may be set forth in such plan.  Any dispute concerning eligibility for, or payment of, benefits under Steward's pension/retirement plan shall be resolved in accordance with the terms thereof and shall not be subject to the grievance and arbitration procedure of this Agreement.  However, any dispute over Steward's contribution or failure to contribute for an eligible Worker in accordance with the pension/retirement plan shall be subject to the grievance and arbitration procedure of this Agreement.

The Parties agree that Steward shall maintain its current 401(k) savings program for Workers in the bargaining unit for the duration of this Agreement.  Workers hired before November 1, 2019 will be grandfathered under the tenure-based matching contribution scale (three (3), four (4), or five percent (5%) Employer matching contributions, depending on the Worker's seniority).  All Workers hired after November 1, 2019, will be eligible for a three percent (3%) Employer match.

Steward agreed to assume responsibility for the Steward Health Care System Retirement Plan effective November 6, 2010. In accordance with the Pension Transfer Agreement between Steward, Trustees of the Steward Health Care System Retirement Plan and the Roman Catholic Archdiocese of Boston (RCAB) and the commitments made to the Massachusetts Attorney General with respect to the transfer of Steward Health Care System pension obligations to Steward, Steward represents that it has made payments to the Steward Health Care System Retirement Plan as required and shall provide the Union with documentation of such payments. Steward shall demonstrate to the Union that it is pursuing all necessary steps to ensure that its obligations to retirees under the Steward Health Care System Retirement Plan are guaranteed to the maximum extent provided by law by the Pension Benefit Guaranty Corporation (PBGC).

## Article 16.    Leaves Of Absence

**Section 16.01  Family and Medical Leave**

(a)  <u>FMLA Applies</u>

The Union acknowledges that the employers covered by this Agreement are subject to the provisions of the federal Family Medical Leave Act ("the FMLA").  Workers who have been employed by their current Employer for at least twelve (12) months and have worked at least one thousand two hundred fifty (1,250) hours in the twelve (12)-month period preceding the date

they are requesting as FMLA leave may take up to twelve (12) weeks of unpaid FMLA leave in a twelve (12)-month period for the following reasons:

1. for placement with the Worker of a son or daughter for adoption or foster care;
2. to care for a spouse, son, daughter, or parent with a serious health condition;
3. to take medical leave when the Worker is unable to work because of a serious health condition; or
4. for qualifying exigencies arising out of the fact that the Worker's spouse, son, daughter, or parent is on active duty or call to active duty status as a member of the National Guard or Reserves in support of a contingency operation.

Eligible Workers whose spouse, son, daughter, parent, or next of kin of is a current member of the Armed Forces, including a member of the National Guard or Reserves, with a serious injury or illness, may take up to a total of twenty-six (26) workweeks of unpaid leave during a single twelve (12)-month period to care for the service member.

A summary of the FMLA published by the United States Department of Labor is attached to this Agreement as Exhibit I for informational purposes.

(b)  Qualifying Absences Will be Designated as FMLA Leave

Where a Worker takes a leave under the provisions of this Agreement for a reason which would entitle a Worker to leave under the FMLA, such leave will be designated as FMLA leave and will be deducted from the Worker's statutory twelve (12)-week FMLA leave entitlement. FMLA leave is not cumulative and is not in addition to leaves currently available to the extent such leaves are for reasons covered by the FMLA.

(c)  Use of PTO Required During FMLA Leave

Workers taking FMLA leave must use all available accrued paid time off during their FMLA leave.  Workers who use all of their available accrued paid time off before the end of their FMLA leave must use available ESL for the remainder of the FMLA leave. In the event that a Worker has no available accrued paid time off or ESL, the FMLA leave will be unpaid. Notwithstanding the foregoing, a female Worker may choose to take the first eight (8) weeks of any FMLA leave taken for the birth, adoption, or placement of a child in foster care as an unpaid leave of absence.

(d)  Notice of FMLA Leave

Where the need for FMLA leave is foreseeable, a Worker must request the time off at least thirty (30) days in advance.  Where the need for the FMLA is not foreseeable, the Worker must request the time off as soon as practicable.

## Section 16.02  Massachusetts Paid Family Medical Leave

The Parties agree that Steward and bargaining unit Workers will each contribute towards the new MA Paid Family Medical Leave benefits.  Steward will pay the amount it is required to contribute by law, and Workers will contribute the remainder through payroll deductions (currently, .372% from Steward / .378% from Workers).

Leave taken under PFML shall run concurrently with leave provided under all applicable federal and state laws, including the Family Medical Leave Act ("FMLA"), the Massachusetts Earned Sick Time Law and the Massachusetts Parental Leave Act, as well as other forms of leave provided under the Master Agreement (e.g., PTO and ESL).  Workers shall be permitted to

take leave for up to the duration provided under the Master Agreement or PFML, whichever is longer, and in accordance with any applicable terms and conditions.

Subject to establishing a reasonable verification process, effective January 1, 2020, the definition of "family" for the purpose of continuous family medical leave shall include the Worker's spouse, domestic partner, child (biological, adoptive, foster, step loco parentis, or ward), parent (biological, adoptive, step or foster), grandparent, grandchild, sibling (biological, adoptive, or step), parent of a spouse, parent of a domestic partner, a person who stood *in loco parentis* to the Worker when the Worker was a minor child, or any other family member for whose care the Worker is permitted by the Master Agreement to take leave.

Effective January 1, 2021, if such protection is greater than that provided by the Master Agreement, Workers who meet the eligibility requirements for a continuous leave of absence due to a serious illness that incapacitates them from work may take a leave of absence for up to twelve (12) weeks. During such time, their job may be posted and filled in accordance with the Master Agreement, but if the Worker is cleared to return to work during this period, the Worker shall have the right to return to their prior job if it is available or, if the prior job is unavailable, they shall have the right to return to a comparable job. For this purpose, a comparable job shall mean any position for which the Worker is qualified that is the same shift and insurance benefits level of the Worker's prior position. Where the Hospital has chosen to fill the position on a temporary basis and such temporary position is filled by an incumbent Worker who is displaced upon return of the Worker taking protected leave, the temporary Worker shall return to their former position.

Subject to establishing a reasonable verification and payment process, Workers may use their accrued PTO or ESL, as applicable, and in accordance with the terms and conditions of such programs (except that Workers may use PTO or ESL in hourly increments notwithstanding any term or condition in either program to the contrary) to supplement PFML up to one hundred percent (100%) of base wages.

## Section 16.03  Maternity/Paternity Leave
Full-time Workers who have completed their probation period, but are not eligible for leave under the Family and Medical Leave Act, will be entitled to eight (8) weeks of unpaid maternity/paternity leave on the terms and conditions set forth in Mass. Gen. L. ch. 149, §105D. Eligible Workers may use their paid time off during this leave.

## Section 16.04  Small Necessities Leave

(a)  Small Necessities Leave Act Applies
The Union acknowledges that the employers covered by this Agreement are subject to the provisions of the Massachusetts Small Necessities Leave Act ("SNLA"). Workers who have been employed by their current Employer for at least twelve (12) months and have worked at least one thousand two hundred fifty (1,250) hours in the twelve (12)-month period preceding the date they are requesting as SNLA leave may take up to twenty-four (24) hours of unpaid SNLA leave in a twelve (12)-month period to:

1.  Participate in school activities directly related to the educational advancement of a son or daughter of the Worker, such as parent-teacher conferences or interviewing for a new school.
2.  Accompany the son or daughter of the Worker to routine medical or dental appointments, such as check-ups or vaccinations.

3. Accompany an elderly relative of the Worker to routine medical or dental appointments or appointments for other professional services related to the elder's care, such as interviewing at nursing or group homes.

(b)  Qualifying Absences Will be Designated as SNLA Leave

Where a Worker takes a leave under the provisions of this Agreement for a reason which would entitle a Worker to leave under the SNLA, such leave will be designated as SNLA leave and will be deducted from the Worker's statutory SNLA twenty-four (24)-hour leave entitlement. SNLA leave is not cumulative and is not in addition to leaves currently available to the extent such leaves are for reasons covered by the SNLA.

(c)  Use of PTO Required During SNLA Leave

Workers taking SNLA leave must use all available accrued paid time off during their SNLA leave. In the event that a Worker has no available accrued paid time off, the SNLA leave will be unpaid.

(d)  Notice of SNLA Leave

Workers taking SNLA leave must provide seven (7) days' notice if the reason for the leave is foreseeable, and must submit a certification form to their supervisor within three (3) days of the leave.  The certification form may be obtained from supervisors. If the need for the leave is not foreseeable, the Worker must provide notice as soon as practicable.

## Section 16.05  Industrial Accident

A leave of absence will be granted to a Worker who is receiving Workers' Compensation benefits and is absent due to a work-related injury or accident.  This leave of absence is unpaid, but Workers on industrial accident leave may use paid time off, including their ESL bank, to supplement any Workers' Compensation benefits they receive in order to receive their full regular biweekly pay.  A Worker who is on industrial accident leave will continue to be covered under the health and dental insurance plans provided in this Agreement on the same terms and conditions as active Workers.  If the Worker returns from such leave within eight (8) pay periods, they will be returned to their former position and department if vacant or an equivalent position.  A Worker who returns from such leave but not within eight (8) pay periods shall not have the right to return to their former position but shall have the following rights:

If the Worker is fit for duty and is ready to return to work, they will notify their department manager, who will inform the Worker of the then vacant positions.  If the Worker applies for a vacancy for which they are qualified, they shall have preference over other applicants for such position.

## Section 16.06  Bereavement Leave

Workers will receive up to a total of five (5) days off with pay at the Worker's regular compensation rate, including applicable differentials, provided they are scheduled to work on those days, for the death of the Worker's spouse, parent, child, brother, sister, grandparent who lives in the Worker's home, or other member of the immediate household not mentioned in this section.

Workers will receive up to a total of three (3) days off with pay at the Worker's regular compensation rate, including applicable shift differential, provided they are scheduled to work on those days, for the death of the Worker's grandparent who does not live in the Worker's home, brother/sister in-law, parents-in-law, grandchild, aunt, uncle, niece or nephew.

Bereavement leave days do not necessarily need to be used consecutively, but, absent management or Human Resources approval, they must be used within ninety (90) consecutive days following the death.  Management or Human Resources may require reasonable verification of residence or death.

The Department Head or Human Resources may approve the use of accrued paid time off to supplement the bereavement time allotted or grant an unpaid personal leave of absence, which may not be unreasonably denied.

**Section 16.07  Military Leave**
Workers called for military duty will be provided leave in accordance with state and federal laws.

**Section 16.08  Union Leave**
An unpaid leave of absence may be granted to up to one (1) Worker per facility at a time at the joint request of the Union and said Worker for up to three (3) months, subject to management approval.  If approved, the Worker is eligible to return to the same position or substantially similar position.

**Section 16.09  Jury Duty**

(a)  General Provisions

If a Worker is called for jury duty, any Employer covered by this Agreement shall pay the Worker's wages in full for the first three (3) days of jury duty, provided the Worker is scheduled to work on the day or evening shift on those days.  After three (3) days, any Employer covered by this Agreement shall pay the difference between the Worker's regular wages and their payment as a juror for up to the remainder of jury duty.  All benefits continue while on jury duty. To be eligible for pay under this Article, a Worker must furnish documentary evidence from the court which set forth the amount of such fees received by her/him as a juror.

(b)  Night Shift Provisions

Subject to the limitations in Section 16.09(a) above, Workers regularly scheduled for the night shift (generally 11:00 p.m. to 7:00 a.m.) are eligible for jury duty pay for the shifts on the night before and the night of jury duty, provided they are scheduled to work those shifts.

**Section 16.10  Discretionary Leave**

(a)  Procedure for Requesting and Granting Discretionary Leave

A Worker seeking a leave of absence for reasons not covered above or to extend a leave of absence covered above beyond the time frame provided in this Agreement must submit a written request to the Director of Human Resources at the facility where they work.  This request must state the reason(s) for the request and the beginning and ending date of the requested leave. The employers covered by this Agreement have the sole discretion to determine whether to grant a leave of absence and to determine under what conditions and for what length of time the Worker's position will remain open.  The granting and length of such leave of absence shall not be subject to the grievance and arbitration procedure.

(b)  Benefits During Discretionary Leave

The Worker's fringe benefits will not accrue during an unpaid leave of absence, but will resume at the same level on the Worker's return to work.  Workers will be eligible for continued health and dental insurance coverage during this leave, but will be responsible for the entire premium cost and may be required to pay an administrative fee in accordance with COBRA.

## Article 17.    Miscellaneous Benefits

### Section 17.01  Subpoenaed Court Time
Workers who are subpoenaed to appear as a non-party witness at a State or Federal court hearing or trial regarding a work-related matter may do so on paid time (less applicable witness fee) provided that they have given notice of the subpoena to their Supervisor as soon as practicable after service of process.  Day and evening shift Workers shall be excused from duty on the day of the court appearance and night shift Workers shall be excused from duty on the night prior to the court appearance without loss of pay or benefits upon production of the receipt for the witness fee, if any.  In the event that the court appearance is cancelled, the Worker shall so notify their Supervisor as soon as possible and stand ready for duty.  All compensation pursuant to this Section shall be at straight time.

### Section 17.02  Mileage Reimbursement
Any Worker who uses their car for business with the approval of their Employer shall be reimbursed for mileage at the current IRS rate.

### Section 17.03  Professional Advancement
Any Worker who achieves ACLS certification and/or an advanced certification, registration or degree that is directly related to the Worker's current position and that is not required by the job description shall receive a one (1)-time fifty cents ($0.50) per hour differential upon providing documentation that the Worker possesses such certification, registration, or degree.  The following terms apply:

- Worker will notify their manager, who will discuss with Human Resources to ensure it meets the needs of healthcare positions and benefits the Hospital
- It shall be a one (1)-time differential, awarded prospectively
- For Workers at hospitals that have not previously had professional advancement differential access, can get pre-approval and differential when the trainings next come up
- Management will consider degrees that have already been earned for possible differential pay
- If a Worker is receiving a differential, they must renew the training/registration as required by law, if they want to continue to receive the differential
- Management will make best efforts to allow time off for Workers to take professional advancement training

## Article 18.    Training & Upgrading Fund

1199SEIU United Healthcare Workers East, Carney Hospital, Good Samaritan Medical Center, Holy Family Hospital Methuen, Holy Family Hospital Haverhill, Morton Hospital, Nashoba Valley Medical Center, Norwood Hospital, Saint Anne's Hospital and St. Elizabeth's Medical Center and the health care Workers covered by the collective bargaining agreement between them are committed to providing the best care possible.

In furtherance of that commitment, the Parties agree to:

1. In the event the TUF does not cover CEUs and/or conference fees, the Employer will maintain its practice as of the January 17, 2020 ratification of this Agreement. Part-time Workers who work less than twenty-four (24) hours per week will continue to receive tuition reimbursement consistent with the practice in place on the January 17, 2020 ratification of this Agreement.

2. The Trustees of the Training Fund or their designees, in addition to monies received from employers, shall attempt to secure additional funds as may be available from public or private sources. In addition the Trustees of the Training fund or their designees shall seek community cooperation in such programs.

3. The Employer will make an effort to adjust schedules so that Workers can take training courses.

4. Effective January 1, 2020, Steward will continue participating in the 1199SEIU Training and Upgrading Fund and will continue contributing to the TUF at the current rate of one-half of one percent (.5%) of payroll per year.

5. The Employer and Union will work together to build partnerships with area educational institutions.

### Article 19.    Seniority/System Mobility

**Section 19.01  Definitions**

A. "Hospital" seniority means length of continuous employment in a bargaining unit position, excluding per diem employment, from the most recent date of hire at the facility where the Worker is currently employed. A Worker shall acquire hospital seniority after completing the probationary period at the facility at which they were most recently hired and hospital seniority will then be credited retroactive to that date of hire.

B. "Health System" seniority is defined as length of continuous employment in a bargaining unit position, excluding per diem employment, from the first date of hire within the Health System. A Worker shall acquire Health System seniority after completing the probationary period at the facility at which they were first hired within the Health System and Health System seniority will then be credited retroactive to that date of hire. When a Worker is awarded a position within the system but outside of their facility, wage placement of the Worker will be based on the applicable wage rates for the facility and benefit eligibility and accrual will be based on the Worker's Health System seniority. Health System seniority will govern all bumping and bidding rights under this Agreement (however, bumping rights are limited to the facility where the layoff has occurred). Health System seniority shall apply in the computation and determination of eligibility for all benefits where length of service is a factor.

C. Through the joint Labor-Management Teams, the Parties will develop a grid clearly explaining the definitions and applications of hospital and Health System seniority.

**Section 19.02  Application of Hospital Seniority**

The employers covered by this Agreement and the Union recognize the need to provide consistent patient care and customer service and that balanced skill mix and/or competency maintenance are some of the elements that are required to provide such care and service. Subject to the needs of the covered employers and unless otherwise specified elsewhere in this Agreement, schedules, holidays, coverage for unscheduled absences, scheduled extra non-overtime hours and scheduled overtime hours within the unit/department will be distributed equitably by rotation beginning with the most senior Worker.

**Section 19.03  Loss of Seniority**

A. Termination of employment will result in loss of seniority and attendant rights.

B.  A Worker should give two (2) weeks written notice of termination to the Department Head.

C.  A Worker who commits their first "no call / no show" without sufficient mitigating circumstances beyond the control of the Worker will receive a final written warning.  If the Worker commits a second no call / no show without sufficient mitigating circumstances beyond the control of the Worker, then they will be deemed to have resigned voluntary from their employment.  In the event of a grievance resulting in an arbitration under this Section, the arbitrator will only have jurisdiction to decide whether or not there was one or more no call / no shows without sufficient mitigating circumstances beyond the control of the Worker.

**Section 19.04  Seniority Date**
Where Workers have the exact same seniority date and are in conflict over a particular issue based on seniority, a random determination shall be made each time in front of the affected Workers.  A coin toss shall be used when only two (2) Workers are involved.

**Section 19.05  System Mobility**

(a)  Bargaining Unit Job Openings Within the System:  All job openings in the bargaining units covered by this Agreement will be posted System-Wide in accordance with Section 20.01.  Job openings will be awarded to applicants in accordance with Section 20.02.

When a Worker is awarded a position within the system but outside of their facility, wage placement of the Worker will be based on the applicable wage rates for the facility and benefit eligibility and accrual will be based on the Worker's Health System seniority.  Health System seniority will govern all bumping and bidding rights under this Agreement (however, bumping rights are limited to the facility where the layoff has occurred).

(b)  Consolidation of Services Within the System:  The Parties recognize that Steward Health Care System may consolidate services offered at more than one (1) of the facilities covered by this Agreement or move services offered at a facility covered by this Agreement to another facility.  In the event of such a consolidation, the employers affected by this consolidation will give the Union sixty (60) days' notice of the consolidation and will meet to discuss alternatives to layoffs.  If such a consolidation or movement of services results in services no longer being offered at one of the facilities covered by this Agreement and those services continue to be offered at another facility covered by this Agreement, then Workers affected by this consolidation or movement of services will have the following rights:

(1)  Management will create an integrated Health System seniority list identifying all Workers in positions that will be utilized under the new structure for the consolidated or moved services.  All positions in this new structure will be posted and will be awarded in accordance with Article 20, using the integrated Health System seniority list.

(2)  After all of the positions in the consolidated or moved service have been awarded, all Workers who were awarded positions in this service will retain their Health System seniority and the integrated Health System seniority list will have no effect.  Wage placement of the Workers who are awarded positions in the new structure will be based on the applicable wage rates for the facility.

(3)  A Worker who is not awarded a position in the new structure for the consolidated or moved service will be considered to have been laid off and may exercise their rights under Article 21.

## Article 20.    Job Openings

### Section 20.01  Posting

All job openings will be posted for seven (7) days. This posting period will begin on the day the job is posted electronically.  Workers may bid on jobs by submitting a bid to the Human Resources Department.

Postings shall include job title, grade, shift rotation, weekend rotation, minimum qualifications, and preferred skills and experience (posting of this information does not change the general rule that schedules are subject to change).

### Section 20.02  Award

When candidates for an opening are relatively equally qualified as determined by the hiring manager, the most senior of the applicants will be selected.  Whether an applicant is qualified will be determined by the Employer at its sole discretion.

### Section 20.03  Two Positions

Workers may hold two (2) positions in one (1) or two (2) departments and receive benefits based on the total number of authorized hours.  Effective between January 1, and March 31, 2014, or as soon as the technology to track this is available, a Worker holding positions in more than one (1) Steward facility will receive benefits on the total number of hours worked combined at all Steward Facilities at which they hold regular hours.  The total authorized and scheduled hours of a Worker holding two (2) positions in one (1) or more facilities may not exceed forty (40) hours per week and there may not be a conflict in the regular scheduled hours of the two (2) positions.  The Worker is responsible for informing the respective supervisors if extra hours will lead to overtime; generation of overtime shall be considered a reasonable basis for denying access to extra hours.  The Worker shall not receive overtime for over eight (8) hours in a day if it is the result of the schedules of the two (2) jobs. The Worker may only bump within the Hospital for which the position they hold has been eliminated, reduced, or re-organized.

### Section 20.04  Transfer to a New Bargaining Unit Position

A Worker who is working in one (1) bargaining unit position but applies for and is awarded another bargaining unit position will be transferred to the new position within thirty (30) days of the award, absent extenuating circumstances.

## Article 21.    Layoff/Recall

## JOB PREDICTABILITY AND BIDDING

The Parties recognize that job protection and predictability of work schedules are of utmost important to Workers in the 1199SEIU bargaining units within the hospitals.

As an initial matter, the Parties shall maintain the current system of job bidding which has existed under the Master Agreement.  More specifically, in each of the job circumstances described below, 1199SEIU bargaining unit Workers have the right to bid on other positions within the bargaining unit, subject to the terms and conditions of the Master Agreement.

Moreover, the Parties mutually intend that, in all of the job circumstances described below, the employers should seek volunteers in the affected hospitals, units, department, and positions. The Parties also acknowledge and agree that they will engage in bargaining over the impact of Position Elimination, Reduction in Hours, Reorganization Impacting Hours, Reorganization Not Impacting Hours, and Qualifying Change in Start Time, as each is defined below (collectively, "Job Circumstances").

Procedure: The goal of the employers covered by this Agreement is to strive to provide job security for their Workers whenever possible by retraining, reassignment and/or other alternatives when organizational change is necessary. Therefore, the following procedure will be followed:

The Union recognizes that the right to relieve Workers from duty due to lack of work or for economic reasons is among the prerogatives of management. Similarly, management reserves the right to structure the layoff by classification consistent with the needs of management and in the best interests of patient care. One (1) goal of the employers covered by this Agreement is to strive to provide job security for its Workers whenever possible by retraining, reassignment and/or other alternatives when organizational change is necessary. Therefore, the following procedure will be followed in the event of a reduction in force that involves the elimination of one (1) or more positions, and/or a reduction in hours in the event of a department re-organization, as defined in this Collective Bargaining Agreement, resulting in all positions being posted and rebid by Health System seniority:

For a reduction in force or a department re-organization, the employers covered by this Agreement will notify the Union as soon as possible, but in no event less than three (3) weeks prior to the intended layoff and will meet to discuss alternatives to layoffs or re-organization. Affected Workers will be notified at least two (2) weeks prior to the reduction in force or shall receive up to two (2) weeks' pay in lieu of notice.

The Union acknowledges that there are instances where advance disclosure of a reduction in force to Workers or third parties could result in financial harm to Steward Health Care System or the employers covered by this Agreement. When the possibility of such harm exists, the employers covered by this Agreement are not required to give the Union the three (3) weeks advance notice of a reduction in force described above, but must still provide Workers with either two (2) weeks prior notice or two (2) weeks' pay in lieu of notice. In an arbitration where a covered Employer relies upon this paragraph as a defense, the Arbitrator's review of the matter shall be limited to determining whether advance disclosure of a reduction in force to Workers or third parties could result in financial harm to Steward Health Care System or the employers covered by this Agreement and issuing an appropriate remedy.

## Section 21.01  Lists
At the time of notification, the employers covered by this Agreement will provide an electronic packet containing the following documents to the Union and the affected Workers. An affected Worker may choose to have such documents provided in a paper format:

1. A list of all bargaining unit Workers in the Hospital including title, department, unit, hours, shift and Health System seniority.

2. Access to vacancies within the system will be made available online.

---

**Section 21.02  Seeking Volunteers**

After the meeting with the Union, and prior to the reduction in force, the employers covered by this Agreement will first ask for volunteers, and will next lay off all probationary and temporary Workers in affected classifications.  The use of Per Diems in the jobs category shall be reviewed for possible conversion and any Per Diems shall not be allowed to fill the hours vacated by the affected Worker(s).

**Section 21.03  Notice to Worker**

Management will determine the specific position(s) for reduction on each shift within a unit or department.  When there is more than one (1) Worker in the same position (same shift and hours), the least senior Worker will be notified of a layoff.

**Section 21.04  Job Circumstances and Available Options for Workers**

The Parties agree that in each of the Job Circumstances, the following options will be available to Workers in the 1199SEIU bargaining units within the hospitals:

A. Position Elimination:  In the event of a Position Elimination, the affected Worker(s) will have the following options:

   (1) Accept the Position Elimination and receive severance, in amount determined under the Severance policy that is attached as Exhibit J to the Master Agreement (the "Severance Policy"), except that the severance will be available unless the hourly rate of the Comparable Position offered to the Worker is equal to or greater than the Worker's hourly rate at the time; the other terms and conditions in the Severance Policy, including but not limited to the execution of a separation agreement containing a general release and wavier of claims, shall apply;

   (2) Fill any vacant position for which they are qualified;

   (3) Participate in the Bench Program; or

   (4) Exercise Bumping Rights.

B. Reduction in Hours:  In the event of a Reduction in Hours, the affected Worker(s) will have the following options:

   (1) Accept the Reduction in Hours and continue working in the Worker's present position;

   (2) Fill any vacant position for which the Worker is qualified;

   (3) Participate in the Bench Program; or

   (4) Voluntarily resign and receive a severance that is three-quarters (3/4) of the amount set forth in the Severance Policy, subject to the terms of the Severance Policy, including but not limited to the execution of a separation agreement containing a general release and waiver of claims.

C. Reorganization Impacting Hours:  In the event of a Reorganization Impacting Hours, the affected Worker(s) will have the following options:

   (1) Accept the Reorganization Impacting Hours and continue working in the Worker's new role and schedule;

   (2) Fill any vacant position for which the Worker is qualified;

(3) Participate in the Bench Program; or

(4) Voluntarily resign and receive a severance that is one-half (½)of the amount set forth in the Severance Policy, subject to the terms of the Severance policy, including but not limited to the execution of a separation agreement containing a general release and waiver of claims.

D. <u>Reorganization Not Impacting Hours</u>:  In the event of a Reorganization Not Impacting Hours, the affected Worker(s) will have the following options:

(1) Accept the Reorganization Not Impacting Hours and continue working in the Worker's new role;

(2) Fill any vacant position for which the Worker is qualified; or

(3) Participate in the Bench Program.

E. <u>Qualifying Change in Start Time</u>:  In the event of a Qualifying Change in Start Time, the affected Worker(s) will have the following options:
(1) Accept the Qualifying Change in Start Time and continue working in the same position with the new schedule;

(2) Fill any vacant position for which the Worker is qualified;

(3) Participate in the Bench Program; or

(4) Voluntarily resign and receive a severance that is one-half (½) of the amount set forth in the Severance Policy, subject to the terms of the Severance policy, including but not limited to the execution of a separation agreement containing a general release and waiver of claims.

For the purposes of exercising rights referenced above, "qualified" shall mean both 1 and 2 below:

1.  The apparent ability to fill the position in an acceptable manner within four (4) weeks with reasonable supervision and training.  Should the Worker not be successful, which determination shall not be made arbitrarily or capriciously, they shall be allowed to:

a) Return to a position equivalent to their former position if available

b) Return to a lower graded position if available

c) Return to layoff status

2.  Possesses the required certification or registration or meets the minimal qualifications for the position.  Workers affected by a reduction in force are limited to two (2) bump applications, i.e., can apply for two (2) positions in order to total their current number of hours, not bump into one position and then another.

A Worker who is notified that they will be affected by one of the above-referenced job circumstances or who is displaced by a laid off Worker shall make a decision about their option in accordance with the above-referenced applicable job circumstances and applicable options referenced thereunder within forty-eight (48) hours of first being notified of such action.

A Worker who bumps or takes an open position shall be placed at a rate in accordance with Article 12, Section 12.01. In order to maintain internal equity the Employer and the Union may mutually agree on a different rate due to the Worker's relevant years of experience.

All Workers, who have been displaced, shall transfer as soon as possible into the new position but no later than three (3) weeks from completion of the bumping process.

Whenever feasible, a displaced Worker shall not be responsible for training or orientating another displaced Worker as a result of a layoff.

### Section 21.05  PTO Payment
A laid off Worker will be paid all of their unused accrued PTO on a biweekly basis as salary continuation at the Worker's regular biweekly rate of pay on the regular payroll cycle until such unused accrued PTO is exhausted.

### Section 21.06  Continuation of Benefits
Workers who are laid off as part of a reduction in force shall be eligible for the severance package offered by Steward Health Care System as outlined in Exhibit I, and go on the recall list for twelve (12) months. Following the execution of this contract the Employer and the Union will meet to discuss the use of the severance period to train for hard to fill jobs.

### Section 21.07  Recall List and Notice

Workers who have been laid off:

A. A recall list will be established consisting of Workers who have been laid off, and a Worker will have recall rights for departmental positions for twelve (12) months subsequent to the layoff date. When a position becomes available, it will be offered to the most senior Worker on the recall list from that department who is qualified. The Employer shall contact Workers on the recall list for all vacant positions within the department. Workers will be notified by phone and certified letter to last known address.

B. Notice of a position will be provided at the Worker's last known telephone number as reported by the Worker to the employer covered by this Agreement. If the employer covered by this Agreement is unable to contact the Worker by telephone, the employer covered by this Agreement will notify the Worker of a position via overnight mail at the Worker's last known address. In the event they fail to accept a position which is the same classification and department within forty-eight (48) hours after delivery of notification, they forfeit all recall rights and the position will be offered to the next most senior qualified Worker on the recall list from that department.

Workers who accept a position who are currently employed elsewhere may defer starting work in the recalled position for two (2) weeks after accepting the position, in order to give notice to their current Employer. Workers who accept a position who are currently not employed must be ready to start work in the recalled position within one week after accepting the position.

**Section 21.08  Recall Procedure**

  A. If offered the same classification, shift, and number of hours that the Worker held pre-layoff, the Worker MUST GO BACK if they are in a position they bumped into.

  B. If the Worker is in a position they bid into (after having been bumped out of a position), the Worker may have the option to return to their previously held position should it become available.  The employers covered by this Agreement will ask the Worker if they wish to maintain those rights and if the Worker does not, they will be asked to sign off on them.

  C. If the Worker is in a position they bid into (after having bumped into a position), they will maintain their recall rights to their original position for twelve (12) months.  The employers covered by this Agreement will ask the Worker if they wish to maintain those rights and if the Worker does not, they will be asked to sign off on them.

**Section 21.09  Rights Upon Recall**

Workers who are recalled will be re-credited with their pre-layoff Health System seniority and hospital seniority and that portion of their accrued paid time off (or vacation/ holiday/personal time, whichever applies) that was not paid to them when they were laid off, and their extended sick leave.

**Section 21.10  Definitions**

The following definitions shall apply to this Section pursuant to Addendum F of the November 14, 2019 Memorandum of Agreement:

**POSITION ELIMINATION**

Any circumstance in which the employment of a Worker covered by the Master Agreement is terminated for reasons other than Just Cause, which includes the elimination of a single position and the elimination of multiple positions in a System-, Hospital-, or unit-wide reduction in force.

**REDUCTION IN HOURS**

The permanent reduction of the regularly scheduled total weekly hours of a Worker covered by the Master Agreement by more than ten percent (10%), not including temporary or short-term changes necessitated by fluctuations in patient volume or other operational considerations.

**REORGANIZATION IMPACTING HOURS**

The reorganization of one (1) or more hospitals or units within any Hospital that results in a Reduction in Hours, as defined above.

**REORGANIZATION NOT IMPACTING HOURS**

A reorganization as described above that does not result in a Reduction in Hours, as defined above.

**QUALIFYING CHANGE IN START TIME**

The permanent change in the regularly scheduled start time on one (1) or more days of the week for any Worker that is more than three (3) hours earlier or later than the previous

regularly scheduled start time on such day(s). This definition does not apply to Workers who are working in "variable shift" roles.

## BENCH PROGRAM

A Worker impacted by any of the circumstances described below may elect to transition to an inactive status but remain employed and eligible for health insurance participation on the same terms as are afforded to actively employed Workers for a period of up to sixty (60) days. Workers in the Bench Program will not report to work, perform any duties or be paid during such period.

## COMPARABLE POSITION

A position within the 1199SEIU bargaining unit which, as compared with a Worker's present position, entails: (1) a similar type of work; (2) total regularly scheduled work hours that are within ten percent (10%) of the Worker's current weekly total; (3) regularly scheduled start time(s) that are no more than three (3) hours earlier or later; and (4) a work location that is within thirty (30) miles of the Worker's current primary work location.

## UNCONTESTED UNEMPLOYMENT

If a Worker within the 1199SEIU bargaining unit decides to accept a Position Elimination or Reduction in Hours (each as defined above), rather than exercise the other alternatives available to them, and the Worker elects to file a claim for unemployment insurance benefits, the Employer will take no action to contest such claim, other than truthfully reporting information in response to a request by the Massachusetts Division of Unemployment Assistance.

## BUMPING RIGHTS

A Worker who experiences a Position Elimination has the right to "displace any less senior Worker in the unit, the department or the Hospital bargaining unit as long as the displacing Worker is qualified. For greater clarity, Bumping Rights are only available in the event of a Position Elimination. They are not available in the event of a Reduction in Hours, Reorganization Impacting Hours, Reorganization Not Impacting Hours, or a Qualifying Change in Start Time.

## NOTICE PERIOD

In the event of a Position Elimination, Reduction in Hours, Reorganization Impacting Hours, or Reorganization, the Employer will provide at least three (3) weeks' advance notice to the Union and at least two (2) weeks' advance notice to the affected Worker(s). In the event of a Qualifying Change in Start Time, the Employer will give the Worker at least thirty (30) calendar days of advance notice before the Change takes effect.

## VACANCY FREEZE

In the event of a Position Elimination or Reduction in Hours, the employers will implement a Vacancy Freeze. The purpose of the Vacancy Freeze is to give bargaining unit Workers who have experienced one of the Job Circumstances described above a chance to apply for another position in the same region for which the Worker is qualified. After the seventy-two (72) hour Vacancy Freeze has expired, the hospitals may resume their normal recruitment and hiring practices. Vacancy Freezes will be implemented on a regional basis, which means that

they will only take effect in the region(s) (i.e., Boston, Greater Boston, and/or Suburban) in which a Job Circumstance has occurred.

## Article 22.    Union Representative & Delegates

### Section 22.01  Delegates
The employers covered by this Agreement agree to recognize the Union Delegates, duly appointed by and acting as agents of the Union, who will represent the Union in dealings with Management.  The Union will furnish the Employer with a list of Delegates within one (1) week of the regular Delegate election and will promptly notify management of any changes in Delegates.

### Section 22.02  Time for Administering the Contract
Named Delegates shall be granted a reasonable amount of time, subject to the Employer's operating needs, for the purpose of administering the contract. Such time will be confined to the Employer's premises and within the normal workday, without loss of pay.

### Section 22.03  Attendance at Meetings
Subject to operating considerations, the Hospital will endeavor to accommodate the request of a Union Delegate to attend meetings or trainings sponsored by the Union by releasing her/him from a scheduled work day without pay and without being required to use their paid time off for the purpose of attending a meeting or training sponsored by the Union.

### Section 22.04  Processing Grievances
Subject to Section 22.06 and the operating needs of an Employer covered by this Agreement, a Union Representative will be permitted to meet with Union Delegates and grievants (without loss of pay) for the purpose of processing a grievance in designated locations for a reasonable period of time, and, providing it does not interfere with or disrupt operations of the covered Employer.

### Section 22.05  Delegate Conduct
Union Delegates are prohibited from attempting to direct the workforce, countermanding Management orders or in any way interfering with the orderly operation of any Department.

### Section 22.06  Union Representatives
Duly authorized Union Representatives may visit the premises of an Employer covered by this Agreement at reasonable times to discharge the Union's duties as the Worker's collective bargaining representative.  Duly authorized Union Representatives shall attempt to give reasonable advance notice to the Director of Human Resources at whichever facility they intend to visit or their authorized representative and will check in when arriving at the premises (with the Nursing Supervisor on nights and weekends).  Such visits shall not disrupt the normal operation of the Employer and in no event may meetings take place in patient care areas.

### Section 22.07  Advocacy Day
Subject to their operating needs employers covered by this Agreement shall release recognized Delegates one (1) day per year with pay to attend an advocacy day to advocate for causes that are consistent with the purposes of the Parties' Strategic Alliance and Steward Health Care System's mission.

**Section 22.08  Bulletin Boards**
Employers covered by this Agreement will provide one (1) locked bulletin board and keys in a mutually agreed upon location(s) in all buildings in which Workers work for posting of Union notices relating to the Union's duties as the Worker's collective bargaining representative.

## Article 23.    Achieving High Performance

**Section 23.01  System-Wide Labor Management Team**
Pursuant to and in the spirit of the Mission Statement set forth in Addendum D of the November 14, 2019 Memorandum of Agreement, the Parties will create a system to jointly assess the functionality of each Hospital Labor Management Team (LMT).  Such assessment will be completed as soon as possible after the execution of this new Agreement, and recommendations for enhanced functionality pursuant to the Mission Statement shall be acted upon forthwith.

The Parties shall create and maintain a standing System-wide Labor Management Committee, which shall be renamed the Labor Management Team (LMT), with mutually agreed numbers of representatives, which shall include representatives from the bargaining unit Workers, Union staff, frontline management and the Senior Leadership Team (SLT).  The System-wide and Facility-based committees shall have co-chairs.  The System-wide Labor Management Team shall meet quarterly for the purposes of creating and overseeing System-wide initiatives, sharing best practices across the hospitals, assessing System-wide compliance issues, and addressing matters of mutual concern.  The committee shall also review educational initiatives and utilization of the 1199SEIU Training and Upgrading Fund.  CARES shall be a standing item on all LMT agendas.  Committee members shall meet without loss of pay, and Workers' release time for meetings shall be ensured.  The Committee shall be responsible for overseeing and implementation of training and orientation of hospital labor management committees.

**Section 23.02  Facility Labor Management Team**
The Parties shall create and maintain a standing Labor Management Committee, which shall be renamed the Labor Management Team (LMT),  at each represented facility with mutually agreed numbers of representatives, which shall include representatives from the bargaining unit Workers, Union staff, frontline management and the SLT.  The Facility-based LMTs may consider whether to have staggered rotation of people through committees and consider whether participation by Department should be encouraged.  The LMTs shall meet monthly for the purposes of addressing matters of mutual concern, including that CARES shall be a standing item on all LMT agendas.  The Facility-based LMTs will have the discretion to establish and take responsibility for determining the strategic creation of Unit Based Teams (UBTs).  The purpose of UBTs is to take up projects that improve efficiency and otherwise advance joint strategic performance improvement initiatives.  The monthly meeting will not be cancelled unless both Parties mutually agree to cancel the meeting, or one (1) party cancels the meeting for a compelling reason such as an agency visit, etc.  In the event of a cancellation not mutually agreed on, the Parties will reschedule the meeting as soon as possible.  The Labor Management Team at each facility will adopt or amend current bylaws to include a provision for a mutually agreed-upon standing agenda which shall include a review of the mission, quality scores, compliance matters, and ongoing fiscal issues including updates on specific industry and funding challenges as well as current topics.  Each LMT will establish a Service Recovery Program into its responsibilities, and establish training and education to make Service Recovery a skill and expectation of all Workers.  The Parties shall endeavor to schedule meetings to ensure

participation and ensure release time for meetings.  In the event a Worker is scheduled to be off, and their designee is unavailable, the attending Worker shall be compensated.

The Parties shall jointly communicate to the Hospital the progress and ongoing work of the LMT following each meeting.

**Section 23.03  Quality Work Task Force (QWTF)**
The Parties recognize the importance of joint labor management work in improving the quality of care and increasing the financial success of the individual Hospitals and Steward System.  1199SEIU and Hospital management will explore the viability of establishing task forces in each of the Hospitals on an as needed basis.

The Parties shall endeavor to schedule meetings to ensure participation.  In the event a Worker is scheduled to be off, and their designee is unavailable, the attending Worker shall be compensated.  The following shall be discussed and/or incorporated at each Hospital as appropriate:

A.  Facility Level LMTs shall determine whether or not to implement Worker suggestion boxes to improve quality and related matters to overall improved performance

B.  The Parties to this Agreement establish that the success of the CARES program is essential to achieve sustained high performance.  Towards this end, the Parties agree to:

   a)  Integrate CARES into all job descriptions and evaluations
   b)  Integrate CARES into the new hire orientation
   c)  Emphasize to all Workers and managers that CARES applies to all interactions between all Workers, doctors, managers, nurses, vendors, and all third parties doing business with or providing services to the facilities covered under this Agreement
   d)  Incorporate CARES values in all huddles and staff meetings

C.  In the interest of promoting the best performance outcomes for our patients and our community, the Parties shall promote peer-to-peer input on position/job applicants.

D.  The Parties shall establish in-house cross-training/cross-retraining for new positions.

**Section 23.04  Labor Management Project**
The Parties agree to establish and jointly participate in the SEIU Labor Management Project.  Steward will contribute two hundred thousand dollars ($200,000) per year to the cost of the services of the LMP to the Steward/1199SEIU Strategic Alliance.  The Parties further agree jointly to select one (1) full-time consultant from 1199SEIU's Labor Management Project (the "Consultant"), who will devote one hundred percent (100%) of their time and energies to the Steward-1199SEIU Strategic Alliance, with research and other support from other LMP personnel in various offices, as needed.  The activities of the Consultant will be mutually determined by the Steward/1199SEIU Joint Strategy Committee.

Steward and the Union each will have the right to terminate the Consultant at any time if they are dissatisfied with their performance in the role.  The Parties agree to undertake the LMP for a three (3)-year trial during the period of November 1, 2019 through October 31, 2022.  Prior to the expiration of that period, the Parties will meet and discuss whether to continue the LMP. If either Party desires to cancel the LMP after the three (3)-year trial, then they may do so, which

decision will not be subject to the grievance-arbitration process in the Master Agreement or any other claims-adjudication process.

The Parties also agree to the creation of an Incentive Compensation Pool of four hundred thousand dollars ($400,000) per year (one hundred thousand dollars ($100,000) per quarter), which will be available to be awarded to bargaining unit Workers for the achievement of metrics (by team, unit and/or Hospital), as determined by the Labor Management Project and approved by the Joint Strategy Committee.

**Section 23.05  Enhanced Worker Engagement**
The Parties agree that enhanced Worker engagement is essential to achieve high performance and create the best place to work.  Towards this end the Parties will consider the following steps and processes:

- Highlight success
- Develop and execute a "kick-off event" for this new Agreement
- Create Unit Based Teams (UBTs), pursuant to Section 23.02 of the Agreement
- The Joint Steering Committee will travel to hospitals and engage and interact with the LMTs and UBTs to ensure that the LMTs and UBTs are advancing the Mission and principles of the Strategic Alliance
- Delegates, SLT, and Workers will work together at each Facility to create interactive programs to enhance skills and commitments to performance improvement and for a high functioning LMT.
- Each Facility based LMT will educate all stakeholders about the purpose and functioning of the Strategic Alliance and the Mission Statement (see Addendum D of the November 14, 2019 MOA).
- The Strategic Alliance and Mission Statement (see Addendum D of the November 14, 2019 MOA) will be included as part of Worker orientation and presented jointly by labor and management
- Delegates shall round to other departments to educate Workers about the Strategic Alliance
- The Parties commit to the creation of multiple feedback and Worker response about the Strategic Alliance's functionality and success.
- All communication will take place in a safe environment to best solicit and receive feedback including constructive criticism.

The Parties considered approaches to improved overall labor management and Worker-management relationships.  The approaches include:

- A shared commitment to create psychological, physical, and emotional support for all Workers.  The Facility Based LMT will take responsibility for making assessments and understanding the needs of Workers related to physical and emotional health.  The Parties will jointly develop specific programs based on data and other relevant information that is gathered.
- As needed, the Facility Based LMT may provide updated familiarization with HR functions and roles and about HR services and functions.
- Delegates and managers should establish regular communication for the purpose of resolving emerging issues and promote problem solving and dispute resolution prior to disputes developing.

- The Parties will seek the best and most efficient methods to allow Delegate training. There is a joint recognition that Delegates have responsibilities both legal and practical which, when done well, will enhance opportunities for dispute resolution and reduce conflict in the workplace.
- The Facility Based LMT will promote and expect peer-to-peer dialogue that is not confrontational and promote a problem-solving work environment, as well as continuously improving Delegate, manager, and HR communications. Such communications may include monthly rounding by HR and departmental open houses.
- Each Facility-Based LMT is encouraged to hold monthly staff meetings to enhance knowledge of the workforce regarding the state of facility performance and seek constructive input to enhance such performance.
- The System-Wide LMT working in conjunction with Facility-Based LMTs will establish escalation processes to remove gridlock from disputes. If necessary, ultimate decision-making for unresolved disputes shall be resolved by the Joint Steering Committee.

**Section 23.06  Staffing Float Pool**

In the interest of promoting the best performance outcomes for our patients and our community, while respecting longstanding Union rights and privileges as established through collective bargaining, the Parties have established new opportunities and approaches to establish reasonable flexibility in certain job functions and job characteristics as follows:

A. The Parties have agreed to establish a Staffing Pool, or Float Pool, for cross-hospital coverage.

B. The Parties have agreed that a Labor Management Team will devise and agree to a set of safeguards and incentives for Workers to cover other positions or shifts at more than one (1) hospital or facility, which shall include the following issues and general principles:

    a. Orientation on site at the new facility;
    b. Insurance (malpractice/professional liability insurance as necessary);
    c. Badges/access;
    d. Licenses;
    e. Parking;
    f. Substitute transportation as necessary;
    g. Mileage reimbursement if beyond the Worker's normal commute;
    h. Travel time pay including if beyond the Worker's normal commute;
    i. Hospital and system-wide  needs lists;
    j. Agenda item in both local LMTs and Staffing Committee;
    k. Four (4) hour minimum;
    l. One (1) float per twenty-four (24)-hour scheduled shift unless by volunteer;
    m. If involuntary float, then only one (1) trip per shift unless the Worker volunteers to be floated a second time  or is able to return to home Hospital;
    n. Travel differential;
    o. Regionally-based floating unless by volunteer;
    p. Job titles, all inclusive;
    q. In same Hospital UBT and/or Staffing Committee (STF) review of utilization;
    r. Not above core weekly hours (unless volunteer).

C. The Parties have further established a progression that hospital management and staffing offices will use before mandating staff to cover/travel:

a. Volunteers, per diem, regular part-time or full-time Workers from same facility in accordance with Article 10, Section 10.07
b. Assign Workers from same facility in accordance with Article 10, Section 10.07
c. Staffing Pool/Float Pool and/or Volunteers from other facilities, regarding which the Parties shall meet and discuss no later than June 1, 2022
d. Mandatory Travel in-shift only
e. Mandatory OT

D. The Parties agree to emergency travel to other hospitals with "urgent and unforeseen circumstances" being the criteria for such emergency travel. Such utilization of float pools shall be to augment staffing as needed. Volunteers will first be sought before Workers are required to travel for such emergencies whenever possible.

### Article 24.    Grievance and Arbitration

**Section 24.01  Purposes**
The purpose of this Article is to establish a procedure for the settlement of grievances. The Parties recognize that most disputes will be discussed and resolved between the Worker and the Worker's immediate Supervisor. The matters so handled will not be deemed to be grievances. If a dispute is not resolved in this informal manner, the formal procedure outlined below will be initiated.

**Section 24.02  Informal Process**
Workers are encouraged to bring concerns/issues to their immediate supervisor to see if the matter can be resolved informally. The immediate supervisor may seek the help of the Department Head, Union Delegate, or a member of Human Resources to help resolve the matter without the need for a formal grievance process. If the issue is not resolved informally, the following process should be followed for formal grievances, and the timelines for the grievance process shall begin.

**Section 24.03  Formal Procedure**
In the event of a controversy concerning the meaning or application of any provision of this Agreement, such controversy shall be treated by the Union and the Employer as a grievance and shall be settled, if possible, by the Union, the Worker and the Employer as set forth hereafter. At all Steps of the Grievance Procedure, the Worker or Delegate will submit the grievance, in writing, explaining as specifically as possible, the nature of the complaint and identify the contract provision(s) affected. Group grievances may be submitted at Step 2.

Step 1 – Department Head/Manager
The Worker or Delegate will present a grievance in writing to the Manager or Department Head within twenty (20) working days from the date of the alleged violation of the contract. The grievance must include the facts, dates, applicable provision(s) of the contract and the remedy requested. Within fourteen (14) working days of receipt of the grievance, the Manager or Department Head will arrange to meet with the Delegate and the Worker and hear the grievance/ discuss the issues. If the grievance is not settled at the grievance hearing the Manager or Department Head will respond to the grievance in writing within ten (10) working days from the date of the grievance meeting.

Step 2 – Senior Management and Human Resources
If the matter is not resolved through the process for the Step 1 grievance, the Delegate

will present a Step 2 grievance in writing to the Human Resources Department within ten (10) working days of receipt of the Step 1 response. The Director of Human Resources and the appropriate Vice President (CNO or other member of SLT) will set up a meeting with the Delegate and the grievant to hear the grievance, within ten (10) days of receipt of the Step 2 grievance. If the grievance is not resolved at this meeting, the Director of Human Resources will have ten (10) working days to respond to the grievance in writing.

### Step 3 – Vice President of Human Resources

If the matter is not resolved through the Step 2 grievance process, the Union Representative will file a Step 3 Grievance with the appropriate Vice President of Human Resources or their designee.  A Step 3 Grievance must be filed within one (1) year from the date of the alleged violation, and the grievant must have met the applicable deadlines for the Step 1 and 2 Grievances.  Upon receipt of the Step 3 Grievance, the Vice President of Human Resources or their designee will contact the Union Representative to discuss the matter and gain an understanding of the outstanding concerns.  If upon discussion with the Union and investigation of the matter, the Vice President of Human Resources or their designee and the Union Representative are unable to structure a satisfactory resolution, the Parties will meet to hear the Step 3 grievance within twenty (20) days of receipt of the Step 3 grievance.  If the matter is not resolved at the Step 3 grievance hearing, the Vice President of Human Resources or their designee will respond to the grievance in writing within twenty (20) days of the date of the Step 3 hearing.

### Optional Step 4

By mutual agreement the Parties may apply to the Federal Mediation & Conciliation Service to mediate the grievance and, at any time during the process or within five (5) days of terminating the process, the grievance may be moved to arbitration.

### Employer Grievance

The Employer shall have the right to initiate a grievance at Step 2 by a written letter to the Union Representative.

### Arbitration

In the event that the Parties are unable to settle a grievance after the Step 3 or Step 4 process is complete, then either party may request arbitration of said grievance by serving written request for arbitration upon the other party, no later than thirty (30) days following the date of the written answer under Step 3 or within five (5) days of terminating the optional Step 4 mediation process.  If either party fails to make a written request for arbitration in this manner within this thirty (30) day period the grievance shall be deemed to have been settled in accordance with the most recent written answer which shall be final and binding on the Parties.

## Section 24.04  Scope of the Arbitrator's Authority

The arbitrator's authority shall be limited to interpreting and applying the provisions of the relevant Agreement to the grievance as submitted to him or her for arbitration in accordance with the grievance submitted at Step 3, and they shall have no authority directly or indirectly to modify, amend, add to or subtract from, change or disregard any of the provisions of the relevant Agreement.

The decision of the Arbitrator, if within the scope of their authority and power, shall be final and binding upon the Parties, subject to the Parties' rights under applicable State and Federal law.

**Section 24.05  Arbitration Costs and Administration**
The costs associated with the Arbitration shall be borne equally by the Parties to the Arbitration, unless there is a postponement or delay caused by one (1) party or the other, in which case the party causing the delay shall bear the costs of such delay solely.

It is agreed to use the Labor Relations Connection and if any party is dissatisfied with the Labor Relations Connection, after notice to the other, to begin using the American Arbitration Association.

**Section 24.06  Time Limits**
The time limits set upon each step of this process are counted in "working days" which excludes Saturdays, Sundays and Holidays.  Any of the specified time limits may be extended by mutual (written) agreement.

If Management fails to answer a grievance or request extension of the time limits within the time frame set out for each step in the process, the grievance shall be deemed to have automatically been moved to the next step.  If the Union fails to appeal, in writing, within the time limits set forth in each section, such grievance shall be deemed to have been settled in accordance with Management's most recent answer which shall be final and binding upon the aggrieved Worker and the Union.

## Article 25.    No Strikes And No Lockouts

**Section 25.01  No Strikes**
The Union agrees for itself and the Workers in the bargaining unit that during the term of this Agreement there will be no strikes (whether general, sympathetic, or otherwise) walkouts, stoppages of work, sitdowns, slowdowns, picketing, or any other direct or indirect interference with the operations of any Steward Health Care System entities.

**Section 25.02  Best Efforts to Stop Strike**
The Union agrees that if a Worker or Union Representative violates this Article, the Union will use its best efforts to cause such violation to cease and to cause work to resume fully.

**Section 25.03  Discipline for Violations of this Article**
Any employer covered by this Agreement may impose any disciplinary action, including discharge, upon any or all Workers who violate this Article.  Discipline imposed because of a violation of this Article is not subject to the grievance and arbitration procedure in this Agreement, except to determine whether or not a Worker participated in activities prohibited by this Article.

**Section 25.04  No Lockouts**
The employers covered by this Agreement agree not to conduct a lockout during the term of this Agreement.

## Article 26.    Successor

If the ownership, operation or control of any of the employers covered by this Agreement, is changed through sale, acquisition, merger or other similar business transaction, such Employer will include a term in the agreement memorializing such transaction that states that any successor employer as that term is defined under federal labor law will recognize the

Union within the same bargaining unit as existed before the transaction and be bound by the terms of this Agreement. The Employer's obligation to the Union will be satisfied upon the inclusion of this term in the agreement memorializing such transaction and the provision of proof to the Union by the Employer of the term's inclusion in such agreement. The Parties acknowledge that the Employer shall not be a guarantor of the assumption of this Agreement by a successor employer and that the Employer shall not be liable for any breach by a successor employer as that term is defined under federal labor law of this Agreement or the agreement memorializing a transaction contemplated by this Article. The Parties agree that nothing herein shall operate to impose this Agreement on any employees not includable in the bargaining unit described in Article 1 hereof as a matter of law.

## Article 27.    Scope of the Agreement

### Section 27.01  Entire Agreement

This Agreement incorporates the entire understanding of the Union and the employers covered by this Agreement on all issues which were or could have been the subject of negotiations and disposes of all issues between the Parties. The Union acknowledges that during the negotiations which resulted in this Agreement, it had the unlimited right and opportunity to make demands and proposals with respect to all proper subjects of collective bargaining, that all subjects have been discussed and negotiated, and that this Agreement was reached after free exercise of such rights and opportunities. The Union therefore, voluntarily and without qualification, waives any rights it may have had in this respect and agrees that during the term of this Agreement, no employer covered by this Agreement will be obligated to bargain collectively with regard to any subject or matter referred to or covered by this Agreement or with regard to any subject or matter not referred to or covered in this Agreement, whether or not the subject or matter was within the knowledge or contemplation of the Union at the time it negotiated or signed this Agreement.

### Section 27.02  Modification of Agreement

The Parties agree that the relations between them will be governed by the terms of this Agreement only. No prior agreements or understandings, oral or written, will be controlling or have any effect on the relations between the Parties unless and until such agreements or understandings have been put in writing and signed by the Union and any affected covered Employer. No change or modification of this Agreement will be binding on either the Union or any Employer covered by this Agreement unless it has been put in writing and signed by both the Union and any affected covered Employer.

### Section 27.03  Past Practices

The Parties agree to meet at each Facility and confer relative to reducing to writing actual contract language for all current past practices. For a list of Hospital-specific past practices, see Exhibit D.

## Article 28.    Health and Safety

### Section 28.01  Commitment to Safety

Steward Health Care is committed to providing and maintaining a safe and healthful work environment for all Workers. This commitment will be implemented with attention to the Mission Statement (see Addendum D of the November 14, 2019 MOA) of the Strategic Alliance. Steward Health Care adheres to all applicable federal, state and local safety regulations as well as

recognized safe work practices in the healthcare industry. Steward Health Care's business is conducted with the highest regard for the safety and well-being of all of its Workers.

**Section 28.02  Hospital Health and Safety Committee**
   Each Steward Health Care hospital has an established committee which serves as the forum to address health and safety issues. At each hospital, one (1) seat on this committee shall be reserved for a designated bargaining unit Worker to serve as the membership's representative, or designee. The committee shall meet at the times currently established at each Hospital, the schedule of which may be amended from time to time. The membership's designated committee representative shall be released to meet without loss of pay and the release of the committee member shall not be unreasonably withheld. The Union Representative (or designee) from the committee shall be a liaison to the Hospital Labor Management Team and attend LMT meetings to give regular updates.

   The Parties shall endeavor to schedule meetings to ensure participation. In the event a Worker is scheduled to be off, and their designee is unavailable, the attending Worker shall be compensated.

**Section 28.03  Incident Reports**
   The Parties agree that incident reports are designed to be non-punitive, and for the express purpose of improving quality and safety for patients and Workers. Facility Based LMTs will determine if additional training regarding the use of incident reports is necessary and in the best interest of all stakeholders.

<h3 align="center">Article 29.    Workforce Development</h3>

**Section 29.01  Worker Recruitment**
   The Parties have agreed to jointly improve efforts to recruit Workers to Steward facilities in recognition of the highly competitive labor market in which the Parties have a mutual interest to recruit and retain the highest performing and most engaged Workers in order to achieve continuous high performance for our patients and the communities we serve. In this spirit the Parties commit to:

- Through Facility based LMTs, develop methods to increase staff participation in recruiting events and joint Steward/1199SEIU recruiting events, including Workers in the bargaining unit in career days and job fairs
- Increase communication about the total compensation package
- Coordinate with schools and jointly provide written materials promoting employment advantages of Steward facilities
- Have the 1199SEIU Training and Upgrading Fund ("TUF") participate in internal and external recruitment events
- Jointly improve effectiveness of job fairs which will highlight "critical openings" and encourage job shadowing.
- Celebrate "Job Week" with presentations and department walk-throughs
- Work with TUF and the Union to expand internships
- Increase visibility to the community and charity groups about employment opportunities at Steward

- During the hiring process, when possible, provide new candidates the opportunity to visit departments and engage staff  about non-confidential information
- Jointly develop plans to increase Worker engagement in social media and biographies to promote jobs within the system
- Improve the job opportunity options in the orientation process
- Jointly develop a bonus program for recruiting and participation in recruitment events when success is achieved
- Jointly develop a System-wide referral and recruitment bonus system

**Section 29.02  Annual Workforce Summit**

Steward and 1199SEIU are committed to the development of a workforce that meets the future needs of healthcare.  To this end, the Parties will establish a working group of Union Delegates and management that commits to the following:

- The Parties will hold an annual summit consistent with the terms of the new Agreement no later than December 31, 2020.  The Summit anticipates future workforce needs of Steward. Among other things the Summit will emphasize retention as a priority.
- The Parties will review changes and trends in the healthcare industry, including an urgent assessment of needs and develop the capability of enhanced speed of recruitment and hiring.
- The Summit will establish key metrics, timetables, and deliverables to improve recruitment and retention.
- The Parties will review Steward's strategic plan.
- The Parties will review Steward's existing strategy for future certification needs and cross training.
- The Parties will develop community partnerships to create a career development program.
- The Parties will develop a robust and effective job forecasting (identify the right jobs and identify the right talent)
- The Summit shall engage a cross section of Union Delegates, hospital management, corporate management, and outside experts.

**Section 29.03  Master Workforce Plan**

Within ninety (90) days of the January 17, 2020 ratification of this Agreement, the Parties shall create a "master workforce plan" taskforce composed of Union Delegates, the 1199SEIU Training and Upgrading Fund, Corporate, and HR management. The taskforce is charged with:

- An inventory of hard-to-fill jobs
- A review, hospital by hospital, of demographics and potential retirements within the given year
- Interview industry experts as to anticipated changes in workforce needs
- Identify potential landing spots  (within the system) for Workers looking for career change
- Jointly develop a program for student retention/recruitment (take a multi-generational approach to recruitment and retention)
- The Parties will improve communication in the job-bidding process

**Section 29.04  Enhancement of the TUF in Workforce Development.**

The Parties have developed the following concepts to enhance the mission and practice of the TUF for the mutual interest of Steward and 1199SEIU bargaining unit Workers:

- Enhance the role of TUF in the hospitals and the System to identify and support Workers' educational growth
- Include TUF presentations in regular meetings of the Facility and System LMTs
- Explore the feasibility of use of the System Intranet page to highlight career pathways and TUF benefits
- Continue TUF participation by Steward and provide data regarding participation and success pursuant to all legal parameters
- Improve all communication about the TUF
- Enhance/increase TUF ambassadors; include them in orientation and have them be hospital-based
- Joint Steering Committee will meet with the TUF to improve communication and education to Workers about accessibility to  and further understanding of  all its programs
- Collaboration between Facility based and System based LMTs to create career pathways and development plans
- Highlight TUF as part of total compensation
- Continue the Compensation Committee task to complete Job Description standardization across the system
- The Parties will jointly endeavor to increase the consistency of the precepting program.
- The Compensation Committee will explore additional career ladders. When career ladders are created they will include clear Key Performance Indicators (KPI's)
- The Parties will encourage cross-union communication and collaboration in the interest of achieving high performance and making Steward the best place to work
- The Parties will jointly establish systems for reward and recognition for high performance:
    - o  Based on the establishment of jointly determined goals and metrics
    - o  Expand non-monetary recognition opportunities
    - o  Evaluate and develop monetary recognition opportunities for high-performing Workers (not individuals)
    - o  Continue and expand peer recognition programs (non-monetary)

### Article 30.    Duration

**Section 30.01  Duration**

This Agreement will be in effect for the period from November 1, 2019 through October 31, 2024.  This Agreement shall remain in full force and effect until it expires as set forth below.  Thereafter, this Agreement shall be self-renewing for yearly periods unless notice of intention to terminate or modify this Agreement is given, in writing, by either party to the other not less than ninety (90) days prior to its expiration date.  The Parties agree that they will begin any negotiations for a successor contract no later than July 1, 2024.

AGREED AND ACCEPTED:

For the Covered Employers

Rhett Cavicchi, Vice President of
Labor Relations
Steward Health Care System

For the Union

George Gresham, President
1199SEIU United Healthcare
Workers East

**Side Letter Regarding Staffing Task Force**

The Parties agree to meet within ninety (90) days to form a joint Union Management Staffing Task Force to discuss the following:

- Implementation of a system-wide per diem pool. This task force shall determine what departments would be best benefited by a per diem pool and what the rate for those positions would be.
- The Parties agree that cross-training shall be reviewed and evaluated.
- To discuss the combining of jobs to meet the flexibility needs of each Hospital.
- The use of short term temporary and agency workers needed for spikes in workflow.
- The committee shall meet monthly to review the status and trends of outstanding short staffing forms. This committee shall establish a mechanism for the reporting of staffing concerns at each Facility utilizing an agreed upon form.
- The Parties agree to meet within sixty (60) days of the January 17, 2020 ratification of this Agreement to review and properly code all secondary job codes.

**Side Letter Regarding Health and Safety Information/Reporting Mechanisms**

Each Hospital will provide a clear communication posted in a conspicuous area accessible to 1199SEIU bargaining unit Workers which identifies the Hospital Safety Officer, the 1199SEIU Safety Committee Delegate and information on mechanisms for reporting safety issues and where to access them (e.g., RL Solutions, compliance reporting, work order process, etc.)

**Side Letter Regarding Grievance and Arbitration Joint Education Program**

1199SEIU Representatives will meet with Steward Representatives to work cooperatively to develop a joint education program on contract changes and how to effectively work with Union Delegates.

**Side Letter Regarding Movement of Bargaining Unit Work to New Facility**

Sixty (60) days prior to implementation, Steward will meet with 1199SEIU to discuss any movement of bargaining unit work to a new facility within the Steward system and discuss the potential for 1199SEIU to organize those positions affected by the movement of work to a new facility.

*(Signatures on file at the office of 1199SEIU)*

*Steward Collective Bargaining Agreement*
*November 1, 2019 – October 31, 2024*
[29.3.5 4/7/2019 FINAL – MA Steward.docx]

57

**Side Letter Regarding Joint Advocacy on Medicare Supplement**

Ms. Enid Eckstein
Vice President
1199SEIU United Healthcare Workers East
150 Mt. Vernon Street
Dorchester, MA

**Re: Side Letter On Potential Medicare Supplement for Retirees**

Dear Ms. Eckstein:

This will confirm our understanding reached during our 2013 negotiations for the renewal of the Master Agreement and between Steward Health Care System ("Steward") and 1199SEIU United Healthcare Workers East (the "Union") that Steward and the Union would jointly explore the possibility of, and advocate for, as necessary, a Medicare supplement for retirees.

The Parties agree to work to offer this supplement in a plan that utilizes Steward facilities and practices.

Please acknowledge your acceptance of these terms by affixing your signature below.

*(Signatures on file at the office of 1199SEIU)*

## Side Letter Regarding Working Supervisors

The Parties acknowledge that on the date that the foregoing collective bargaining agreement between them was ratified, each of the employers covered by that agreement utilized "working supervisors" who performed some of the same duties that Workers in the bargaining units covered by the collective bargaining agreement also perform. The Parties acknowledge that nothing in the collective bargaining agreement restricts or in any way alters that practice.

## Side Letter Regarding Mission Critical Positions

The Parties acknowledge that from time-to-time certain positions may become so critical to Steward Health Care System's mission that management needs to fill those positions more quickly than the seven (7)-day posting provision in Section 20.01 of their collective bargaining agreement would permit. In such instances, the Parties agree that management may temporarily fill such "mission critical" positions for a period not to exceed forty-five (45) days immediately upon providing the Union with a written statement as to why the position is mission critical and why it believes the person selected for the job is appropriate to fill that position.

**Memorandum of Agreement**
**Between**
**1199SEIU United Healthcare Workers East**
**&**
**Steward Health Care**
May 20, 2010

As an addendum to the Collective Bargaining Agreement Article 20 Job Openings, the Parties agree that the following language regarding "Trial Periods" shall apply at all facilities recognized within the Agreement.

Any Worker who transfers will be subject to a transfer trial period of up to fourteen (14) calendar days, which may be extended upon the agreement of the Hospital and the Union.  During such trial period, the Worker will have all rights of the contract except the right to grieve transfer back to their former position.  The Worker also has the right to transfer back to their previous position during the fourteen (14)-day period.  If the Worker transfers back to their previous position under either of the preceding sentences, other Worker(s) who are serially displaced will also be transferred back to their previous positions.

*(Signatures on file at the office of 1199SEIU)*

---

**Memorandum of Agreement**
**Between**
**1199SEIU United Healthcare Workers East**
**&**
**Steward Health Care**
May 20, 2010

As an addendum to the Collective Bargaining Agreement Article 20 Job Openings, the Parties agree that the following language regarding "transfers during probation" shall apply to all facilities recognized within the Agreement.

A Worker cannot apply for a position transfer while in their initial ninety (90)-day probationary period, except for positions within their classification.  With management approval, which will not be unreasonably withheld, a Worker may also apply for a transfer to a position outside their classification during the initial ninety (90)-day probationary period.

**Memorandum of Understanding**
**Regarding Use of PTO and ESL During FMLA Leave**

In order to accurately reflect the intent of the Parties when they drafted Sections 14.04 and 16.01 of the contract, Section 16.01(c) should be interpreted as permitting a Worker who takes FMLA leave for their own serious health condition to use their ESL during that FMLA leave rather than first exhausting their PTO and then using ESL.  If a Worker does not elect to use their ESL (or has no available ESL) for an FMLA leave taken for their own serious health condition, then the Worker's Employer will charge that FMLA leave against the Worker's PTO bank.  When a Worker takes FMLA leave for any reason other than their own serious health condition, the Worker must use all available paid time off during the FMLA leave.  Once a Worker exhausts their PTO they must use ESL.

Agreed and accepted:

*(Signatures on file at the office of 1199SEIU)*

**Memorandum of Agreement**
Between
1199SEIU United Healthcare Workers East
&
Steward Health Care
October 27, 2010

1199SEIU UHWE and Steward Health Care agree for the life of the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, St. Elizabeth's Medical Center and Norwood Hospital for the period October 1, 2009 to September 30, 2013 to modify Article 19:  Seniority/System Mobility Section 19.01 Definitions (A) & (B) in the following manner:

A.  "Hospital" seniority means length of continuous employment in a bargaining unit position, from the most recent date of hire at the facility, excluding all per diem employment performed after January 1, 2010, where the Worker is currently employed.  A Worker shall acquire hospital seniority after completing the probationary period at the facility at which they were most recently hired and hospital seniority will then be credited retroactive to that date of hire.

B.  Health System seniority is defined as length of continuous employment in a bargaining unit position from the first date of hire within the Health System, excluding all per diem employment performed after January 1, 2010.  A Worker shall acquire Health System seniority after completing the probationary period at the facility at which they were first hired within the Health System and Health System seniority will then be credited retroactive to that date of hire.

All other language in this article shall remain in place, and unchanged.

*(Signatures on file at the office of 1199SEIU)*

**Memorandum of Agreement**
Between
1199SEIU United Healthcare Workers East
&
Steward Health Care
January 2, 2011


**For clarification purposes on the compensation for holidays worked the following shall pertain:**

*For payment purposes, the holiday period extends from 11:00 pm on the day prior to the holiday to 11:00 pm on the actual holiday, except for Christmas Eve, Christmas Day, New Year's Eve and New Year's Day which shall start at the start of the day shift on the "eve" and end at the finish of the night shift on the day of the holiday, as outlined below.*

*Christmas Eve – <u>All three shifts</u> beginning with the DAY shift on December 24 (i.e., 7am – 3pm, 3pm – 11pm & 11pm – 7am)*
*Christmas Day – <u>All three shifts</u> beginning with the DAY shift on December 25(i.e., 7am – 3pm, 3pm – 11pm & 11pm – 7am)*
*New Year's Eve – <u>All three shifts</u> beginning with the DAY shift on December 31 (i.e., 7am – 3pm, 3pm – 11pm & 11pm – 7am)*
*New Year's Day – <u>All three shifts</u> beginning with the DAY shift on January 1 (i.e., 7am – 3pm, 3pm – 11pm & 11pm – 7am)*


*(Signatures on file at the office of 1199SEIU)*

## Side Letter Regarding Per Diem Commitment

1. Availability shall be defined as the ability to work shifts that fulfill the needs of the individual facility.

2. All per diem staff must be available to work the equivalent of:

   - Twelve (12) weekend shifts per year, which may be in the form of on-call upon the needs of the department.

   - Two (2) holiday shifts per year one summer (Memorial Day, Independence Day, or Labor Day) and one winter (Thanksgiving, Christmas, or New Year's)

   - Two (2) additional shifts per month

3. Per Diem staff will be called on a rotating basis to fill slots according to the skill required and actual job category within their department.

4. Per Diem staff may not agree to work at the request of a regular Worker without supervisor approval. Such requests shall not be arbitrarily denied.

5. Each Facility shall reserve the right to terminate any Per Diem Worker who is unavailable to work all offered shifts over a three (3) month period and/or who cancels a scheduled shift more than once in a time schedule or three (3) times per year. Should the Facility terminate the per diem, any request for additional employment must be made through the formal reapplication process.

6. Notwithstanding paragraph 5 above, Per Diem Workers that will be unavailable to work for short term periods because of medical, personal or other similar reasons may remain on active Per Diem status so long as they keep the Facility informed of their anticipated date of leave and date of return.

7. The Parties recognize and acknowledge that some facilities and/or departments therein have different or expanded commitments than referenced above. As a result, such facilities and/or departments shall meet and discuss with the Union the current per diem commitments that are different and/or expanded to determine if such per diem commitments will continue. Thereafter, any Facility or department wishing to expand per diem commitments beyond the above must meet with the Union and reach mutual agreement to do so.

*(Signatures on file at the office of 1199SEIU)*

## Side Letter Regarding No Pyramiding

Steward Health Care and 1199SEIU United Healthcare Workers East engaged in discussions regarding Article 12, Section 12.06 - No Pyramiding during the interest-based bargaining negotiations for the current Collective Bargaining Agreement from November 1, 2019 through and including October 31, 2024.  The Parties agreed during those discussions that the aforementioned provision of the Collective Bargaining Agreement would not be applicable when Workers work on a holiday recognized in Article 13 and also work in excess of forty (40) hours during the same workweek.  Therefore, Workers in that circumstance will be paid at one and one-half (1.5) times their regular rate of pay for time worked on a holiday in accordance with Article 13, Section 13.01 as well as will be paid at one and one-half (1.5) times their regular rate of pay for time worked in excess of forty (40) yours in accordance with Article 12, Section 12.02.

*(Signatures on file at the office of 1199SEIU)*

---

**EXHIBIT A – DUES AUTHORIZATION FORM**

# UNION DUES CHECK-OFF AUTHORIZATION

You are hereby authorized and directed to deduct an initiation fee from my wages or salary as required by 1199SEIU United Healthcare Workers East as a condition of my membership; and in addition thereto, to deduct my membership dues from my wages or salary; and in addition thereto, to deduct each month an amount equal to monthly membership dues to be applied to past unpaid dues until the entire amount of unpaid past dues has been deducted and paid; and to remit all such deductions to 1199SEIU United Healthcare Workers East, 498 7th Avenue, New York, NY 10018, no later than the tenth day of each month immediately following the date of deduction, or pursuant to the date provided in the Collective Bargaining Agreement.

This deduction is a voluntary act on my part and shall be irrevocable for a period of one (1) year or until the termination date of the Collective Bargaining Agreement, whichever is sooner, and shall, however, renew itself from year to year unless I give written notice of the revocation of this authorization addressed to the 1199SEIU Dues and Membership Department at 498 7th Avenue, New York, NY 10018.

Signature: _____ Date: _____

Print Name: _____

Social Security No.: _____/_____/_____ Email: _____

Address: _____

City / State / Zip Code: _____

**EXHIBIT B – PAC AUTHORIZATION FORM**

# POLITICAL ACTION FUND CHECK-OFF AUTHORIZATION

I hereby authorize 1199SEIU United Healthcare Workers East, Mass Political Action to file this payroll deduction form on my behalf with my Employer to withhold ☐$5.00 per month or ☐$_____ per month or ☐$1.00 per week or ☐$_____ per week and forward that amount to the 1199SEIU Mass Political Action Fund, 498 7th Avenue, New York, NY 10018.

This authorization is made voluntarily based on my specific understanding that:

1. The signing of this authorization form and the making of these voluntary contributions are not conditions of my employment by my Employer or membership in any Union;

2. I may refuse to contribute without any reprisal;

3. The $5.00 monthly contribution is only a suggestion, and I may contribute more or less without fear of favor or disadvantage from 1199SEIU or my Employer; and

4. The 1199SEIU Mass Political Action Fund uses the money it receives for political purposes, including but not limited to, making contributions to and expenditures on behalf of candidates for federal, state and local offices and addressing political issues of public importance.

5. Contributions to the 1199SEIU Mass Political Action Fund are not deductible as charitable contributions for federal income tax purposes. Federal law requires the Union to use its best efforts to collect and report the name, mailing address, occupation and name of Employer of individuals whose contributions exceed $200 in a calendar year.

6. This authorization shall remain in full force and effect until revoked by me in writing to the 1199SEIU Mass Political Action Department at 498 7th Avenue, New York, NY 10018.


Signature: _____    Date: _____

Print Name: _____

Social Security No.: _____ (last four digits only)    Email: _____

Address: _____

City / State / Zip Code: _____

**EXHIBIT C**

**REMITTANCE FORMAT**

**Monthly Dues/PAC Data File – Record Layout**

**Format**:  Comma delimited ASCII with double quote as text qualifier.

**Layout**:  The fields must be in the same order as they appear in the table below.

**Field Names**:  Include a header row with the field names as listed below.

**Job Status**:  If you use job status codes other than those described below, please provide a description of the definition for each code.

**ALL Workers in 1199SEIU bargaining units must be reported.**

| Field | Name | Format | Size | Description |
|---|---|---|---|---|
| 1 | Institution Name | Char | 50 | |
| 2 | Work Location Name | Char | 50 | |
| 3 | Work Location Code | Char | 15 | |
| 4 | Report Start Date | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 5 | Report End Date | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 6 | Worker SSN | Char | 9 | Include leading zeros |
| 7 | Worker Last Name | Char | 30 | |
| 8 | Worker First Name | Char | 30 | |
| 9 | Street Address 1 | Char | 40 | Include apartment number |
| 10 | Street Address 2 | Char | 40 | Include apartment number |
| 11 | City | Char | 25 | |
| 12 | State | Char | 2 | |
| 13 | Zip Code | Char | 5 | |
| 14 | Zip Code Plus | Char | 4 | |
| 15 | Telephone Number | Char | 10 | 9999999999 Do not use non-numeric characters |
| 16 | Date of Birth | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 17 | Job Classification | Char | 35 | Same as Job Title |
| 18 | Job Class Code | Char | 15 | |
| 19 | Department | Char | 40 | |
| 20 | Department Code | Char | 15 | |
| 21 | RN Status | Char | 1 | Y/N Does the position require RN certification? |
| 22 | Shift | Char | 20 | |
| 23 | Dues Payment | Numeric | 7 | (999.99 monthly) |
| 24 | Initiation Fee | Numeric | 7 | (999.99 monthly) |
| 25 | PAC Payment | Numeric | 7 | (999.99 monthly) |
| 26 | Hours Worked | Numeric | 7 | (999.99 monthly) |
| 27 | Gross Pay | Numeric | 8 | (99999.99 monthly) |
| 28 | Total Subject Pay | Numeric | 8 | (99999.99 monthly) |
| 29 | Hire Date | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 30 | Termination/Leave Date | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 31 | Job Status | Char | 1 | Active (A), On Leave (L), Terminated (T) |
| 32 | Worker Number | Char | 8 | MMDDYYYY Do not use non-numeric characters |
| 33 | Grade | Numeric | 2 | |
| 34 | Step | Numeric | 2 | |

## EXHIBIT D – PAST PRACTICES BY FACILITY

### Carney Hospital Past Practices

#### General
1. Vacation Scheduling – separate agreement.
2. Combining breaks and/or lunch is allowed subject to department staffing.
3. Those Workers currently working a straight eight (8) hr shift (ten (10) or twelve (12) hr shift) with a paid lunch will continue with the signing of a legal waiver.
4. Subject to department staffing, operations or patient care issues, Workers may be allowed to combine the daily meal or other break allowance to arrive late or leave early. Late arrival or early departure without the use of break allowances cannot be made up on another day if it would result in overtime. The request must be made in advance of use.
5. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice. (Refer to the complete list of working supervisors.)
6. The following practices shall continue as long as economically feasible. If the Hospital decides to discontinue any of these practices due to economic reasons they agree to bargain over the impact to affected Workers.
   a. Coffee, juice, & milk available to OR staff
   b. Annual Worker BBQ
   c. Annual Worker Ice Cream Sundae Day
   d. Event and movie pass discounts
7. Workers who are rehired within thirty (30) days of resignation shall be eligible to regain their former hospital seniority.
8. The Hospital shall identify all Workers who currently are regularly scheduled for shifts exceeding twelve (12) hrs.

#### Radiology
1. Current techs who work two (2) back to back eight (8) hour shifts (total sixteen (16) consecutive hours), shall be allowed to continue the practice, to the same extent.

#### Operating Room
1. OR techs shall continue to receive the on-call rate of their hourly rate, with the same terms and conditions.
2. Agree to continue discussions about the existence and practice of "second call".

*(Signatures on file at the office of 1199SEIU)*

**Good Samaritan Medical Center Past Practices**

### General

1. Vacation Scheduling – separate agreement.
2. Combining breaks and/or lunch is allowed subject to department staffing.
3. Those Workers currently working a straight eight (8) hr shift (ten (10) or twelve (12) hr shift) with a paid lunch will continue with the signing of a legal waiver. The paid meal break shall continue for the second shift and weekend Mechanic, and for all shifts in the Boiler Room.
4. Subject to department staffing needs Workers may be allowed to come in early in order to leave early, but may not make up the time on other day if it would have put them in an overtime situation.
5. If a Worker is unable to work a full mandated shift, due to childcare issues, they may split the shift with another Worker.
6. Workers will be allowed to donate PTO time for other Workers with serious illnesses that have depleted their own earned time. To be eligible to donate a Worker must have a minimum of forty (40) hours of accrued PTO. The maximum a Worker may donate is forty (40) hours of PTO. The maximum level a Worker may accept in donated PTO time is four (4) weeks.
7. Continuation of the ASRT registration for qualifying Techs in Radiology.
8. Workers who are rehired within thirty (30) days of their last day of employment shall be eligible to regain their former hospital seniority.
9. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice. (Refer to the complete list of working supervisors.)
10. Workers who are out sick shall call in as early as possible (they shall attempt to call in two (2) hours before the start of the scheduled shift).
11. The current practices for "charge pay" assignments shall continue.
12. The 1996 Surgi-Center agreement shall remain in effect. All overtime provisions shall be applied as per the current contract.
13. Worker Parking – Workers shall continue to have free onsite parking. The second and third shift shall be allowed to park in designated areas close to a Hospital entrance.
14. Discounts on meals in cafeteria shall continue.
15. Hospital dress code policy shall continue.

It is understood that the above past practices exist. If during the terms of the current CBA any further past practices are brought to light, the Parties shall meet to discuss their inclusion in this list.

*(Signatures on file at the office of 1199SEIU)*

**Side Letter Regarding Cardiac Cath Lab On-Call Pay
at Good Samaritan Medical Center**

1199SEIU United Healthcare Workers East (the "Union") and Good Samaritan Medical Center ("Good Samaritan") agree that for the life of the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016, Good Samaritan will pay Cardiac Cath Techs ten dollars ($10.00) per hour for time spent on-call. This side letter shall expire automatically upon the expiration of the collective bargaining agreement and shall not survive thereafter except with the written agreement of both Parties.

## Holy Family Hospital Methuen Past Practices

**General**

1. Vacation Scheduling – separate agreement.
2. Unpaid Time Off – Refer to Unpaid Time Off Policy. The Hospital reserves the right to change, amend or discontinue this policy. If the Hospital decides to change, amend or discontinue said policy, it shall notify 1199SEIU and agrees to bargain over the impact to affected Workers.
3. Subject the department staffing and with management approval, the combining of breaks and/or lunch is allowed.
4. Subject to department staffing needs and with management approval, those Workers currently voluntarily working a straight eight (8) hour shift (ten (10) or twelve (12) hour shift) with paid lunch will continue with the signing of a legal waiver.
5. Subject to department staffing needs and with management approval, Workers may be allowed to come in early in order to leave early on the same work day. By mutual agreement between Workers and their supervisors/managers, Workers may be allowed to make up time on another day in the same week without it creating an overtime situation.
6. Departments that currently allow "self scheduling" (such as CICU) will continue the practice, with management's final approval of the schedule.
7. Recognition awards in various departments shall continue as long as these items are feasible. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected Workers.
8. Dietary department Workers shall continue to receive Free Fountain (not bottled) drinks, which include soda, juice, and coffee. This practice shall continue so long as it is economically feasible. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected Workers.
9. Bridging policy shall continue. (Refer to complete Bridging Policy.)
10. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice. (Refer to the complete list of working supervisors.)
11. When rotation to offsite facilities is necessary, this shall be done on a fair and equitable basis.
12. OR Techs sleep time – Refer to the OR Staffing and Scheduling Policy.*
13. OR Techs on-call – Refer to the OR Staffing and Scheduling Policy.*
14. OR Techs 2nd call – in the event that the list of those OR Techs on-call has been exhausted, and there is a need for a 2nd team to be called in, those OR Techs who voluntarily report to work as part of a 2nd team shall be paid a 4 hour minimum at the rate of time and a half their regular rate of pay.
15. When making the choice of choosing a preceptor, experience and knowledge shall be the determining factor. When these factors are considered relatively equal in the sole discretion of management, hospital seniority shall be the determining factor. Preceptor pay shall continue according to the Hospital's current practices.
16. Remote coding shall be allowed, should it become available.
17. Per Diems shall be expected to keep up their core competency by being available to work a minimum of one (1) shift per month. Effective upon execution of this agreement, Per Diems will no longer be expected to work a holiday assignment and will not be assigned on-call. Nothing in this language shall preclude per diems from voluntarily providing coverage for holidays or on-call.
18. Hospital dress code policy shall continue.

19. The current practices for "charge pay" assignments shall continue.
20. The Hospital's current practices for designating and assigning the Human Rights Officer (HRO) shall continue, including the one dollar ($1.00) per hour differential for those assigned to be HRO.
21. The Hospital's current practice for paying administrative leave shall continue.  In the event a Worker is reinstated from administrative leave, they shall be made whole including differentials for those assigned to permanent nights, permanent evenings, or those who work every weekend.
22. Workers on industrial accident leave may use Earned Time or ESL to supplement any Workers' Compensation benefits they receive in order to receive their regular bi-weekly pay.

**The following practices shall continue on the same basis as offered to other Workers:**
- Free on-site Worker parking
- Ice cream socials
- Additional insurances (such as Long term care, HIV, adoption)
- Discounts on entertainment tickets

*All provisions of the OR Staffing and Scheduling Policy shall be applicable except policy statements 2(g) and 2(h).

It is understood that the above past practices exist.  If during the term of the current CBA any further past practices are brought to light, the Parties shall meet to discuss their inclusion in this list.

*(Signatures on file at the office of 1199SEIU)*

## Holy Family Hospital Haverhill Past Practice

1.  Vacation Scheduling – separate agreement.

2.  Subject to department staffing and with management approval, the combining of breaks and/or lunch is allowed.

3.  Subject to department staffing needs and with management approval, those Workers currently voluntarily working a straight eight (8) hour shift (ten (10) or twelve (12) hour shift) with paid lunch will continue with the signing of a legal waiver.

4.  Subject to department staffing needs and with management approval, Workers may be allowed to come in early in order to leave early on the same workday. By mutual agreement between Workers and their supervisors/managers, Workers may be allowed to make up time on another day in the same week, without it creating an overtime situation.

5.  The Hospital will provide meals for Workers scheduled to work in the Cafeteria on Thanksgiving and Christmas Day. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected Workers.

6.  Recognition awards in various departments shall continue as long as these items are economically feasible. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected Workers. The Hospital shall continue a fifty dollars ($50.00) per month contribution to the Worker of the Month program. In the event it discontinues this practice, the Hospital will notify 1199SEIU and bargain over the impact to affected Workers.

7.  Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice. (Refer to the working supervisor list.)

8.  Remote coding shall be allowed, should it become available.

9.  Hospital dress codes shall continue.

10. The Hospital's current practice for paying administrative leave shall continue. In the event a Worker is reinstated from administrative leave, they shall be made whole including differentials for those assigned to permanent nights, permanent evenings, or those who work every weekend.

11. The Employer will maintain free on-site Worker parking.

*(Signatures on file at the office of 1199SEIU)*

**Morton Hospital Past Practices**

**General**

1. Vacation Scheduling – separate agreement.
2. Subject to department staffing needs and with management approval the combining of breaks/lunch is allowed.
3. Subject to department staffing needs and with management approval, Workers may be allowed to come in early in order to leave early on the same day.
4. Dietary department Workers shall continue to receive free fountain (not bottled) drinks which include soda, juice, and coffee. This practice shall continue so long as it is economically feasible. If the Hospital decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected Workers.
5. Working supervisors who have been working weekends on-call and/or holidays shall continue to do so.
6. The Hospital dress code policy shall continue.
7. For purposes of earning a weekend differential, the weekend shall continue to start at 11 p.m. on Friday night and end at 11 p.m. on Sunday night.
8. If management forces a Worker to work a shift other than their regularly scheduled shift on a holiday, the Worker will continue to receive any differential they would have received if they had worked their regular shift.
9. The Hospital will continue to provide uniforms for Workers that work in the following departments:
    a. Transport
    b. Lab coats in the pharmacy
    c. Scrubs in the OR, Maternity and Interventional Radiology
10. Pharmacy Workers will continue to receive one (1) paid education day every other year.
11. With the approval of management, Rehabilitation Workers will continue to receive paid education days for CEU credits and other courses that benefit the Hospital by improving the Workers job related skills.
12. Call in for sick time shall continue to be one (1) hour for the day shift, three (3) hours for the evening shift and five (5) hours for the night shift.
13. Workers may be allowed to split holiday hours in those departments where it has previously occurred, with management approval.
14. Workers may continue to complete a draft-schedule in departments where it has previously occurred, however, management shall have sole discretion of approving the final schedule.

**The following practices shall continue so long as they continue for all other Morton Workers:**

- Worker discounts on meals in the cafeteria.
- Free meal on Thanksgiving and Christmas.
- Donation of vacation time.
- Free parking.
- In a year that the Hospital sponsors a Worker Christmas Party, the evening shift Workers on duty the night of the party shall receive a free dinner meal that evening.

It is understood that the above past practices exist.  If during the terms of the Agreement any further past practices are brought to light, the Parties shall meet to discuss their inclusion in this list.

*(Signatures on file at the office of 1199SEIU)*

## Nashoba Valley Medical Center Past Practices

1. Vacation Scheduling – separate agreement.
2. Bonus Incentive Day Shifts – In its sole discretion, the Medical Center retains the right to continue its existing Bonus Incentive Day ("BID") policy, as it may be amended from time to time.  The Medical Center retains full discretion when determining the need and availability of "BID" shifts.
3. Worker of the Month Award – Workers in the bargaining unit shall continue to be eligible to participate in the Worker of the month program on the same terms and conditions as other workers of the Medical Center, which may be changed from time to time.
4. Subject to department staffing needs and with management approval the combining of breaks/lunch is allowed.
5. Workers in the bargaining unit shall continue to receive a free meal on Thanksgiving and Christmas when working on any shifts on those holidays.
6. Workers in the bargaining unit shall continue to be eligible to participate in the holiday event prior to December 25th on the same terms and conditions as other workers of the Medical Center, which may be changed from time to time.
7. Workers in the bargaining unit shall continue to be eligible to participate in the other Hospital-wide events (such as barbeques) on the same terms and conditions as other workers of the Medical Center.
8. Workers in the bargaining unit shall receive a free fountain (not bottled) drink which includes soda, juice, and coffee on their individual birthdays.
9. Bargaining unit Workers working in the dietary department during their shift in the dietary department shall continue to receive a free meal and fountain (not bottled) drinks which include soda, juice, and coffee.  This practice shall continue so long as it is economically feasible.  If the Medical Center decides to discontinue this practice, it agrees to notify 1199SEIU and bargain over the impact to affected Workers.
10. Workers may be allowed to split holiday hours with management approval.
11. The Medical Center dress code policy shall continue.
12. Subject to department staffing needs and with management approval, Workers may be allowed to come in early in order to leave early on the same day.
13. Workers in the bargaining unit shall continue to receive free parking on the same terms and conditions as other non-represented Workers of the Medical Center.

It is understood that the above past practices exist.  If during the terms of the Agreement any further past practices are brought to light, the Parties shall meet to discuss their inclusion in this list.

*(Signatures on file at the office of 1199SEIU)*

## Norwood Hospital Past Practices

**General**
1. Vacation Scheduling – separate agreement.
   a. If a Worker requests a vacation during the time they are pre-assigned to work a holiday that Worker is still required to work that holiday. They will have the option to have another Worker cover that holiday if available.
2. Combining breaks and/or lunch is allowed subject to department staffing.
3. Those Workers currently working a straight eight (8) hr shift (ten (10) or twelve (12) hr shift) with a paid lunch will continue with the signing of a legal waiver.
4. Smoking area near the cafeteria.
5. Subject to department staffing needs, Workers may be allowed to come in early in order to leave early, but may not make up the time on another day if it would have put them in an overtime situation.
6. If a Worker is unable to work a full mandated shift, due to childcare issues, they may split the shift with another Worker.
7. Hospital dress code policy shall continue
8. Day shift Workers shall call in as early as possible (if sick, they shall attempt to call in two (2) hours before the start of the scheduled shift).
9. Third shift Workers shall call in as early as possible, but at least two (2) hours before the start of the scheduled shift.
10. Dietary Workers who are out sick shall call in at least one (1) hour before the start of the scheduled shift.
11. Working supervisors who have been working weekends, on-call, and/or holidays shall continue the practice.
12. If a Worker is called to cover for a sick absence and does not answer the call their name will go to the bottom of the rotation list.
13. If a Worker is called and says no to the shift their name will go to the bottom of the rotation list.
14. If a Worker is called and says yes to the shift their name goes to the bottom of the rotation list.
15. If a Worker is not eligible for shift (already working or involves OT, etc.) name stays where it is.
16. Surgical Techs, Endo Techs, L&D Techs who are called in on a holiday shall continue to receive the double time and one quarter (2¼) pay rate.
17. Refer to the list of working supervisors for all departments.
18. A list of Workers who have been hired into a position whose regular shift is longer than twelve (12) hours shall be identified.

**Coding**
1. Workers will be allowed to continue having flexibility in their scheduling.
2. Workers will be allowed to make up time on a weekend, to use for doctor visits that can not be scheduled otherwise, and waive the weekend differential. A separate agreement will be drafted.
3. A Worker may make up a sick day on a weekend, and they shall receive the applicable differential for the weekend.
4. Subject to the needs of the department Workers may continue to do work from home. This practice will be re-evaluated on a yearly basis.

**Radiology**

1. The current method of scheduling holidays shall continue, except Workers will be allowed to trade shifts among themselves. They shall also be allowed to offer up their assigned shift to be posted for volunteers, to be awarded by rotating hospital seniority.
2. The current method of scheduling on-call shall continue, except Workers will be allowed to trade shifts among themselves.  They shall also be allowed to offer up their assigned shift to be posted for volunteers, to be awarded by rotating hospital seniority. This will be piloted to ensure that fairness is achieved.
3. Holidays will be prorated according to the number of hours scheduled.  (Need specific hours).
4. Cardiac Cath, & Ultrasound (Ultrasound is being looked at by Dir.) shall continue to receive on-call pay once they are called in, in addition to the overtime rate.

*(Signatures on file at the office of 1199SEIU)*

**Side Letter Regarding Cardiac Cath Lab On-Call Pay at Norwood Hospital**

1199SEIU United Healthcare Workers East (the "Union") and Norwood Hospital agree that for the life of the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016, Norwood Hospital will pay Cardiac Cath Techs ten dollars ($10.00) per hour for time spent on-call. This side letter shall expire automatically upon the expiration of the collective bargaining agreement and shall not survive thereafter except with the written agreement of both Parties.

### Saint Anne's Hospital Past Practices

1. Vacation Scheduling – separate agreement.
2. Hospital Dress Code Policy shall continue.
3. Hospital shall continue the Caregiver ID program.  However, the Hospital reserves the right to change voucher program, but shall provide the Union with at least thirty (30) day notice prior to implementing any such change.
4. The Hospital shall continue to provide the staff with holiday meals on Christmas and Thanksgiving.
5. The Hospital shall continue to provide the birthday breakfast or lunch event.
6. Combining non-meal breaks with meal breaks is permitted subject to the approval of the supervisor or manager of the department/unit.
7. Dietary staff shall continue to be permitted to get free fountain drinks.
8. The Hospital shall continue to provide Appreciation Days which are associated with quality and/or patient safety milestones.
9. The Hospital shall continue to provide Worker recognition and service awards programs.
10. The Hospital shall continue to hold a holiday party.
11. The Workers shall be permitted to split holidays subject to management approval.
12. Incentive Shifts: In its sole discretion, the Hospital retains the right to continue its existing practice including the ability to amend from time to time as well as the right to determine the need and availability of Incentive Shifts.
13. Subject to unit/department staffing needs and management approval, Workers may be permitted to come in early in order to leave early on the same day.
14. The Hospital shall maintain current per diem rates and shall maintain the current method of determining rates including, but not limited to years of relevant experience and level of commitment.
15. Per diem staff shall have seniority amongst themselves for certain purposes such as extra shifts, holidays, postings.
16. Current parking practices shall remain.
17. The Hospital's current On-Call/Call-In practice shall continue except as to compensation as referenced previously in the Memorandum of Agreement between the Hospital and the Union.

It is understood that the above-referenced practices exist.  If during the term of the Agreement any further past practices are brought to light, the Parties shall meet to discuss their inclusion in this Agreement.

*(Signatures on file at the office of 1199SEIU)*

## St. Elizabeth's Medical Center Past Practices

**General**

1. Vacation Scheduling – separate agreement.
   a. For CNAs & MHWs who work eight (8) hr shifts and currently work every other weekend, they shall continue the practice of getting a "free weekend" per year for which they do not have to find coverage if they request it off. All other weekends would require them to find coverage.
2. Subject to department staffing and with management approval the combining of breaks and/or lunch is allowed.
3. Those Workers currently working a straight eight (8) hr shift (ten (10) or twelve (12) hr shift) with a paid lunch will continue with the signing of a legal waiver.
4. Subject to department staffing needs, and with management approval Workers may be allowed to come in early in order to leave early, but may not make up the time on another day if it would have put them in an overtime situation.
5. Workers will be allowed to donate PTO time for other Workers with serious illnesses, who are on an approved medical LOA for their own illness, and have depleted their own earned time.
6. Sleep time - For OR Techs who are on-call and called in during the night shift, an attempt shall be made to release such Worker early the following day, for an equal number of hours in which they were called-in for, with straight pay, if the work load permits.
7. Ultrasound and MRI on-call stipend – Ultrasound Techs and MRI Technicians who are on-call between 11p – 7a shall continue the current practice. If called in they shall receive a four hundred dollar ($400) stipend and overtime pay at the rate of time and one-half (1.5) for all hours worked, with a minimum of two (2) hours at that rate. They do not receive the five dollars and twenty-five cents ($5.25) contractual on-call rate.
8. Meal Vouchers for Cardiac Cath Techs – one (1) per day on weekends for the Tech on-call who is required to remain on the premises due to the thirty (30) minute response time. This practice will be reviewed on a six (6) month basis to determine financial feasibility.
9. Call in time for sick calls – Workers who call in sick should do so as soon as possible but at least:
   ➢ Day shift – one (1) hour (two (2) hours for nursing)
   ➢ Evening shift – three (3) hours
   ➢ Night shift – four (4) hours
10. Effective January 20, 2019, SEMC and the Union agree to increase On-Call pay, as referenced in Article 12, Section 12.06 of the collective bargaining agreement, for CVOR Techs and Surgical Techs only at SEMC to six dollars ($6.00) per hour.

**The following practices shall continue so long as they continue for the general SEMC population.**

- MBTA passes
- On-site Worker parking
- Worker discounts on meals in cafeteria

- Adoption insurance
- Long term care insurance
- HIV insurance

**Items shall be left open for future discussion**
- Free meals for Workers in the Kitchen

It is understood that the above past practices exist.  If during the term of the current CBA any further past practices are brought to light, the Parties shall meet to discuss their inclusion in this list.

*(Signatures on file at the office of 1199SEIU)*

**Side Letter Regarding Cardiac Cath Lab On-Call Pay
at St. Elizabeth's Medical Center**

1199SEIU United Healthcare Workers East (the "Union") and St. Elizabeth's Medical Center agree that for the life of the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan Medical Center, Norwood Hospital, and St. Elizabeth's Medical Center for the period October 1, 2013 through October 31, 2016, Good Samaritan will pay Cardiac Cath Techs ten dollars ($10.00) per hour for time spent on-call.  This side letter shall expire automatically upon the expiration of the collective bargaining agreement and shall not survive thereafter except with the written agreement of both Parties.

**EXHIBIT E**

## Good Samaritan Medical Center – Skilled Maintenance

## Memorandum of Agreement

November 2013

1199SEIU United Healthcare Workers East (the "Union") and Good Samaritan Medical Center ("Good Samaritan") agree to adopt the collective bargaining agreement between the Union and Carney Hospital, Good Samaritan, Norwood Hospital, and St. Elizabeth's Medical Center for the period November 1, 2019 through October 31, 2024 and to adopt this document as an Exhibit to that collective bargaining agreement covering only the Skilled Maintenance bargaining unit. Where there are differences between the terms of this Exhibit and the terms of the collective bargaining agreement, the terms of this Exhibit shall govern.

**1. Article 10, Hours of Work and Article 12. Compensation and Overtime:**

**Distribution of Overtime.**
1. The Medical Center has the right to require reasonable overtime work with the exception that a Worker may be excused with good reason in a given situation. In such a situation, overtime will be compulsory in an inverse hospital seniority order within classification. Overtime is compulsory in all emergency situations.

2. The Medical Center will post weekly on the bulletin board a list of overtime hours charged to each Worker. Overtime hours are charged to a Worker when the Worker works the overtime or declines to work overtime that is offered to them. The Worker with the least number of overtime hours charged to them to date, who is qualified to perform the assigned duties, shall be given first consideration for overtime work. The Director of Facilities or their designee has the sole discretion to judge qualifications.

3. New Workers who the Director of Facilities or their designee determine are capable of overtime coverage shall be charged with overtime equal to the posted list.

4. If the Medical Center assigns a Worker to a particular task or tasks during some or all of their regular workday and the department head determines that this work should be continued after the Worker's regular work hours, the department head may assign the Worker who has been doing the work to continue it without regard to the Worker's position on the overtime list.

5. Per diem Workers may be used to fill in for holiday coverage after all permanent full-time and permanent part-time Workers are given the opportunity to provide the coverage.

6. Depending on staffing requirements, as decided by the Facilities Director, the Medical Center may hire and assign per diem Workers to cover for permanent full-time and permanent part-time Workers who are absent from work and to cover vacancies.

The Medical Center will make reasonable efforts to offer non-overtime hours to permanent part-time Workers before offering them to per diem Workers when those hours become available for reasons other than Worker absences

**2. Article 12, Compensation and Overtime:**

A.      <u>Rates of Pay</u>.

- Current Workers shall receive:
    - o  2% increase in January 2020
    - o  2% increase on respective anniversary dates effective January, 2021 through December 31, 2024

- Wage Rates in Year 1:
    - o  Licensed Tradesmen, Mechanics, Boilermen and Carpenters: $36.32 → $37.05
    - o  Painters: $32.21 → $32.85
    - o  Groundskeepers: $31.34 → $31.97

- Effective January 1, 2020, all licensed trade Workers (HVAC Mechanic, Electrician, Plumber and Lead Boilerman) hired prior to January 1, 2020 shall receive a weekly stipend which shall be increased from seventy dollars ($70) to the one hundred dollars ($100) per week.

- Workers hired on or after the January 17, 2020 ratification of this Agreement will be hired into the wage scale based on years of relevant experience at job grades agreed to by the Parties.

B.      <u>Overtime.</u>
1. Overtime shall be paid at the rate of time and one-half (1.5) for hours worked:
    a.      In excess of eight (8) hours in a day
    b.      Over forty (40) hours in a week
2. Overtime shall be paid at the rate of double time for hours worked:
    a.      On the seventh (7th) day
    b.      In excess of twelve (12) hours in one (1) period.
3. Shift differential and weekend differential are included in the base rate when computing the overtime rate. There shall be no pyramiding of overtime nor of the alternative forms of compensation provided in the Agreement.
Sick time shall not count as hours worked for the purposes of calculating overtime.

C.      <u>Work Out of Classification.</u> A Worker specifically assigned by the Director of Facilities to replace a temporarily absent Worker in a higher classification for in excess of one (1) continuous eight (8) hour shift will be paid at the higher rate for the balance of the temporary replacement time.

D.      <u>Reporting Pay.</u> In the event that Workers are notified to report for work and upon doing so find no work available for them, they shall be paid for three (3) hours work at their regular rate then in effect.

E.    **Call Back Pay.** If a Worker is called back to work after their regular scheduled shift or their scheduled days off, they shall be paid a minimum of four (4) hours at the applicable overtime rate.

F.    **Shift Differential.** Workers shall receive shift and weekend differentials at the same rate as the Technical/Service/Clerical Unit.

G.    **Weekend Differential.** Workers working on a weekend shift (12:01 a.m. Saturday to 11:59 p.m. Sunday) will receive a differential of one dollar and seventy-five cents ($1.75) per hour over the regular rate.

H.    **Beeper/On-Call Pay.** Workers required to carry a pager shall receive five dollars and twenty-five cents ($5.25) per hour while on-call. Workers who are called in while on-call shall receive a minimum of four (4) hours of pay at the applicable overtime rate plus any applicable shift differential. Workers are not eligible for both on-call pay and call-in pay during the time paid for a call-in.

I.    When a Worker's shift is involuntarily and temporarily changed, that Worker shall receive any differentials for which they are entitled to as part of their regular shift.

### 3. Article 13, Holidays:

A Facilities Worker who works on a holiday listed in Article 13, Section 13.1 can elect to be paid out for the earned holiday time, rather than having to bank the holiday to take at another time.

Once the yearly holiday schedule is posted in January, there shall be no switching of the holiday schedule by management without mutual consent of the Worker(s) and management.

### Holiday Rotation

Subject to the needs of the Department, holidays off shall be rotated as equally as possible among Mechanics and Boiler Operators. Per-diems may be used in accordance with the Master Agreement. Current practices in the Boiler Room shall continue.

Workers shall not be rotated to the weekend before or after a scheduled holiday off, absent extraordinary circumstances.

### 4. Article 17. Miscellaneous Benefits:

### TRAVEL REIMBURSEMENT

Workers will not be required nor will they use their own vehicle for Medical Center use other than for attendance at employment-related seminars or other employment related educational, training, or licensing purposes, or as otherwise mutually agreed between management and the Union Shop Committee. Workers using their own vehicles for the above reasons with the prior permission of the Department Head shall be reimbursed at the then-applicable Medical Center mileage reimbursement rate, and for other reasonable associated expenses such as parking and tolls. The reimbursement provided under this

Article will not be paid for miles traveled commuting to and from work.  Where it deems appropriate, the Medical Center will provide vehicles for Worker use.

## WORK RELATED FOOTWEAR AND GLASSES/COLD WEATHER GEAR

A.    The Medical Center will replace authorized work related footwear (work shoes and/or boots, not sneakers or athletic shoes) and glasses if either are damaged at work, ordinary wear and tear excluded.

B.    The Medical Center will keep available foul weather gear for use by Workers required to perform outside duties during foul weather.

C.    The Medical Center shall supply each Worker with ten (10) pieces of clothing (limited to shirts and pants) each year.

### SNOW REMOVAL

At the start of each winter season, all Facilities Workers must be evaluated by Worker Health Services to determine whether they are fit for snow removal duty.  For purposes of making this determination, snow removal duty includes all required functions (i.e. shoveling, sanding, operating power snow removal equipment, and plowing).  Workers who are on a light-duty assignment for a work-related injury or are physically unable to perform snow removal work in a safe manner will be removed from the snow call list until Worker Health Services declares them fit to perform snow removal duties.

Per Diem facilities Workers may be used for snow removal after all permanent full-time and permanent part-time facilities Workers who are on the approved list have been called.  In order to be on the approved snow removal list, Per Diem Workers must first be cleared through Worker Health Services.

After offering snow removal work to all Workers in the facilities bargaining unit as set forth above, the Medical Center may offer snow removal work to Workers in other bargaining units.

The Medical Center will pay Workers called in for snow removal a minimum of two (2) hours of pay at the higher of the minimum groundskeeper rate or their regular hourly rate plus applicable shift differentials.

In emergency situations, individuals from non-bargaining unit departments (such as Security) and other hospital staff (including management) may be used to clear ramps or entrance ways that are causing a hazard or safety concern.  The determination of an emergency situation shall be made by Medical Center management, in their sole discretion.

### 5. Article 16 Leaves of Absence:

A Worker who is absent due to an industrial accident will be granted an industrial accident leave for a period of up to six (6) months. All other terms and conditions of this leave shall be those outlined in the collective bargaining agreement (master agreement).

**Memorandum Of Agreement**
**Between**
**Good Samaritan Medical Center**
**&**
**1199SEIU United Healthcare Workers East**

This agreement is made on the basis of a discussion regarding "Past Practices" for the Workers in the Maintenance department (excluding the Department Secretary) held on March 9, 2010.

The Parties have agreed as follows:

- Call in pay shall continue to be paid from the time the call is received by the Worker who responds to the call.

- The paid meal break shall continue for the second shift Mechanic, and for all shifts in the Boiler Room.

- Holiday Rotations shall continue as follows:
  - Mechanics shall rotate the holidays among themselves on their individual shifts.
  - The Boiler Room shall work their regular schedule independent of whether it is a holiday. If this will cause someone to work more than eight (8) holidays in a year the Medical Center shall discuss the overtime pay for those holiday shifts.

- Boiler Room schedules shall be done in a way to minimize overtime by utilizing part-time Workers, and per diems.

- Workers shall receive shift differentials for all time worked on a shift that is eligible for a differential.

*(Signatures on file at the office of 1199SEIU)*

**EXHIBIT F**

**Memorandum of Agreement Between 1199SEIU United Healthcare Workers East and Steward Health Care Regarding Vacation Scheduling**

As a result of the Parties negotiations and discussions during Interest-Based Bargaining, the following policy and procedures for requesting and scheduling vacations shall be adopted for all hospitals within Steward Health Care that are represented by the Union:

1.      Vacation requests shall be submitted by the Worker to the Director of the Department/ Unit or designee in advance of the requested vacation in accordance with the following schedule:

| REQUEST FOR VACATION | TO BE RECEIVED BY | TO BE DECIDED BY |
|---|---|---|
| a.  January 2nd through Saturday before Memorial Day | November 15th | December 15th |
| b.  Sunday before Memorial Day through Saturday after Labor Day | March 15th | April 15th |
| c.  Sunday after Labor Day through January 1st | July 15th | August 15th |

Subject to the reservations in paragraph 3, vacation requests submitted according to the above guidelines shall be awarded based on seniority unless the affected Workers reach a mutual agreement subject to the approval of management, or an exception is made for a "special request" as defined below.  Requests for vacations submitted outside of the above timeframes shall be awarded on a first come, first serve basis subject to the operational needs of the Department/Unit.

2.      Generally, a Worker may take no more than two (2) weeks of vacation during any of the above-referenced time periods.  However, if a Worker desires to take more than two (2) weeks and their request for additional time does not interfere with requests of other Workers, and is consistent with the operational needs of the Department/Unit, then the Worker may be allowed the additional time.  Requests for weekly increments of vacation shall be considered before requests for single days regardless of seniority.

3.      Management will endeavor to rotate equitably February and April school vacation weeks (Massachusetts and New Hampshire), the day after Thanksgiving and the week between the Christmas and New Year's Holiday.

4.      Workers must submit their "special requests" preferences in writing at least eight (8) weeks prior to posting of the schedule unless there are compelling, exigent and/or urgent circumstances as determined by the Hospital.  Such "special requests" must be submitted in writing to Director of the Department/Unit.  The Hospital will respond to such "special requests" within twenty-one (21) calendar days of receipt of the written requests including notification to the Union.

5.      The hospitals reserve the right to schedule vacations in accordance with their operational needs including the discretion to determine the number of Workers who may be off at any one time within reason.

6.      Approved vacations apply only to the job that the Worker holds at the time of the request.  Workers who transfer to other positions (temporary or permanent) must resubmit vacation requests, which will be granted or denied subject to any previously approved vacations within the Department/Unit.  A Worker's ability to take vacation time in their new unit may only be granted in addition to previously approved vacation requests regardless of seniority and based on the operational needs of the Hospital.

7.      Workers will be permitted to request vacation time in excess of their current PTO accrual only if they will be able to accrue sufficient PTO by the time of their requested dates of vacation.

8.      If a Worker is scheduled to work a holiday and requests that week off, in which the holiday occurs, they will still be responsible for coverage of the holiday.  If a Worker works a holiday during their vacation week, then that Worker will receive compensation time pursuant to the terms of the Collective Bargaining Agreement.

*(Signatures on file at the office of 1199SEIU)*

---

## EXHIBIT G-1 – CENTRAL BOSTON WAGE GRID

| GRADE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 15.00 | 15.30 | 15.61 | 15.92 | 16.24 | 16.56 | 16.89 | 17.23 | 17.57 | 17.93 | 18.28 | 18.65 | 19.02 | 19.40 | 19.79 | 20.19 | 20.59 | 21.00 | 21.42 | 21.85 | 22.29 |
| 10 | 15.20 | 15.50 | 15.81 | 16.13 | 16.45 | 16.78 | 17.12 | 17.46 | 17.81 | 18.17 | 18.53 | 18.90 | 19.28 | 19.66 | 20.06 | 20.46 | 20.87 | 21.28 | 21.71 | 22.14 | 22.59 |
| 11 | 15.59 | 15.90 | 16.22 | 16.54 | 16.88 | 17.21 | 17.56 | 17.91 | 18.27 | 18.63 | 19.00 | 19.38 | 19.77 | 20.17 | 20.57 | 20.98 | 21.40 | 21.83 | 22.27 | 22.71 | 23.17 |
| 12 | 16.37 | 16.70 | 17.03 | 17.37 | 17.72 | 18.07 | 18.44 | 18.80 | 19.18 | 19.56 | 19.95 | 20.35 | 20.76 | 21.18 | 21.60 | 22.03 | 22.47 | 22.92 | 23.38 | 23.85 | 24.32 |
| 13 | 17.19 | 17.53 | 17.88 | 18.24 | 18.61 | 18.98 | 19.36 | 19.74 | 20.14 | 20.54 | 20.95 | 21.37 | 21.80 | 22.23 | 22.68 | 23.13 | 23.60 | 24.07 | 24.55 | 25.04 | 25.54 |
| 14 | 18.05 | 18.41 | 18.78 | 19.15 | 19.54 | 19.93 | 20.32 | 20.73 | 21.15 | 21.57 | 22.00 | 22.44 | 22.89 | 23.35 | 23.81 | 24.29 | 24.78 | 25.27 | 25.78 | 26.29 | 26.82 |
| 15 | 18.95 | 19.33 | 19.72 | 20.11 | 20.51 | 20.92 | 21.34 | 21.77 | 22.20 | 22.65 | 23.10 | 23.56 | 24.03 | 24.51 | 25.00 | 25.50 | 26.01 | 26.53 | 27.07 | 27.61 | 28.16 |
| 16 | 19.90 | 20.30 | 20.70 | 21.12 | 21.54 | 21.97 | 22.41 | 22.86 | 23.31 | 23.78 | 24.26 | 24.74 | 25.23 | 25.74 | 26.25 | 26.78 | 27.32 | 27.86 | 28.42 | 28.99 | 29.57 |
| 17 | 20.89 | 21.31 | 21.74 | 22.17 | 22.61 | 23.07 | 23.53 | 24.00 | 24.48 | 24.97 | 25.47 | 25.98 | 26.50 | 27.03 | 27.57 | 28.12 | 28.68 | 29.25 | 29.84 | 30.44 | 31.05 |
| 18 | 21.94 | 22.38 | 22.82 | 23.28 | 23.75 | 24.22 | 24.70 | 25.20 | 25.70 | 26.22 | 26.74 | 27.28 | 27.82 | 28.38 | 28.95 | 29.52 | 30.11 | 30.72 | 31.33 | 31.96 | 32.60 |
| 19 | 23.03 | 23.49 | 23.96 | 24.44 | 24.93 | 25.43 | 25.94 | 26.46 | 26.99 | 27.53 | 28.08 | 28.64 | 29.21 | 29.80 | 30.39 | 31.00 | 31.62 | 32.25 | 32.90 | 33.56 | 34.23 |
| 20 | 24.19 | 24.67 | 25.16 | 25.67 | 26.18 | 26.70 | 27.24 | 27.78 | 28.34 | 28.90 | 29.48 | 30.07 | 30.67 | 31.29 | 31.91 | 32.55 | 33.20 | 33.87 | 34.54 | 35.23 | 35.94 |
| 21 | 25.39 | 25.90 | 26.42 | 26.95 | 27.49 | 28.04 | 28.60 | 29.17 | 29.75 | 30.35 | 30.96 | 31.58 | 32.21 | 32.85 | 33.51 | 34.18 | 34.86 | 35.56 | 36.27 | 37.00 | 37.74 |
| 22 | 26.66 | 27.20 | 27.74 | 28.30 | 28.86 | 29.44 | 30.03 | 30.63 | 31.24 | 31.87 | 32.50 | 33.15 | 33.82 | 34.49 | 35.18 | 35.89 | 36.60 | 37.34 | 38.08 | 38.85 | 39.62 |
| 23 | 28.00 | 28.56 | 29.13 | 29.71 | 30.31 | 30.91 | 31.53 | 32.16 | 32.80 | 33.46 | 34.13 | 34.81 | 35.51 | 36.22 | 36.94 | 37.68 | 38.44 | 39.20 | 39.99 | 40.79 | 41.60 |
| 24 | 29.40 | 29.99 | 30.59 | 31.20 | 31.82 | 32.46 | 33.11 | 33.77 | 34.44 | 35.13 | 35.84 | 36.55 | 37.28 | 38.03 | 38.79 | 39.57 | 40.36 | 41.16 | 41.99 | 42.83 | 43.68 |

*YEARS OF SERVICE / RELEVANT EXPERIENCE*

*Steward Collective Bargaining Agreement*
*November 1, 2019 – October 31, 2024*

[29.3.5.4] [1199SEIU Master CBA (2019 - 2024).pdf]

| GRADE | YEARS OF SERVICE / RELEVANT EXPERIENCE | | | | | | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 25 | 30.87 | 31.48 | 32.11 | 32.76 | 33.41 | 34.08 | 34.76 | 35.46 | 36.17 | 36.89 | 37.63 | 38.38 | 39.15 | 39.93 | 40.73 | 41.54 | 42.37 | 43.22 | 44.09 | 44.97 | 45.87 |
| 26 | 32.41 | 33.06 | 33.72 | 34.39 | 35.08 | 35.78 | 36.50 | 37.23 | 37.97 | 38.73 | 39.51 | 40.30 | 41.10 | 41.93 | 42.77 | 43.62 | 44.49 | 45.38 | 46.29 | 47.22 | 48.16 |
| 27 | 34.03 | 34.71 | 35.41 | 36.11 | 36.84 | 37.57 | 38.33 | 39.09 | 39.87 | 40.67 | 41.48 | 42.31 | 43.16 | 44.02 | 44.90 | 45.80 | 46.72 | 47.65 | 48.61 | 49.58 | 50.57 |
| 28 | 35.73 | 36.45 | 37.18 | 37.92 | 38.68 | 39.45 | 40.24 | 41.05 | 41.87 | 42.70 | 43.56 | 44.43 | 45.32 | 46.22 | 47.15 | 48.09 | 49.05 | 50.04 | 51.04 | 52.06 | 53.10 |
| 29 | 37.52 | 38.27 | 39.04 | 39.82 | 40.61 | 41.42 | 42.25 | 43.10 | 43.96 | 44.84 | 45.74 | 46.65 | 47.58 | 48.54 | 49.51 | 50.50 | 51.51 | 52.54 | 53.59 | 54.66 | 55.75 |
| 30 | 39.40 | 40.18 | 40.99 | 41.81 | 42.64 | 43.50 | 44.37 | 45.25 | 46.16 | 47.08 | 48.02 | 48.98 | 49.96 | 50.96 | 51.98 | 53.02 | 54.08 | 55.16 | 56.27 | 57.39 | 58.54 |
| 31 | 41.37 | 42.19 | 43.04 | 43.90 | 44.78 | 45.67 | 46.58 | 47.52 | 48.47 | 49.44 | 50.42 | 51.43 | 52.46 | 53.51 | 54.58 | 55.67 | 56.79 | 57.92 | 59.08 | 60.26 | 61.47 |
| 32 | 43.43 | 44.30 | 45.19 | 46.09 | 47.01 | 47.95 | 48.91 | 49.89 | 50.89 | 51.91 | 52.95 | 54.00 | 55.08 | 56.19 | 57.31 | 58.46 | 59.63 | 60.82 | 62.03 | 63.27 | 64.54 |
| 33 | 45.61 | 46.52 | 47.45 | 48.40 | 49.36 | 50.35 | 51.36 | 52.39 | 53.43 | 54.50 | 55.59 | 56.70 | 57.84 | 59.00 | 60.18 | 61.38 | 62.61 | 63.86 | 65.14 | 66.44 | 67.77 |
| 34 | 47.89 | 48.84 | 49.82 | 50.82 | 51.83 | 52.87 | 53.93 | 55.01 | 56.11 | 57.23 | 58.37 | 59.54 | 60.73 | 61.95 | 63.18 | 64.45 | 65.74 | 67.05 | 68.39 | 69.76 | 71.16 |
| 35 | 50.28 | 51.29 | 52.31 | 53.36 | 54.42 | 55.51 | 56.62 | 57.76 | 58.91 | 60.09 | 61.29 | 62.52 | 63.77 | 65.04 | 66.34 | 67.67 | 69.02 | 70.40 | 71.81 | 73.25 | 74.71 |

## EXHIBIT G-2 – GREATER BOSTON WAGE GRID

| GRADE | \multicolumn{21}{c}{YEARS OF SERVICE / RELEVANT EXPERIENCE} |
|---|

| GRADE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 9 | 15.00 | 15.30 | 15.61 | 15.92 | 16.24 | 16.56 | 16.89 | 17.23 | 17.57 | 17.93 | 18.28 | 18.65 | 19.02 | 19.40 | 19.79 | 20.19 | 20.59 | 21.00 | 21.42 | 21.85 | 22.29 |
| 10 | 15.20 | 15.50 | 15.81 | 16.13 | 16.45 | 16.78 | 17.12 | 17.46 | 17.81 | 18.17 | 18.53 | 18.90 | 19.28 | 19.66 | 20.06 | 20.46 | 20.87 | 21.28 | 21.71 | 22.14 | 22.59 |
| 11 | 15.40 | 15.71 | 16.02 | 16.34 | 16.67 | 17.00 | 17.34 | 17.69 | 18.04 | 18.40 | 18.77 | 19.15 | 19.53 | 19.92 | 20.32 | 20.73 | 21.14 | 21.56 | 21.99 | 22.43 | 22.88 |
| 12 | 15.55 | 15.86 | 16.18 | 16.50 | 16.83 | 17.17 | 17.51 | 17.86 | 18.22 | 18.59 | 18.96 | 19.34 | 19.72 | 20.12 | 20.52 | 20.93 | 21.35 | 21.78 | 22.21 | 22.66 | 23.11 |
| 13 | 16.33 | 16.66 | 16.99 | 17.33 | 17.67 | 18.03 | 18.39 | 18.76 | 19.13 | 19.51 | 19.90 | 20.30 | 20.71 | 21.12 | 21.55 | 21.98 | 22.42 | 22.86 | 23.32 | 23.79 | 24.26 |
| 14 | 17.15 | 17.49 | 17.84 | 18.19 | 18.56 | 18.93 | 19.31 | 19.69 | 20.09 | 20.49 | 20.90 | 21.32 | 21.74 | 22.18 | 22.62 | 23.08 | 23.54 | 24.01 | 24.49 | 24.98 | 25.48 |
| 15 | 18.00 | 18.36 | 18.73 | 19.10 | 19.49 | 19.88 | 20.27 | 20.68 | 21.09 | 21.51 | 21.95 | 22.38 | 22.83 | 23.29 | 23.75 | 24.23 | 24.71 | 25.21 | 25.71 | 26.23 | 26.75 |
| 16 | 18.90 | 19.28 | 19.67 | 20.06 | 20.46 | 20.87 | 21.29 | 21.71 | 22.15 | 22.59 | 23.04 | 23.50 | 23.97 | 24.45 | 24.94 | 25.44 | 25.95 | 26.47 | 27.00 | 27.54 | 28.09 |
| 17 | 19.85 | 20.24 | 20.65 | 21.06 | 21.48 | 21.91 | 22.35 | 22.80 | 23.25 | 23.72 | 24.19 | 24.68 | 25.17 | 25.68 | 26.19 | 26.71 | 27.25 | 27.79 | 28.35 | 28.91 | 29.49 |
| 18 | 20.84 | 21.26 | 21.68 | 22.12 | 22.56 | 23.01 | 23.47 | 23.94 | 24.42 | 24.91 | 25.40 | 25.91 | 26.43 | 26.96 | 27.50 | 28.05 | 28.61 | 29.18 | 29.76 | 30.36 | 30.97 |
| 19 | 21.88 | 22.32 | 22.77 | 23.22 | 23.69 | 24.16 | 24.64 | 25.14 | 25.64 | 26.15 | 26.67 | 27.21 | 27.75 | 28.31 | 28.87 | 29.45 | 30.04 | 30.64 | 31.25 | 31.88 | 32.52 |
| 20 | 22.98 | 23.44 | 23.90 | 24.38 | 24.87 | 25.37 | 25.88 | 26.39 | 26.92 | 27.46 | 28.01 | 28.57 | 29.14 | 29.72 | 30.32 | 30.92 | 31.54 | 32.17 | 32.82 | 33.47 | 34.14 |
| 21 | 24.13 | 24.61 | 25.10 | 25.60 | 26.11 | 26.64 | 27.17 | 27.71 | 28.27 | 28.83 | 29.41 | 30.00 | 30.60 | 31.21 | 31.83 | 32.47 | 33.12 | 33.78 | 34.46 | 35.15 | 35.85 |
| 22 | 25.33 | 25.84 | 26.35 | 26.88 | 27.42 | 27.97 | 28.53 | 29.10 | 29.68 | 30.27 | 30.88 | 31.50 | 32.13 | 32.77 | 33.42 | 34.09 | 34.77 | 35.47 | 36.18 | 36.90 | 37.64 |
| 23 | 26.60 | 27.13 | 27.67 | 28.23 | 28.79 | 29.37 | 29.95 | 30.55 | 31.16 | 31.79 | 32.42 | 33.07 | 33.73 | 34.41 | 35.10 | 35.80 | 36.51 | 37.24 | 37.97 | 38.75 | 39.52 |
| 24 | 27.93 | 28.49 | 29.06 | 29.64 | 30.23 | 30.83 | 31.45 | 32.08 | 32.72 | 33.38 | 34.04 | 34.72 | 35.42 | 36.13 | 36.85 | 37.59 | 38.34 | 39.11 | 39.89 | 40.69 | 41.50 |

*Steward Collective Bargaining Agreement*
*November 1, 2019 – October 31, 2024*

[29.3.5.4][1199SEIU Master CBA (2019 - 2024).pdf]

| GRADE | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 25 | 29.32 | 29.91 | 30.51 | 31.12 | 31.74 | 32.38 | 33.02 | 33.68 | 34.36 | 35.05 | 35.75 | 36.46 | 37.19 | 37.93 | 38.69 | 39.47 | 40.26 | 41.06 | 41.88 | 42.72 | 43.57 |
| 26 | 30.79 | 31.41 | 32.03 | 32.68 | 33.33 | 34.00 | 34.68 | 35.37 | 36.08 | 36.80 | 37.53 | 38.28 | 39.05 | 39.83 | 40.63 | 41.44 | 42.27 | 43.11 | 43.98 | 44.86 | 45.75 |
| 27 | 32.33 | 32.98 | 33.64 | 34.31 | 35.00 | 35.69 | 36.41 | 37.14 | 37.88 | 38.64 | 39.41 | 40.20 | 41.00 | 41.82 | 42.66 | 43.51 | 44.38 | 45.27 | 46.18 | 47.10 | 48.04 |
| 28 | 33.95 | 34.63 | 35.32 | 36.02 | 36.74 | 37.48 | 38.23 | 38.99 | 39.77 | 40.57 | 41.38 | 42.21 | 43.05 | 43.91 | 44.79 | 45.69 | 46.60 | 47.53 | 48.48 | 49.45 | 50.44 |
| 29 | 35.64 | 36.36 | 37.08 | 37.83 | 38.58 | 39.35 | 40.14 | 40.94 | 41.76 | 42.60 | 43.45 | 44.32 | 45.20 | 46.11 | 47.03 | 47.97 | 48.93 | 49.91 | 50.91 | 51.93 | 52.96 |
| 30 | 37.43 | 38.17 | 38.94 | 39.72 | 40.51 | 41.32 | 42.15 | 42.99 | 43.85 | 44.73 | 45.62 | 46.53 | 47.47 | 48.41 | 49.38 | 50.37 | 51.38 | 52.41 | 53.45 | 54.52 | 55.61 |
| 31 | 39.30 | 40.08 | 40.88 | 41.70 | 42.54 | 43.39 | 44.26 | 45.14 | 46.04 | 46.96 | 47.90 | 48.86 | 49.84 | 50.84 | 51.85 | 52.89 | 53.95 | 55.03 | 56.13 | 57.25 | 58.39 |
| 32 | 41.26 | 42.09 | 42.93 | 43.79 | 44.66 | 45.56 | 46.47 | 47.40 | 48.35 | 49.31 | 50.30 | 51.30 | 52.33 | 53.38 | 54.44 | 55.53 | 56.64 | 57.78 | 58.93 | 60.11 | 61.31 |
| 33 | 43.33 | 44.19 | 45.08 | 45.98 | 46.90 | 47.83 | 48.79 | 49.77 | 50.76 | 51.78 | 52.81 | 53.87 | 54.95 | 56.05 | 57.17 | 58.31 | 59.48 | 60.67 | 61.88 | 63.12 | 64.38 |
| 34 | 45.49 | 46.40 | 47.33 | 48.28 | 49.24 | 50.23 | 51.23 | 52.26 | 53.30 | 54.37 | 55.45 | 56.56 | 57.69 | 58.85 | 60.00 | 61.23 | 62.45 | 63.70 | 64.97 | 66.27 | 67.60 |
| 35 | 47.77 | 48.72 | 49.70 | 50.69 | 51.70 | 52.74 | 53.79 | 54.87 | 55.97 | 57.08 | 58.23 | 59.39 | 60.58 | 61.79 | 63.03 | 64.29 | 65.57 | 66.88 | 68.22 | 69.59 | 70.98 |

YEARS OF SERVICE / RELEVANT EXPERIENCE

*Steward Collective Bargaining Agreement*
*November 1, 2019 – October 31, 2024*

[29.3.5.4][1199SEIU Master CBA (2019 - 2024).pdf]

## EXHIBIT G-3 – SUBURBAN WAGE GRID

| GRADE | | | | | | | | | | YEARS OF SERVICE / RELEVANT EXPERIENCE | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 9 | 15.00 | 15.30 | 15.61 | 15.92 | 16.24 | 16.56 | 16.89 | 17.23 | 17.57 | 17.93 | 18.28 | 18.65 | 19.02 | 19.40 | 19.79 | 20.19 | 20.59 | 21.00 | 21.42 | 21.85 | 22.29 |
| 10 | 15.20 | 15.50 | 15.81 | 16.13 | 16.45 | 16.78 | 17.12 | 17.46 | 17.81 | 18.17 | 18.53 | 18.90 | 19.28 | 19.66 | 20.06 | 20.46 | 20.87 | 21.28 | 21.71 | 22.14 | 22.59 |
| 11 | 15.40 | 15.71 | 16.02 | 16.34 | 16.67 | 17.00 | 17.34 | 17.69 | 18.04 | 18.40 | 18.77 | 19.15 | 19.53 | 19.92 | 20.32 | 20.73 | 21.14 | 21.56 | 21.99 | 22.43 | 22.88 |
| 12 | 15.60 | 15.91 | 16.23 | 16.55 | 16.89 | 17.22 | 17.57 | 17.92 | 18.28 | 18.64 | 19.02 | 19.40 | 19.78 | 20.18 | 20.58 | 21.00 | 21.42 | 21.84 | 22.28 | 22.73 | 23.18 |
| 13 | 15.81 | 16.13 | 16.45 | 16.78 | 17.12 | 17.46 | 17.81 | 18.16 | 18.53 | 18.90 | 19.28 | 19.66 | 20.05 | 20.46 | 20.87 | 21.28 | 21.71 | 22.14 | 22.59 | 23.04 | 23.50 |
| 14 | 16.60 | 16.94 | 17.27 | 17.62 | 17.97 | 18.33 | 18.70 | 19.07 | 19.45 | 19.84 | 20.24 | 20.64 | 21.06 | 21.48 | 21.91 | 22.35 | 22.79 | 23.25 | 23.71 | 24.19 | 24.67 |
| 15 | 17.43 | 17.78 | 18.14 | 18.50 | 18.87 | 19.25 | 19.63 | 20.03 | 20.43 | 20.84 | 21.25 | 21.68 | 22.11 | 22.55 | 23.00 | 23.46 | 23.93 | 24.41 | 24.90 | 25.40 | 25.91 |
| 16 | 18.31 | 18.67 | 19.05 | 19.43 | 19.81 | 20.21 | 20.62 | 21.03 | 21.45 | 21.88 | 22.31 | 22.76 | 23.22 | 23.68 | 24.15 | 24.64 | 25.13 | 25.63 | 26.15 | 26.67 | 27.20 |
| 17 | 19.22 | 19.61 | 20.00 | 20.40 | 20.81 | 21.22 | 21.65 | 22.08 | 22.52 | 22.97 | 23.43 | 23.90 | 24.38 | 24.86 | 25.36 | 25.87 | 26.39 | 26.91 | 27.45 | 28.00 | 28.56 |
| 18 | 20.18 | 20.59 | 21.00 | 21.42 | 21.85 | 22.28 | 22.73 | 23.18 | 23.65 | 24.12 | 24.60 | 25.09 | 25.60 | 26.11 | 26.63 | 27.16 | 27.71 | 28.26 | 28.82 | 29.40 | 29.99 |
| 19 | 21.19 | 21.62 | 22.05 | 22.49 | 22.94 | 23.40 | 23.86 | 24.34 | 24.83 | 25.33 | 25.83 | 26.35 | 26.88 | 27.41 | 27.96 | 28.52 | 29.09 | 29.67 | 30.27 | 30.87 | 31.49 |
| 20 | 22.25 | 22.70 | 23.15 | 23.61 | 24.08 | 24.57 | 25.06 | 25.56 | 26.07 | 26.59 | 27.12 | 27.67 | 28.22 | 28.78 | 29.36 | 29.95 | 30.55 | 31.16 | 31.78 | 32.42 | 33.06 |
| 21 | 23.36 | 23.83 | 24.31 | 24.79 | 25.29 | 25.79 | 26.31 | 26.84 | 27.37 | 27.92 | 28.48 | 29.05 | 29.63 | 30.22 | 30.83 | 31.44 | 32.07 | 32.71 | 33.37 | 34.04 | 34.72 |
| 22 | 24.53 | 25.02 | 25.52 | 26.03 | 26.55 | 27.08 | 27.63 | 28.18 | 28.74 | 29.32 | 29.90 | 30.50 | 31.11 | 31.73 | 32.37 | 33.02 | 33.68 | 34.35 | 35.04 | 35.74 | 36.45 |
| 23 | 25.76 | 26.27 | 26.80 | 27.33 | 27.88 | 28.44 | 29.01 | 29.59 | 30.18 | 30.78 | 31.40 | 32.03 | 32.67 | 33.32 | 33.99 | 34.67 | 35.36 | 36.07 | 36.79 | 37.52 | 38.28 |
| 24 | 27.05 | 27.59 | 28.14 | 28.70 | 29.28 | 29.86 | 30.46 | 31.07 | 31.69 | 32.32 | 32.97 | 33.63 | 34.30 | 34.99 | 35.69 | 36.40 | 37.13 | 37.87 | 38.63 | 39.40 | 40.19 |

*Steward Collective Bargaining Agreement*
*November 1, 2019 – October 31, 2024*

[29.3.5.4] [1199SEIU Master CBA (2019 - 2024).pdf]

| GRADE | | | | | | | | | | YEARS OF SERVICE / RELEVANT EXPERIENCE | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 |
| 25 | 28.40 | 28.97 | 29.55 | 30.14 | 30.74 | 31.35 | 31.98 | 32.62 | 33.27 | 33.94 | 34.62 | 35.31 | 36.02 | 36.74 | 37.47 | 38.22 | 38.98 | 39.76 | 40.56 | 41.37 | 42.20 |
| 26 | 29.82 | 30.41 | 31.02 | 31.64 | 32.28 | 32.92 | 33.58 | 34.25 | 34.94 | 35.64 | 36.35 | 37.08 | 37.82 | 38.57 | 39.34 | 40.13 | 40.93 | 41.75 | 42.59 | 43.44 | 44.31 |
| 27 | 31.31 | 31.94 | 32.57 | 33.23 | 33.89 | 34.57 | 35.26 | 35.96 | 36.68 | 37.42 | 38.17 | 38.93 | 39.71 | 40.50 | 41.31 | 42.14 | 42.98 | 43.84 | 44.72 | 45.61 | 46.52 |
| 28 | 32.87 | 33.53 | 34.20 | 34.89 | 35.58 | 36.30 | 37.02 | 37.76 | 38.52 | 39.29 | 40.07 | 40.88 | 41.69 | 42.53 | 43.38 | 44.24 | 45.13 | 46.03 | 46.95 | 47.89 | 48.85 |
| 29 | 34.52 | 35.21 | 35.91 | 36.63 | 37.36 | 38.11 | 38.87 | 39.65 | 40.44 | 41.25 | 42.08 | 42.92 | 43.78 | 44.65 | 45.55 | 46.46 | 47.39 | 48.33 | 49.30 | 50.29 | 51.29 |
| 30 | 36.24 | 36.97 | 37.71 | 38.46 | 39.23 | 40.02 | 40.82 | 41.63 | 42.47 | 43.32 | 44.18 | 45.07 | 45.97 | 46.89 | 47.82 | 48.78 | 49.76 | 50.75 | 51.77 | 52.80 | 53.86 |
| 31 | 38.06 | 38.82 | 39.59 | 40.39 | 41.19 | 42.02 | 42.86 | 43.71 | 44.59 | 45.48 | 46.39 | 47.32 | 48.26 | 49.23 | 50.21 | 51.22 | 52.24 | 53.29 | 54.35 | 55.44 | 56.55 |
| 32 | 39.96 | 40.76 | 41.57 | 42.40 | 43.25 | 44.12 | 45.00 | 45.90 | 46.82 | 47.75 | 48.71 | 49.68 | 50.68 | 51.69 | 52.73 | 53.78 | 54.86 | 55.95 | 57.07 | 58.21 | 59.38 |
| 33 | 41.96 | 42.80 | 43.65 | 44.53 | 45.42 | 46.32 | 47.25 | 48.20 | 49.16 | 50.14 | 51.15 | 52.17 | 53.21 | 54.28 | 55.36 | 56.47 | 57.60 | 58.75 | 59.93 | 61.12 | 62.35 |
| 34 | 44.05 | 44.94 | 45.83 | 46.75 | 47.69 | 48.64 | 49.61 | 50.61 | 51.62 | 52.65 | 53.70 | 54.78 | 55.87 | 56.99 | 58.13 | 59.29 | 60.48 | 61.69 | 62.92 | 64.18 | 65.46 |
| 35 | 46.26 | 47.18 | 48.13 | 49.09 | 50.07 | 51.07 | 52.09 | 53.14 | 54.20 | 55.28 | 56.39 | 57.52 | 58.67 | 59.84 | 61.04 | 62.26 | 63.50 | 64.77 | 66.07 | 67.39 | 68.74 |

## EXHIBIT H – SYSTEM-WIDE JOB GRADES

(Grade assignments are subject to change during the term of the
Agreement in accordance with Article 12, Section 12.01)

| **GRADE 9** |
| --- |
| Activities Assistant |
| Cashier, Dietary |
| Clerical Coordinator |
| Dietary/Office Aide |
| Driver |
| Environmental Service Associate I |
| File Clerk |
| Food Service Associate |
| Food Service Worker |
| Inventory & Receiving Specialist |
| Mailroom Assistant |
| Materials Aide |
| Parking Lot Attendant |
| Pre-Admission Reviewer |
| Screener |

| **GRADE 10** |
| --- |
| Cashier |
| Collegiate Nurse Tech |
| Dispatcher |
| Driver, Lead |
| Environmental Service Associate II |
| Food Service Associate, Lead |
| General Services Coordinator |
| HIM Coordinator |
| Hospitality Liaison |
| Intake Coordinator |
| Inventory & Receiving Specialist, Lead |
| Inventory Control Clerk, OR |
| Mailroom Assistant, lead |
| Materials Aide, Lead |
| Nursing Assistant |
| Patient Safety Observer |
| Patient Transporter |
| Perinatal Technician |
| Pharmacy Technician, Trainee |
| Radiology Aide |
| Rehab Aide |
| Switchboard Operator |

| **GRADE 11** |
| --- |
| Birth Registrar |
| Buyer, Materials |
| Cashier, Lead |
| Certified Nursing Assistant |
| CNA/Equipment Coordinator |
| Environmental Service Associate III |
| Equipment Coordinator |
| HIM Processing Associate I |
| Lab Assistant I |
| Materials Coordinator |
| Mental Health Associate |
| Microbiology Assistant |
| OR Assistant |
| Patient Safety Sitter, Lead |
| Patient Transporter, Lead |
| Phlebotomist |
| Receptionist |
| Special Equipment Technician |
| Switchboard Operator, Lead |

| **GRADE 12** |
| --- |
| Certified Nursing Assistant Acute Care |
| Clinical Lab  Assistant I |
| Cook |
| Emergency Department Technician |
| EMT |
| Environmental Service Associate, Lead |
| HIM Processing Associate II |
| ICU Technician |
| Insurance Authorization Specialist |
| Lab Assistant II (GSMC only) |
| Mental Health Counselor |
| OR Assistant, Lead |
| Patient Access Coordinator I |
| Pharmacy Technician, I |
| Pharmacy Technician, Trainee (SEMC only) |
| Phlebotomist, Lead |
| Print Room Tech |
| Receptionist, Lead |

| **GRADE 12 (continued)** |
| --- |
| Unit Coordinator |
| Unit Secretary |
| Unit Secretary/ Patient Access Coord I |

| **GRADE 13** |
| --- |
| Anesthesia Technician |
| Bed Placement Coordinator |
| Central Scheduler |
| Clinical Lab Assistant II |
| Department Secretary |
| EKG Technician |
| Emergency Dept Technician, Lead |
| Endoscopy Aide |
| HIM Processing Associate, Lead |
| Medical Assistant |
| Office Coordinator |
| OR Equipment Coordinator |
| Patient Access Coordinator II |
| Referral Coordinator |
| Referral Coordinator/Receptionist |
| Scheduling Coordinator |
| Unit Secretary, Lead |

| **GRADE 14** |
| --- |
| Administrative Assistant I |
| Anesthesia Technician, Lead |
| Billing Specialist |
| Community Outreach Coordinator |
| Department Secretary II |
| Department Secretary/Transcriber |
| Emergency Dept Tech, Lead (SEMC only) |
| EKG Technician, Lead |
| Endoscopy Technician |
| Financial Counselor |
| Groundskeeper |
| Medical Secretary/Assistant |
| Patient Access Coordinator, Lead |
| Pharmacy Technician II |
| Phlebotomist, Lead |
| Scheduler, Operating Room |
| Sous Chef |
| Trauma Registrar |

| **Grade 14 (continued)** |
| --- |
| Unit Secretary/Nursing Assistant |
| Unit Secretary/Unit Assistant |

| **GRADE 15** |
| --- |
| Administrative Assistant II |
| Department Secretary, Lead |
| Endoscopy Technician, Lead |
| Financial Counselor, Lead |
| Nursing Staff Coordinator |
| Sterile Processing Technician |

| **GRADE 16** |
| --- |
| Hemodialysis Technician, Certified |
| HIM Revenue Coordinator |
| Medical Staff Coordinator |
| Nursing Staff Coordinator, Lead |
| Paramedic |
| Pathology Deiner |
| Pharmacy Technician II (SEMC only) |
| Renal Pat Care Tech |
| Sterile Processing Technician, Certified |
| Transcriber |

| **GRADE 17** |
| --- |
| Audiology Assistant |
| Chf Renal Reuse Tech |
| Interpreter |
| Orthopedic Technician |
| Pharmacy Purchaser |
| Pharmacy Technician, III |
| Sterile Processing Technician, Lead |
| Transcriber, Lead |
| Transcriptionist |

| **GRADE 18** |
| --- |
| Cancer Program Coordinator |
| Cancer Registrar |
| Certified Athletic Trainer |
| Pharmacy Technician, Lead |
| Sterile Processing Technician, Lead (HFH only) |
| Triage Clinician |

| GRADE 19 |
|---|
| Cancer Registrar, Lead |
| Cardiac Exercise Technician |
| Certified Occupational Therapy Assistant |
| ECT Coordinator/Patient Advocate |
| Exercise Physiologist |
| HIM Coder I |
| Hyperbaric Technician |
| LPN |
| Medical Laboratory Technician I |
| Painter |
| Pharmacy Technician III (SEMC only) |
| Physical Therapy Assistant |
| Senior Clinical Assistant |
| Speech Language Pathology Assistant |
| Sterile Processing Technician, Lead (NVMC only) |
| Therapy Activity Coordinator |

| GRADE 20 |
|---|
| Bio Med I |
| Cardiac Exercise Technician, Lead |
| HIM Coder II |
| Medical Laboratory Technician II |
| Pharmacy Technician, Lead (SEMC only) |
| Polysomnogram Technician |
| Recreation Therapist |

| GRADE 21 |
|---|
| Bio Med II |
| HIM Coder, Lead |
| Polysomnogram Technologist |

| GRADE 22 |
|---|
| Bio Med III |
| Boiler Operator |
| Carpenter |
| EEG Technician |
| Histology Technician |
| Maintenance Mechanic |
| Mechanic |

| GRADE 23 |
|---|
| Boiler Operator, Lead |
| Dietician, Registered |
| EEG Technician, Lead |
| EEG/EMG Technician, Lead |
| Electrician |
| Histology Technician, Lead |
| HVAC Mechanic |
| Pathology Grossing Technician |
| Plumber |

| GRADE 24 |
|---|
| Bio Med, Lead (GSMC only) |
| Dietician, Registered Lead |
| Medical Technologist (BS degree) |
| Surgical Technologist |

| GRADE 25 |
|---|
| Cytotechnologist |
| Pulmonary Function Technologist |
| Radiologic Technologist |
| Respiratory Therapist, Certified |
| Respiratory Therapist, Registered |
| Section Leader |
| Surgical Technologist, Certified |

| GRADE 26 |
|---|
| Cytotechnologist, Lead |
| Lead Diagnostic Imaging Tech (Saint Anne's only) |
| Medical Laboratory Technician II, Lead |
| Pulmonary Function Technologist, Lead |
| Radiologic Technologist, Lead |
| Respiratory Therapist, Registered, Lead |
| Social Worker (LICSW) |
| Social Worker Care Coordinator (LCSW) |
| Surgical Technician, CVOR (SEMC only) |
| Surgical Technologist, First Assistant |
| Surgical Technologist, Lead |

| GRADE 27 |
|---|
| Electrophysiology Technologist, Lead |
| Respiratory Therapist, Certified (SEMC only) |
| Respiratory Therapist, Registered (SEMC only) |
| Respiratory Therapist, Registered, Lead (SEMC only) |
| Social Worker, Lead (LCSW) |

| GRADE 28 |
|---|
| Cardiac Cath Technologist |
| Cardiovascular Technician |
| Clinical Instructor, Radiology |
| Echocardiographer |
| NIVL Technologist, Registered |
| Nuclear Medicine Technologist |
| PET Technologist II |
| Radiation Therapist |
| Respiratory Therapist, Registered, Lead (SEMC only) |
| Vascular Technologist |

| GRADE 29 |
|---|
| Cardiovascular Technician, Lead |
| Echocardiographer, Lead |
| Nuclear Medicine Technologist, Lead |
| Occupational Therapist |
| Occupational Therapist, Clinical Specialist |
| PET Technologist II, Lead |
| Radiation Therapist, Lead |
| Speech Language Pathologist, CCC |

| GRADE 30 |
|---|
| CT Technologist |
| Interventional Radiology Technologist |
| Mammography Technologist |
| MRI Technologist |
| Multi Modality Technologist |
| Pathology Assistant |
| Physical Therapist |
| Physical Therapist, Clinical Specialist |
| Ultrasound Technologist |

| GRADE 31 |
|---|
| CT Technologist, Lead |
| Mammography Technologist, Lead |
| MRI Technologist, Lead |
| Neuclear Med Technologist, Lead |
| Ultrasound Technologist, Lead |

| GRADE 33 |
|---|
| Dosimetrist |
| Electrophysiology Technologist, Lead (SEMC only) |
| Multi Modality Technologist (SEMC only) |
| Pharmacist |

| GRADE 34 |
|---|
| Dosimetrist, Senior |

| GRADE 35 |
|---|
| ASL Interpreter |

**EXHIBIT I**



## U.S. Department of Labor
Wage and Hour Division
(Revised January 2009)

### Fact Sheet #28: The Family and Medical Leave Act of 1993

The U.S. Department of Labor's Employment Standards Administration, Wage and Hour Division, administers and enforces the Family and Medical Leave Act (FMLA) for all private, state and local government employee and some federal employees. Most federal and certain congressional employees are also covered by the law and are subject to the jurisdiction of the U.S. Office of Personnel Management or the Congress. See Fact Sheet 28A.

The FMLA became effective on August 5, 1993 for most employers and entitles eligible employees to take up to 12 weeks of unpaid, job-protected leave in a 12-month period for specified family and medical reasons. Amendments to the FMLA by the National Defense Authorization Act for FY 2008 (NDAA), Public Law 110-181, expanded the FMLA to allow eligible employees to take up to 12 weeks of job-protected leave in the applicable 12-month period for any "qualifying exigency" arising out of the fact that a covered military member is on active duty, or has been notified of an impending call or order to active duty, in support of a contingency operation. The NDAA also amended the FMLA to allow eligible employees to take up to 26 weeks of job-protected leave in a "single 12-month period" to care for a covered service member with a serious injury or illness.

### EMPLOYER COVERAGE

FMLA applies to all public agencies, including state, local and federal employers, local education agencies (schools), **and** private-sector employers who employed 50 or more employees in 20 or more workweeks in the current or preceding calendar year, including joint employers and successors of covered employers.

### EMPLOYEE ELIGIBILITY

To be eligible for FMLA benefits, an employee **must**:

- work for a covered employer;
- have worked for the employer for a total of 12 months;
- have worked at least 1,250 hours over the previous 12 months; and
- work at a location in the United States or in any territory or possession of the United States where at least 50 employees are employed by the employer within 75 miles.

While the 12 months of employment need not be consecutive, employment periods prior to a break in service of **seven** years or more need not be counted unless the break is occasioned by the employee's fulfillment of their National Guard or Reserve military obligation (as protected under the Uniformed Services Employment and Reemployment Rights Act

(USERRA)), or a written agreement, including a collective bargaining agreement, exists concerning the employer's intention to rehire the employee after the break in service. *See*, special rules for returning reservists under USERRA.

**LEAVE ENTITLEMENT**

A covered employer must grant an eligible employee up to a total of **12 workweeks** of **unpaid** leave during any 12-month period for one or more of the following reasons:

- for the birth and care of a newborn child of the employee;
- for placement with the employee of a son or daughter for adoption or foster care;
- to care for a spouse, son, daughter, or parent with a serious health condition;
- to take medical leave when the employee is unable to work because of a serious health condition; **or**
- for qualifying exigencies arising out of the fact that the employee's spouse, son, daughter, or parent is on active duty or call to active duty status as a member of the National Guard or Reserves in support of a contingency operation.

A covered employer also must grant an eligible employee who is a spouse, son, daughter, parent, or next of kin of a current member of the Armed Forces, including a member of the National Guard or Reserves, with a serious injury or illness up to a total of **26 workweeks** of **unpaid** leave during a "single 12-month period" to care for the service member. *See* Fact Sheet 28A for specific information regarding military family leave.

Spouses employed by the same employer are limited in the **amount of** family leave they may take for the birth and care of a newborn child, placement of a child for adoption or foster care, or to care for a parent who has a serious health condition to a combined total of 12 weeks (or 26 weeks if leave to care for a covered service member with a serious injury or illness is also used). Leave for birth and care, or placement for adoption or foster care, must conclude within 12 months of the birth or placement.

Under some circumstances, employees may take FMLA leave intermittently – taking leave in separate blocks of time for a single qualifying reason – or on a reduced leave schedule – reducing the employee's usual weekly or daily work schedule. When leave is needed for planned medical treatment, the employee must make a reasonable effort to schedule treatment so as not to unduly disrupt the employer's operation. If FMLA leave is for birth and care, or placement for adoption or foster care, use of intermittent leave is subject to the employer's approval.

Under certain conditions, employees **or** employers may choose to "substitute" (run concurrently) accrued **paid** leave (such as sick or vacation leave) to cover some or all of the FMLA leave. An employee's ability to substitute accrued paid leave is determined by the terms and conditions of the employer's normal leave policy.

"**Serious health condition**" means an illness, injury, impairment, or physical or mental condition that involves either:

- Inpatient care (*i.e.*, an overnight stay) in a hospital, hospice, or residential medical-care facility, including any period of incapacity (*i.e.*, inability to work, attend school, or perform other regular daily activities) or subsequent treatment in connection with such inpatient care; **or**

---

• Continuing treatment by a health care provider, which includes:

(1) A period of incapacity lasting more than three consecutive, full calendar days, and any subsequent treatment or period of incapacity relating to the same condition, that **also** includes:

> • treatment two or more times by or under the supervision of a health care provider (*i.e.*, in-person visits, the first within 7 days and both within 30 days of the first day of incapacity); **or**
> • one treatment by a health care provider (*i.e.*, an in-person visit within 7 days of the first day of incapacity) with a continuing regimen of treatment (*e.g.,* prescription medication, physical therapy); **or**

(2) Any period of incapacity related to pregnancy or for prenatal care. A visit to the health care provider is not necessary for each absence; **or**

(3) Any period of incapacity or treatment for a chronic serious health condition which continues over an extended period of time, requires periodic visits (at least twice a year) to a health care provider, and may involve occasional episodes of incapacity. A visit to a health care provider is not necessary for each absence; **or**

(4) A period of incapacity that is permanent or long-term due to a condition for which treatment may not be effective. Only supervision by a health care provider is required, rather than active treatment; **or**

(5) Any absences to receive multiple treatments for restorative surgery or for a condition that would likely result in a period of incapacity of more than three days if not treated.

## MAINTENANCE OF HEALTH BENEFITS

A covered employer is required to maintain group health insurance coverage for an employee on FMLA leave whenever such insurance was provided before the leave was taken and on the same terms as if the employee had continued to work. If applicable, arrangements will need to be made for employees to pay their share of health insurance premiums while on leave. In some instances, the employer may recover premiums it paid to maintain health coverage for an employee who fails to return to work from FMLA leave.

## JOB RESTORATION

Upon return from FMLA leave, an employee must be restored to the employee's original job, or to an equivalent job with equivalent pay, benefits, and other terms and conditions of employment. An employee's use of FMLA leave cannot result in the loss of any employment benefit that the employee earned or was entitled to **before** using FMLA leave, nor be counted against the employee under a "no fault" attendance policy. If a bonus or other payment, however, is based on the achievement of a specified goal such as hours worked, products sold, or perfect attendance, and the employee has not met the goal due to FMLA leave, payment may be denied unless it is paid to an employee on equivalent leave status for a reason that does not qualify as FMLA leave.

An employee has no greater right to restoration or to other benefits and conditions of employment than if the employee had been continuously employed.

**NOTICE AND CERTIFICATION**

Employee Notice
Employees seeking to use FMLA leave are required to provide 30-day advance notice of the need to take FMLA leave when the need is foreseeable and such notice is practicable. If leave is foreseeable less than 30 days in advance, the employee must provide notice as soon as practicable – generally, either the same or next business day. When the need for leave is not foreseeable, the employee must provide notice to the employer as soon as practicable under the facts and circumstances of the particular case. Absent unusual circumstances, employees must comply with the employer's usual and customary notice and procedural requirements for requesting leave.

Employees must provide sufficient information for an employer reasonably to determine whether the FMLA may apply to the leave request. Depending on the situation, such information may include that the employee is incapacitated due to pregnancy, has been hospitalized overnight, is unable to perform the functions of the job, and/or that the employee or employee's qualifying family member is under the continuing care of a health care provider.

When an employee seeks leave for a FMLA-qualifying reason for the **first** time, the employee need not expressly assert FMLA rights or even mention the FMLA. When an employee seeks leave, however, due to a FMLA-qualifying reason for which the employer has previously provided the employee FMLA-protected leave, the employee **must** specifically reference either the qualifying reason for leave or the need for FMLA leave.

Employer Notice
Covered employers must post a notice approved by the Secretary of Labor explaining rights and responsibilities under FMLA. An employer that willfully violates this posting requirement may be subject to a fine of up to $110 for each separate offense. Additionally, employers must either include this general notice in employee handbooks or other written guidance to employees concerning benefits, or must distribute a copy of the notice to each new employee upon hiring.

When an employee requests FMLA leave or the employer acquires knowledge that leave may be for a FMLA purpose, the employer must notify the employee of their eligibility to take leave, and inform the employee of their rights and responsibilities under FMLA. When the employer has enough information to determine that leave is being taken for a FMLA-qualifying reason, the employer must notify the employee that the leave is designated and will be counted as FMLA leave.

Certification
Employers may require that an employee's request for leave due to a serious health condition affecting the employee or a covered family member be supported by a certification from a health care provider. An employer may require second or third medical opinions (at the employer's expense) and periodic recertification of a serious health condition. An employer may use a health care provider, a human resource professional, a leave administrator, or a management official – but not the employee's direct supervisor – to authenticate or clarify a medical certification of a serious health condition. An employer may have a uniformly-applied policy requiring employees returning from leave for their own serious health condition to submit a certification that they are able to resume work. If reasonable safety concerns exist, an employer may, under certain circumstances, require such a certification for employees returning from intermittent FMLA leave.

**UNLAWFUL ACTS**

It is unlawful for any employer to interfere with, restrain, or deny the exercise of any right provided by FMLA. It is also unlawful for an employer to discharge or discriminate against any individual for opposing any practice, or because of involvement in any proceeding, related to FMLA.

**ENFORCEMENT**

The Wage and Hour Division investigates complaints. If violations cannot be satisfactorily resolved, the U.S. Department of Labor may bring action in court to compel compliance. Individuals may also be able to bring a private civil action against an employer for violations.

**OTHER PROVISIONS**

Special rules apply to employees of local education agencies. Generally, these rules apply to intermittent leave or when leave is required near the end of a school term.

Salaried executive, administrative, and professional employees of covered employers who meet the Fair Labor Standards Act (FLSA) criteria for exemption from minimum wage and overtime under Regulations, 29 CFR Part 541, do not lose their FLSA-exempt status by using any unpaid FMLA leave. This special exception to the "salary basis" requirements for FLSA's exemption extends only to an "eligible" employee's use of leave required by FMLA.

**For additional information, visit our Wage and Hour Division Website: http://www.wagehour.dol.gov and/or call our toll-free information and helpline, available 8 a.m. to 5 p.m. in your time zone, 1-866-4USWAGE (1-866-487-9243).** This publication is for general information and is not to be considered in the same light as official statements of position contained in the regulations.

| | |
|---|---|
| **U.S. Department of Labor** | **1-866-4-USWAGE** |
| Frances Perkins Building | **TTY: 1-866-487-9243** |
| 200 Constitution Avenue, NW | **Contact Us** |
| Washington, DC 20210 | |

---

*Steward Collective Bargaining Agreement*                                     102
*November 1, 2019 – October 31, 2024*

**EXHIBIT J**

# Severance Pay Agreement

## Purpose

The purpose of the Severance Pay Agreement is to establish guidelines for the circumstances under which Steward Health Care and the hospitals that are Parties to the Collective Bargaining Agreement may provide severance benefits as well as the appropriate amount of severance benefits to provide.

## Procedure

   A.  Eligibility

1. Eligibility extends to all bargaining unit Workers who are classified as regular full-time or regular part-time Workers in accordance with Article 6 of the Collective Bargaining Agreement.

2. Length of service is defined as continuous employment with Steward Health Care in one (1) or more of the hospitals covered by this Collective Bargaining Agreement.

   B.  Notice Period

The notice period is the period during which eligible Workers receive some combination of a period of notice of termination and/or pay in lieu of notice of termination. The notice period will begin when the Worker is informed of their separation date.

   C.  Severance Pay

1. In exchange for signing a release of claim, all eligible Workers will be provided severance benefits based on the following schedule. No Worker will be eligible for severance pay under this policy without signing a release. Workers with less than one (1) year of service automatically get one (1) year of service credit for severance purposes only.

| Severance Period | Minimum Benefit | Maximum Benefit |
|---|---|---|
| 1 week per year of completed service | 4 weeks | 26 weeks |

2. Severance pay is subject to offset for compensation earned during the severance pay period.

3. Payments are calculated using the Worker's base pay rate as of the Worker's last day of active employment (separation date). Base pay is the Worker's hourly rate of pay times the weekly authorized hours. Base pay does not include any premium pay such as shift differential, weekend differential, overtime, bonuses, on-call pay, or any other form of compensation.

4. If a Worker resigns prior to the projected last day of active employment, then the Worker will no longer be eligible to receive any remaining payments or benefits

under this policy.  If the Hospital terminates a Worker for job performance that does not meet the Hospital's expectations or inappropriate conduct prior to the end of the notice period, then the Worker will no longer be eligible to receive any remaining payments or benefits under this policy.

D.  Impact on Benefits

1. Continuation of Medical and Dental Insurance – The last day of active employment is an event that triggers a Worker's right to continue insurance under the Federal law known as COBRA.  If a Worker elects to continue participation in Steward's medical and dental plans under COBRA, then during the severance period, Steward will pay the same share of costs as it does for active Workers toward the COBRA costs for the Worker and eligible dependent(s).  The Worker's share of the cost of these benefits may change with the change in the plan year, and/or changes in plan design. Eligibility for continued coverage after the separation period will be determined in accordance with COBRA.

2.  Long term disability coverage will continue through the last day of active employment.

3. Life insurance coverage will continue through the last day of active employment. Workers have thirty-one (31) days to convert coverage to an individual policy, if desired.

4. Sick pay and/or short term disability coverage will continue through the last day of active employment.

5. Paid time off (PTO) will accrue up through the last day of active employment and will be paid out in accordance with the Collective Bargaining Agreement.

6. Retirement plan benefits and/or contributions will continue through the last day of active employment subject to the provisions of the applicable plan.

7. The impact on any other benefits which are not provisions of the Collective Bargaining Agreement will be determined at the discretion of Steward Health Care and/or the applicable Hospital and the applicable policy governing the benefit plan.

8. Workers who are receiving short or long term disability benefits at the time of their separation will continue to receive disability benefits for that condition only as long as they meet the requirements of the plan.

E.  Method of Payments

1. All severance pay will be paid out in bi-weekly installments on the applicable Hospital's regular payroll cycle for the entire notice and severance periods of time regardless of what portion, if any, of the notice period the Worker actually performs work for their Hospital.

2. All benefits  under this policy will cease on the first day of work if a Worker becomes re-employed.

INDEX

401(k) Savings Program ........................................................................ 29
Administrative Leave – Holy Family Haverhill ................................... 72
Administrative Leave – Holy Family Methuen .................................... 71
Adoption Insurance – St. Elizabeth's................................................... 80
Advocacy Day...................................................................................... 44
Agreement ................................................................................. 1, 7, 52
Agreement – Good Samaritan SM........................................................ 81
Annual Workforce Summit, Amendments to Side Letter..................... 54
Appreciation Days – Saint Anne's....................................................... 78
Arbitration ..................................................................................... 49, 50
Arbitrator's Authority .......................................................................... 50
ASRT Registration for Rad Techs – Good Samaritan ......................... 69
Awarding of Positions.......................................................................... 37
Bargaining Units – Carney..................................................................... 2
Bargaining Units – Good Samaritan ...................................................... 2
Bargaining Units – Holy Family Hospital Haverhill ............................. 4
Bargaining Units – Holy Family Methuen ............................................. 4
Bargaining Units – Morton Hospital...................................................... 5
Bargaining Units – Nashoba Valley Medical Center.............................. 6
Bargaining Units – Norwood Hospital ................................................... 3
Bargaining Units – Saint Anne's Hospital ............................................. 6
Bargaining Units – St. Elizabeth's......................................................... 1
Beeper Pay – Good Samaritan SM ....................................................... 83
Bench Program............................................................................... 14, 43
Bereavement Leave.............................................................................. 32
Birthday Breakfast or Lunch – Saint Anne's....................................... 78
Boiler Room Schedules – Good Samaritan SM.................................... 85
Bonus Incentive Day Shifts – Nashoba Valley.................................... 75
Breaks................................................................................................... 15
Breaks/Lunch, Combining of – Nashoba Valley .................................. 75
Bridging Policy – Holy Family Methuen.............................................. 70
Bulletin Boards .................................................................................... 45
Bumping Rights ............................................................................. 15, 43
Cafeteria Workers Holiday Meals – Holy Family Haverhill ................ 72
Call Back Pay – Good Samaritan SM................................................... 83
Call In on a Holiday – Norwood........................................................... 76
Call In Pay – Good Samaritan SM........................................................ 85
Call-In ................................................................................................. 21
Call-In – Good Samaritan SM ............................................................. 83
Call-in for Third Shift – Norwood ....................................................... 76
Call-in Rotation List – Norwood ......................................................... 76
Cardiac Cath Lab On-Call Pay – Good Samaritan .............................. 69
Cardiac Cath Lab On-Call Pay – Norwood .......................................... 77
Cardiac Cath Lab On-Call Pay – St. Elizabeth's.................................. 80

Caregiver ID Program – Saint Anne's ................................................................. 78
Categories of Workers .......................................................................................... 10
Charge Pay – Good Samaritan .............................................................................. 69
Charge Pay – Holy Family Methuen ..................................................................... 71
Check-Off ................................................................................................. 8, 9, 65, 66
Christmas Party, Free Meals for Workers on Duty – Morton ............................... 73
Coffee, Juice, & Milk for OR Staff – Carney ....................................................... 68
Cold Weather Gear – Good Samaritan SM ............................................................ 84
Combining Breaks .................................................................................................. 15
Combining Breaks – Carney .................................................................................. 68
Combining Breaks – Good Samaritan .................................................................... 69
Combining Breaks – Holy Family Haverhill ......................................................... 72
Combining Breaks – Holy Family Methuen ........................................................... 70
Combining Breaks – Morton .................................................................................. 73
Combining Breaks – Nashoba Valley ..................................................................... 75
Combining Breaks – Norwood ............................................................................... 76
Combining Breaks – Saint Anne's .......................................................................... 78
Combining Breaks – St. Elizabeth's ....................................................................... 79
Comparable Position ........................................................................................ 14, 43
Compensation ......................................................................................................... 18
Contingency Pool ................................................................................................... 11
Court Time Subpoenaed ......................................................................................... 34
Definitions ........................................................................................................ 14, 42
Delegate ..................................................................................................... 8, 17, 44, 49
Dental Insurance .................................................................................................... 28
Differentials ...................................................................................................... 21, 23
Differentials – Good Samaritan SM ...................................................................... 83
Discipline and Discharge ....................................................................................... 17
Discounts for Employees – Holy Family Methuen ............................................... 71
Discounts on Cafeteria Meals – Good Samaritan ................................................. 69
Discounts on Cafeteria Meals – Morton ............................................................... 73
Discounts on Cafeteria Meals – St. Elizabeth's .................................................... 79
Discretionary Leave ............................................................................................... 33
Discrimination .......................................................................................................... 7
Dress Code Policy – Good Samaritan .................................................................... 69
Dress Code Policy – Holy Family Haverhill ......................................................... 72
Dress Code Policy – Holy Family Methuen ........................................................... 70
Dress Code Policy – Morton .................................................................................. 73
Dress Code Policy – Nashoba Valley ..................................................................... 75
Dress Code Policy – Norwood ............................................................................... 76
Dress Code Policy – Saint Anne's .......................................................................... 78
Dues ................................................................................................................... 8, 65
Duration ................................................................................................................. 56
Early Arrival for Early Departure – Good Samaritan ............................................ 69
Early Arrival for Early Departure – Holy Family Haverhill ................................. 72
Early Arrival for Early Departure – Holy Family Methuen ................................... 70

Early Arrival for Early Departure – Nashoba Valley ............................................ 75
Early Arrival for Early Departure – Norwood ..................................................... 76
Early Arrival for Early Departure – Saint Anne's ............................................... 78
Early Arrival for Early Departure – St. Elizabeth's............................................. 79
Employee BBQ/Ice Cream Sundae Day/Discounts – Carney .............................. 68
Employee of the Month Award – Nashoba Valley................................................ 75
Employee Recognition and Service Awards – Saint Anne's................................. 78
Employee Recruitment............................................................................................ 53
Employer Grievance ............................................................................................... 50
Enhanced Worker Engagement............................................................................... 47
Enhancement of the TUF ....................................................................................... 55
Equal Employment Opportunity ............................................................................. 7
Extended Sick Leave Bank ..................................................................................... 24
Facility Labor Management Team .......................................................................... 45
Family and Medical Leave Act (FMLA)................................................................ 29
Family and Medical Leave Act (FMLA) Fact Sheet ............................................. 98
Flex Down................................................................................................................ 16
Flexible Scheduled Workers ................................................................................... 11
Floating ................................................................................................................... 16
FMLA Leave, Use of PTO and ESL During ......................................................... 60
Footwear – Good Samaritan SM............................................................................ 84
Formal Grievance Procedure .................................................................................. 49
Free Fountain Drink on Employee's Birthday – Nashoba Valley ......................... 75
Free Fountain Drinks for Dietary Dept – Holy Family Methuen .......................... 70
Free Fountain Drinks for Dietary Dept – Morton.................................................. 73
Free Fountain Drinks for Dietary Staff – Saint Anne's ........................................ 78
Free Holiday Meals, Thanksgiving & Christmas – Morton .................................. 73
Free Meal and Fountain Drinks for Dietary Employees – Nashoba Valley .......... 75
Free Meal Thanksgiving & Christmas – Nashoba Valley ..................................... 75
Glasses – Good Samaritan SM ............................................................................... 84
Grievance ................................................................................................................ 49
Grievance and Arbitration Joint Education Program.............................................. 57
Grievance Processing.............................................................................................. 44
Health and Safety .................................................................................................... 52
Health and Safety Information/Reporting Mechanisms ......................................... 57
Health Insurance ..................................................................................................... 24
Health System Seniority......................................................................................... 35
HIV Insurance – St. Elizabeth's............................................................................. 80
Holiday Event – Nashoba Valley............................................................................ 75
Holiday Hours Prorated – Norwood ....................................................................... 77
Holiday Hours, Splitting – Morton ........................................................................ 73
Holiday Hours, Splitting – Nashoba Valley ........................................................... 75
Holiday Meals – Saint Anne's ............................................................................... 78
Holiday Party – Saint Anne's ................................................................................ 78
Holiday Period ........................................................................................................ 62
Holiday Rotation – Good Samaritan SM ......................................................... 83, 85

Holiday Scheduling – Norwood ................................................................. 77
Holiday, Forced to Work – Morton ......................................................... 73
Holidays ................................................................................................... 22
Holidays – Good Samaritan SM .............................................................. 83
Hospital Health and Safety Committee .................................................... 53
Hospital Seniority .................................................................................... 35
Hospital-Wide Events – Nashoba Valley ................................................ 75
Hours of Work ......................................................................................... 12
Human Rights Officer (HRO) – Holy Family Methuen .......................... 71
Incentive Shifts – Saint Anne's ............................................................... 78
Incident Reports ....................................................................................... 53
Industrial Accident Leave ........................................................................ 32
Industrial Accident Leave – Holy Family Methuen ................................ 71
Informal Resolution of Issues ................................................................. 49
Insurance ............................................................................................ 24, 29
Insurance, Additional – Holy Family Methuen ....................................... 71
Job Grades & Titles .................................................................................. 94
Job Openings ............................................................................................ 37
Job Protection ..................................................................................... 13, 37
Joint Advocacy on Medicare Supplement ............................................... 58
Jury Duty .................................................................................................. 33
Just Cause ................................................................................................. 17
Labor Management Project ....................................................................... 46
Labor Management Team ......................................................................... 45
Late Arrival or Early Departure – Carney ............................................... 68
Layoff and Recall ..................................................................................... 37
Leaves of Absence ................................................................................... 29
Leaves of Absence – Good Samaritan SM .............................................. 84
Limited Part-Time .................................................................................... 10
Lockouts ................................................................................................... 51
Long Term Care Insurance – St. Elizabeth's .......................................... 80
Long Term Disability Insurance .............................................................. 28
Loss of Seniority ...................................................................................... 35
Management Rights .................................................................................. 11
Mandatory Overtime ................................................................................ 20
Massachusetts Paid Family Medical Leave (PFML) ............................... 30
Master Workforce Plan ............................................................................ 54
Maternity Leave ....................................................................................... 31
Maximum Accrual of PTO ....................................................................... 24
MBTA Passes – St. Elizabeth's ............................................................... 79
Meal Periods ............................................................................................ 15
Meal Vouchers for Cardiac Cath Techs – St. Elizabeth's ...................... 79
Meals for Kitchen Workers – St. Elizabeth's .......................................... 80
Medicare Supplement for Retirees ........................................................... 58
Meetings, Union ....................................................................................... 44
Mileage Reimbursement .......................................................................... 34

Military Leave ................................................................................................ 33
Miscellaneous Benefits ................................................................................. 34
Mission Critical Positions ............................................................................ 59
Modification of Agreement ........................................................................... 52
Movement of Bargaining Unit Work to New Facility ........................................... 57
Moving to New Facilities ................................................................................. 7
No Call / No Show ........................................................................................ 36
No Pyramiding ...................................................................................... 21, 64
No Strikes/No Lockouts ................................................................................ 51
Non-Discrimination ........................................................................................ 7
Normal Workweek ........................................................................................ 12
Notice of Layoff ........................................................................................... 39
Notice Period - Position Elimination, Reduction in Hours, Reorganization ... 15, 43
Notification ............................................................................................. 8, 17
On-Call ....................................................................................................... 21
On-Call – Good Samaritan SM ...................................................................... 83
On-Call Pay for Cardiac Cath & Ultrasound – Norwood .................................... 77
On-Call Scheduling – Norwood ..................................................................... 77
On-Call Stipend for Ultrasound Techs – St. Elizabeth's .................................... 79
On-Call/Call-In – Saint Anne's ...................................................................... 78
Options for Workers upon Changing Job Circumstances .................................... 39
OR Staffing and Scheduling Policy – Holy Family Methuen ............................... 71
OR Tech On-Call Rate – Carney .................................................................... 68
OR Tech Second Call – Carney ...................................................................... 68
OR Techs Sleep Time/On-Call/2nd Call – Holy Family Methuen ..................... 70
OR Techs, Sleep Time – St. Elizabeth's ........................................................... 79
Orientation .................................................................................................... 8
Outsourcing ................................................................................................. 12
Overtime ...................................................................................................... 18
Overtime – Good Samaritan SM .................................................................... 81
Overtime – Good Samaritan SM .................................................................... 82
Overtime, Mandatory ................................................................................... 20
Overtime Rate ............................................................................................. 20
PAC ....................................................................................................... 9, 66
Paid Family Medical Leave (PFML) ............................................................... 30
Paid Lunch – Carney ................................................................................... 68
Paid Lunch – Good Samaritan ...................................................................... 69
Paid Meal Breaks – Good Samaritan SM ........................................................ 85
Paid Time Off (PTO) ................................................................................... 23
Paid Time Off Cash Out ............................................................................... 24
Paid Time Off Donation – Good Samaritan ..................................................... 69
Paid Time Off Donation – St. Elizabeth's ........................................................ 79
Paid Time Off Payment Upon Layoff .............................................................. 41
Paid Uniforms ............................................................................................. 22
Parking – Good Samaritan ........................................................................... 69
Parking – Holy Family Haverhill ................................................................... 72

Parking – Holy Family Methuen............................................................... 71
Parking – Morton ..................................................................................... 73
Parking – Nashoba Valley ........................................................................ 75
Parking – Saint Anne's ............................................................................. 78
Parking – St. Elizabeth's........................................................................... 79
Past Practices............................................................................................ 52
Past Practices – Carney ............................................................................ 68
Past Practices – Good Samaritan .............................................................. 69
Past Practices – Good Samaritan SM ....................................................... 85
Past Practices – Holy Family Haverhill .................................................... 72
Past Practices – Holy Family Methuen ..................................................... 70
Past Practices – Morton............................................................................ 73
Past Practices – Nashoba Valley ............................................................... 75
Past Practices – Norwood ......................................................................... 76
Past Practices – Saint Anne's .................................................................... 78
Past Practices – St. Elizabeth's ................................................................. 79
Paternity Leave ........................................................................................ 31
Pay at Separation...................................................................................... 24
Pay for Holidays Worked.......................................................................... 22
Per Diem .................................................................................................. 11
Per Diem Commitment ............................................................................. 63
Per Diem Rates – Saint Anne's ................................................................. 78
Per Diems, Core Competency – Holy Family Methuen ............................. 70
Permanent Workers................................................................................... 10
Personnel Files ......................................................................................... 17
Pharmacy Workers, Paid Education Day – Morton.................................... 73
Political Action Committee (PAC) Fund................................................ 9, 66
Position Elimination ............................................................................ 14, 42
Posting of Positions.................................................................................. 37
Preceptor Pay ........................................................................................... 22
Preceptor Selection – Holy Family Methuen............................................. 70
Predictability of Work Schedules ............................................................. 37
Probation .................................................................................................. 11
Professional Advancement........................................................................ 34
PTO .......................................................................................................... 23
PTO Cash Out .......................................................................................... 24
PTO Donation – Good Samaritan .............................................................. 69
PTO Donation – St. Elizabeth's ................................................................. 79
PTO Payment Upon Layoff ....................................................................... 41
Pyramiding .......................................................................................... 21, 64
Qualifying Change in Start Time ..................................................... 14, 40, 42
Quality Work Task Force (QWTF)............................................................. 46
Radiology Tech, Back to Back Shifts – Carney ......................................... 68
Rates of Pay – Good Samaritan SM .......................................................... 82
Recall from Layoff .................................................................................... 41
Recall Rights ............................................................................................ 42

Recognition Awards – Holy Family Haverhill ...................................................... 72
Recognition Awards – Holy Family Methuen ...................................................... 70
Recognition of the Union ....................................................................................... 1
Reduction in Hours ....................................................................................... 14, 42
Regular Full-Time and Regular Part-Time ............................................................ 10
Rehabilitation Workers, Paid Education Days – Morton ....................................... 73
Relief in Higher Classification ............................................................................. 22
Remittance Format for Dues & PAC ..................................................................... 67
Remote Coding – Holy Family Haverhill .............................................................. 72
Remote Coding – Holy Famliy Methuen ............................................................... 70
Reorganization Impacting or Not Impacting Hours ................................... 14, 39, 42
Reporting Pay – Good Samaritan SM .................................................................... 82
Retirement ................................................................................................... 24, 29
Rotation to Offsite Facilities – Holy Family Methuen .......................................... 70
Safety and Health ................................................................................................ 52
Schedule, Draft by Employees – Morton ............................................................... 73
Schedules ........................................................................................................... 13
Scheduling Flexibility for Workers – Norwood .................................................... 76
Scope of the Agreement ...................................................................................... 52
Self Scheduling – Holy Family Methuen ............................................................... 70
Senior Leadership Team (SLT) ............................................................................. 45
Seniority ..................................................................................................... 35, 61
Seniority Amongst Per Diem Staff – Saint Anne's ................................................ 78
Seniority Date ..................................................................................................... 36
Seniority Upon Rehire – Carney ........................................................................... 68
Seniority Upon Rehire – Good Samaritan ............................................................. 69
Separation and PTO ............................................................................................ 24
Severance Pay Agreement .................................................................................. 103
Severance Upon Layoff ....................................................................................... 41
Shift Differentials – Good Samaritan SM .............................................................. 85
Shifts Exceeding 12 hours – Carney ..................................................................... 68
Shifts Exceeing 12 hours – Norwood .................................................................... 76
Short Term Disability Insurance ........................................................................... 28
Sick Absence, Call Rotation List – Norwood ....................................................... 76
Sick Day on a Weekend – Norwood ...................................................................... 76
Sick Leave Bank ................................................................................................. 24
Sick Time – Call In Early – Good Samaritan ......................................................... 69
Sick Time – Call In Early – Morton ...................................................................... 73
Sick Time – Call In Early – Norwood ................................................................... 76
Sick Time – Call In Early – St. Elizabeth's ........................................................... 79
Small Necessities Leave Act (SNLA) .................................................................... 31
Smoking Area – Norwood .................................................................................... 76
Snow Removal – Good Samaritan SM ................................................................... 84
Split Holidays – Saint Anne's .............................................................................. 78
Splitting Shifts for Childcare Issues – Good Samaritan ........................................ 69
Splitting Shifts for Childcare Issues – Norwood ................................................... 76

Staffing Float Pool ......................................................................................... 48
Staffing Task Force ........................................................................................ 57
Straight Shift with Paid Lunch – Holy Family Haverhill ...................................... 72
Straight Shift with Paid Lunch – Holy Family Methuen ..................................... 70
Straight Shift with Paid Lunch – Norwood......................................................... 76
Straight Shift with Paid Lunch – St. Elizabeth's .................................................. 79
Strategic Alliance .............................................................................................. 1
Strikes ............................................................................................................ 51
Subcontracting ............................................................................................... 12
Subpoenaed Court Time ................................................................................. 34
Successor........................................................................................................ 51
Surgi-Center Agreement – Good Samaritan ...................................................... 69
System Mobility ................................................................................... 35, 36, 61
System-Wide Labor Management Team ............................................................ 45
Time Limits for Arbitration ............................................................................. 51
Trading Shifts – Norwood ............................................................................... 77
Training & Upgrading Fund (TUF) ................................................................. 34
Training & Upgrading Fund Enhancement........................................................ 55
Transfer During Probation .............................................................................. 60
Transfer of Sick Leave for Certain Workers ...................................................... 24
Transfer of Work............................................................................................. 12
Transfer to a New Bargaining Unit Position...................................................... 37
Travel Reimbursement – Good Samaritan SM ................................................... 83
Trial Periods................................................................................................... 59
TUF Enhancement .......................................................................................... 55
Two Positions................................................................................................. 37
Uncontested Unemployment...................................................................... 15, 43
Uniforms – Morton ......................................................................................... 73
Union Delegate ........................................................................... 8, 17, 44, 49
Union Dues ............................................................................................... 9, 65
Union Leave ................................................................................................... 33
Union Representative ...................................................................................... 44
Union Security .................................................................................................. 8
Unpaid Time Off Policy – Holy Family Methuen ............................................... 70
Vacancy Freeze ........................................................................................ 15, 43
Vacation Scheduling ....................................................................................... 86
Vacation Scheduling – Norwood ..................................................................... 76
Vacation Scheduling – St. Elizabeth's .............................................................. 79
Vacation Time Donation – Morton .................................................................. 73
Volunteers for Layoff...................................................................................... 39
Wage Grid Central Boston .............................................................................. 88
Wage Grid Greater Boston .............................................................................. 90
Wage Grid Suburban ...................................................................................... 92
Wages............................................................................................................ 18
Weather Emergency ....................................................................................... 22
Weekend Differential – Good Samaritan SM ..................................................... 83

Weekend Differential – Morton ............................................................................... 73

Weekend Work to Make-up Time for Dr. Appts or Sick Day – Norwood ........... 76

Weekends ................................................................................................................ 15

Work From Home – Norwood ................................................................................ 76

Work Out of Classification – Good Samaritan SM .............................................. 82

Work Week ....................................................................................................... 12, 16

Workforce Development ......................................................................................... 53

Workforce Plan, Amendments to Side Letter ....................................................... 54

Working Supervisors .............................................................................................. 59

Working Supervisors – Carney .............................................................................. 68

Working Supervisors – Good Samaritan ............................................................... 69

Working Supervisors – Holy Family Haverhill .................................................... 72

Working Supervisors – Holy Family Methuen ...................................................... 70

Working Supervisors – Morton ............................................................................. 73

Working Supervisors – Norwood .......................................................................... 76