# Exhibit D



**1199 SEIU/BMC GRIEVANCE FORM**

**GRIEVANCE#**
**BMC Facility: Good Samaritan Medical Center**
**DATE: 4/2/2025**
**GRIEVANT: Class Action, All Bargaining Unit Members at GSMC**
**DELEGATE: Andy Rodgers**
**DEPARTMENT: Class Action**

## NATURE OF GRIEVANCE:

*The contract has been violated in the following way(s):*
*(Use contract clauses if you know them)*

All bargaining unit members at Good Samaritan Medical Center who were contractually eligible for anniversary step increases prior to October 1, 2024, but whose wage rates were not adjusted accordingly. These contractual step increases remain uncorrected under BMC's ownership, resulting in continued wage violations.

Articles Violated:

- Article 12.01 – Wages
- Article 24 – Grievance and Arbitration Procedure
- Article 26 – Successor Clause

*The Hospital violated the contract as stated above as well as violating other related clauses.*

## REMEDY REQUESTED:

- Immediate correction of current wage rates for all impacted employees based on missed anniversary step increases.
- Retroactive payment of the difference in wage rates from **October 1, 2024 to the present**.
- Interest on unpaid wages.
- Written commitment to audit and correct any other missed contractual wage increases going forward.
- Any and all other appropriate remedies.

*We wish the above plus all other possible remedies.*_____

STEP 1 -
Submitted to and date:_____Hearing date_____Response/ date:_____

STEP 2 -
Submitted to and date:_____Hearing date_____Response/ date:_____

STEP 3-
Submitted to and date:_____Hearing date_____Response/ date:_____