# Exhibit G

# JacksonLewis

**Jackson Lewis P.C.**
75 Park Plaza, 4th Floor
Boston MA 02116
(617) 367-0025 Main
jacksonlewis.com

Via Email (irussell@pylerome.com)

October 17, 2025

Ian O. Russell, Esq.
Pyle Rome Ehrenberg PC
2 Liberty Square, 10th Floor
Boston, MA 02109

**Re:** LRC # 328-25, 1199SEIU United Healthcare Workers East & Boston Medical Center (South) (Articles. 12.01, 24 & 26, Class Action – Anniversary Increases)

Dear Ian:

As you know, we represent Boston Medical Center in the above-referenced matter. The matter concerns an alleged violation of the collective bargaining agreement between the Massachusetts Nurses Association and Good Samaritan Medical Center, which BMC assumed pursuant to an Order issued by the United States Bankruptcy Court for the Southern District of Texas (Houston Division) entered September 13, 2024 ("Order") and an Asset Purchase Agreement ("APA") by and among Steward St. Elizabeth's Medical Center of Boston, Inc. and Steward Good Samaritan Medical Center, Inc. (Sellers) and BMC Community Hospital Corporation (Buyer). Importantly, pursuant to the APA, as authorized pursuant to the Order, BMC assumed,

> all Liabilities [of the Sellers] arising under the Assumed Contracts … solely to the extent arising from period occurring on or after the Closing and relating (and only to the extent so relating) to facts, circumstances or occurrences first arising after the Effective Time and that do not arise from or relate to, and are not in connection with, any event, circumstance or condition occurring or existing at or prior to the Effective Time that, with or without notice or lapse of time, would constitute or result in a breach, violation or default under applicable Law or any such Assumed Contracts by Seller or the Seller Affiliates prior to Closing[.]

(APA ¶1.3(b)). The Effective Time is 11:59 p.m. local time on the Closing Date (October 1, 2024). (APA ¶2.1).

As I started my initial preparation in this matter, it immediately became clear that the underlying grievance concerns an alleged violation of the collective bargaining agreement which occurred prior to or in connection with an event, circumstance or condition occurring or existing

**JacksonLewis**

Ian O. Russell, Esq.
Pyle Rome Ehrenberg PC
October 17, 2025
Page 2

at or prior to the Effective Time.  Because BMC clearly did not assume liability for the alleged violation set forth in the grievance, BMC refuses to participate in any arbitration of this dispute.

    Thank you.

        Very truly yours,

        Robert H. Morsilli
        617-305-1220 Direct
        Robert.Morsilli@JacksonLewis.com
        Jackson Lewis P.C.

cc:    Amanda Wells, Labor Relations Connection (via email: amandawells@the-lrc.com)