# Exhibit H

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Wednesday, October 29, 2025 10:07 AM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Cc:** Jo Fletcher <jfletcher@pylerome.com>
**Subject:** Conference Call Summary: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Good morning,

Arbitrator Greenbaum has provided a summary of this morning's conference call:
> *"The conference call was held to discuss the Hospital's October 17th, 2025 letter informing the Union it was challenging the arbitrability of the grievance and thus refused to participate in the Arbitration hearing. Extensive discussion pursued. Arbitrator Greenbaum informed the parties he intended to hold the proceeding ex-parte if the Employer elected not to participate."*

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** *www.the-lrc.com*

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

1

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

---

**From:** Amanda Wells
**Sent:** Tuesday, October 28, 2025 2:19 PM
**To:** 'Ian Russell' <irussell@pylerome.com>; 'Morsilli, Robert H. (Boston)' <Robert.Morsilli@jacksonlewis.com>
**Cc:** 'Jo Fletcher' <jfletcher@pylerome.com>
**Subject:** REMINDER: Conference Call Confirmation/Information: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases
**Importance:** High

Good afternoon,

This is a reminder for your **conference call tomorrow (October 29) at 9:30am with Arbitrator Greenbaum.**

*The call-in information can be found in the email below.*

Please let me know if you have any questions.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

---

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

---

**From:** Amanda Wells
**Sent:** Thursday, October 23, 2025 5:03 PM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Jo Fletcher <jfletcher@pylerome.com>
**Subject:** Conference Call Confirmation/Information: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases
**Importance:** High

Thank you, Ian.

I can now confirm a conference call for **Wednesday, October 29 at 9:30am with Arbitrator Greenbaum.**

The conference call service we use requires you to **call in to participate in the discussion.**

The number to call is **1-706-913-1155**. When prompted, enter **PIN 006 1702#** to be connected to the conference call.

2

Please let us know if you have any questions.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Ian Russell <irussell@pylerome.com>
**Sent:** Thursday, October 23, 2025 4:59 PM
**To:** Amanda Wells <amandawells@the-lrc.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Jo Fletcher <jfletcher@pylerome.com>
**Subject:** Re: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Wednesday at 9:30am works for me.

**Ian O. Russell, Esq.**



**Pyle Rome Ehrenberg PC**

**Boston    Northampton, Mass.    Burlington, Vt.**

**Boston Office (mailing address):** 2 Liberty Square, 10th Floor, Boston, MA 02109

tel: (617) 367-7200  fax: (617) 367-4820

www.pylerome.com

News: www.pylerome.com/recent

Twitter: @pylerome

3

This email message and any attachments are or may be attorney-client privileged and may contain confidential information. Any distribution, copying, or disclosure of this information is strictly prohibited. If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately. The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Thursday, October 23, 2025 4:57 PM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Thank you, Bob.

I'll look forward to hearing from Ian as well.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Thursday, October 23, 2025 4:54 PM
**To:** Amanda Wells <amandawells@the-lrc.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

I am available on Wednesday or Friday.



# Robert H. Morsilli
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile: (617) 680-0103
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Thursday, October 23, 2025 10:20 AM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Good morning, Ian and Bob,

Arbitrator Greenbaum's next availability for a call is:
  Monday, October 27 at 9:30am and at 4:00pm
  Wednesday, October 29 at 9:30am and at 4:00pm
  Thursday, October 30 at 9:30am and at 4:00pm
  Friday, October 31 at 9:30am

Please let me know if any of these timeframes are acceptable.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Amanda Wells
**Sent:** Wednesday, October 22, 2025 1:02 PM
**To:** 'Morsilli, Robert H. (Boston)' <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Understood, Bob.

I will secure additional availability and will report back.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Wednesday, October 22, 2025 12:11 PM
**To:** Ian Russell <irussell@pylerome.com>; Amanda Wells <amandawells@the-lrc.com>
**Subject:** RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

I'm sorry but I can't make either time work. I'm in an arbitration on Thursday and a mediation on Friday.



### Robert H. Morsilli
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile:
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Ian Russell <irussell@pylerome.com>
**Sent:** Wednesday, October 22, 2025 9:32 AM
**To:** Amanda Wells <amandawells@the-lrc.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Subject:** Re: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Hi Amanda,

I will make any of the times offered work.

Thanks,
Ian

**Ian O. Russell, Esq.**



**Pyle Rome Ehrenberg PC**

**Boston    Northampton, Mass.    Burlington, Vt.**

**Boston Office (mailing address):** 2 Liberty Square, 10th Floor, Boston, MA 02109

tel: (617) 367-7200  fax: (617) 367-4820

www.pylerome.com
News: www.pylerome.com/recent
Twitter: @pylerome

This email message and any attachments are or may be attorney-client privileged and may contain confidential information.  Any distribution, copying, or disclosure of this information is strictly prohibited.  If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately.  The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Monday, October 20, 2025 1:01 PM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Good afternoon,

Arbitrator Greenbaum's next availability for a conference call is:
	Thursday, October 23 at 4:00pm
	Friday, October 24 at 11:15am or at 2:00pm

Please let me know if either of these days and times would work for you.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Amanda Wells
**Sent:** Monday, October 20, 2025 10:09 AM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Understood, Bob. Thank you.

As it's my understanding that Ian is only available for the Wednesday timeframes, I will reach out to Arbitrator Greenbaum for additional availability.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Saturday, October 18, 2025 9:10 AM
**To:** Amanda Wells <amandawells@the-lrc.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Hi Amanda-

I am happy to have a discussion with the arbitrator, provided it is clear that by doing so the employer is not acknowledging that the arbitrator has any jurisdiction in this matter. I am Tuesday at 10am. I am not available at the times offered on Wednesday.

Thank you,

Bob



Robert H. Morsilli
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile:
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Friday, October 17, 2025 2:54 PM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>

8

**Subject:** Conference Call Request: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Good afternoon, Ian and Bob,

Arbitrator Greenbaum would like to have a discussion with you both regarding the letter provided and your respective comments.

He is available:
    Tuesday, October 21 at 10:00am, or between 2:00pm and 3:00pm
    Wednesday, October 22 at 10:00am, or between 2:00pm and 3:00pm

Please let me know if you'd be available on either of these dates.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

---

**From:** Amanda Wells
**Sent:** Friday, October 17, 2025 12:25 PM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Thank you, Ian and Bob.

*If this dialogue has been exhausted*, I will forward your respective comments alongside the letter to Arbitrator Greenbaum and report back in as soon as he responds.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Ian Russell <irussell@pylerome.com>
**Sent:** Friday, October 17, 2025 12:02 PM
**To:** Amanda Wells <amandawells@the-lrc.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Subject:** Re: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Thanks. I won't say anything more, unless requested by the Arbitrator, but the Union's position is that the APA referenced by Bob does not limit BMC's liability for its own pay violations after it assumed the CBA, which is what the Union believes is at issue in this case.

**Ian O. Russell, Esq.**



**Pyle Rome Ehrenberg PC**

**Boston    Northampton, Mass.    Burlington, Vt.**

**Boston Office (mailing address):** 2 Liberty Square, 10th Floor, Boston, MA 02109

tel: (617) 367-7200  fax: (617) 367-4820

www.pylerome.com
News: www.pylerome.com/recent
Twitter: @pylerome

This email message and any attachments are or may be attorney-client privileged and may contain confidential information.  Any distribution, copying, or disclosure of this information is strictly prohibited.  If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately.  The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.

---

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Friday, October 17, 2025 11:39 AM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Thanks, Bob. *Just got off the phone with Arbitrator Strongin and had his name on the mind.*

I will provide these comments to **Arbitrator Greenbaum**.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

***Please visit our new website!*** www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Friday, October 17, 2025 11:37 AM
**To:** Amanda Wells <amandawells@the-lrc.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

I think the arbitrator is Marc Greenbum



### Robert H. Morsilli
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile:
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Amanda Wells <amandawells@the-lrc.com>
**Sent:** Friday, October 17, 2025 11:33 AM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Ian Russell <irussell@pylerome.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Understood, Bob and Ian.

Unless there's anything further to add, I will inform Arbitrator Strongin and will provide him with these comments.

**Amanda Wells (she/her)**
Senior Case Administrator
The Labor Relations Connection, Inc.
amandawells@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Friday, October 17, 2025 11:15 AM
**To:** Ian Russell <irussell@pylerome.com>
**Cc:** Amanda Wells <amandawells@the-lrc.com>
**Subject:** RE: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Hi Ian-

As stated in the letter, the grievance arises out of actions allegedly taken by or not taken by Steward prior to the Effective Date. Those issues are within the jurisdiction of the bankruptcy court. Even if the arbitration goes forward without BMC, it will not honor any decision or award issued.

Amanda, please advise the arbitrator of BMC's position.

Thank you,

Bob



### Robert H. Morsilli
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

**From:** Ian Russell <irussell@pylerome.com>
**Sent:** Friday, October 17, 2025 11:10 AM
**To:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Cc:** Amanda Wells <amandawells@the-lrc.com>
**Subject:** Re: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Hi Bob,

Letter received. The grievance is filed against BMC South and relates to its failure to properly pay employees under the CBA it assumed. If BMC chooses not to participate in the arbitration, we'll make sure it goes forward anyway. Amanda, as this is a grievance filed by the Union under the CBA assumed by BMC, which contains an applicable grievance and arbitration procedure, we assume that the hearing will take place as scheduled.

Thanks,
Ian

**Ian O. Russell, Esq.**



**Pyle Rome Ehrenberg PC**

**Boston    Northampton, Mass.    Burlington, Vt.**

**Boston Office (mailing address):** 2 Liberty Square, 10th Floor, Boston, MA 02109

tel: (617) 367-7200   fax: (617) 367-4820

www.pylerome.com
News: www.pylerome.com/recent
Twitter: @pylerome

This email message and any attachments are or may be attorney-client privileged and may contain confidential information.  Any distribution, copying, or disclosure of this information is strictly prohibited.  If you are not the intended recipient of this email, please notify the sender of the error and delete the message immediately.  The unintended release of the information contained in this email does not constitute a waiver of the attorney-client privilege.

---

**From:** Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>
**Sent:** Friday, October 17, 2025 11:01 AM
**To:** Ian Russell <irussell@pylerome.com>
**Cc:** Amanda Wells <amandawells@the-lrc.com>
**Subject:** FW: Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Ian-

Please see the attached letter.

Thank you,

Bob



### Robert H. Morsilli
Attorney at Law

**Jackson Lewis P.C.**
75 Park Plaza
4th Floor
Boston, MA 02116
Direct: (617) 305-1220 | Main: (617) 367-0025 | Mobile:
Robert.Morsilli@jacksonlewis.com | www.jacksonlewis.com

---

**From:** Mitch Wilson <mitchwilson@the-lrc.com>
**Sent:** Wednesday, October 8, 2025 1:39 PM
**To:** Ian Russell <irussell@pylerome.com>; Morsilli, Robert H. (Boston) <Robert.Morsilli@jacksonlewis.com>; Amanda Wells <amandawells@the-lrc.com>
**Cc:** Jo Fletcher <jfletcher@pylerome.com>; andrew.rogers@1199.org; Helene Benedict <helene.benedict@bmc.org>; Donoghue, Robin (Boston) <Robin.Donoghue@jacksonlewis.com>
**Subject:** Zoom Invite - 11/14: 1199SEIU UHWE/Boston Medical Center (South) #328-25, Arts. 12.01, 24, & 26, Class Action- Anniversary Increases

Good afternoon, Ian and Bob. *I'm just lending Amanda an extra set of hands.*

A Zoom session has been scheduled for holding the **November 14, 2025** hearing remotely before Arbitrator Greenbaum at **10:00 a.m.**

This is the link for joining the session:
https://us02web.zoom.us/j/82032662963?pwd=xHn3jHtBhTAxRVqNILwpcOoyyXdFIV.1

Alternate Meeting Information for smartphones/tablets:
Call in #: 1-929-436-2866
Meeting ID: 820 3266 2963
Passcode: 459008

Arbitrator Greenbaum is respectfully seeking electronic copies of any proposed exhibits on or before *Wednesday, November 12th*.

If possible, please also provide a list of anticipated attendees we may provide to the Arbitrator in advance of this day.

We'll circulate a reminder as the date itself draws closer.

Thank you,

**Mitch Wilson (He/Him)**
Assistant Director
The Labor Relations Connection, Inc.
mitchwilson@the-lrc.com
Phone (508) 888-4845
Fax (508) 888-4848

*Please visit our new website!* www.the-lrc.com

*In the event you need to reach us outside of regular office hours, please contact Jan Teehan at (508-364-6091).*

*This email may contain confidential and privileged material for the sole use of the intended recipient(s). Any review, use, distribution or disclosure by others is strictly prohibited. If you are not the intended recipient (or authorized to receive for the recipient), please contact the sender by reply email and delete all copies of this message.*